UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rina Oh Amen

Plaintiff,

-v-

Virginia L. Giuffre

Defendant.

Case No. 21 cv 08839

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Rina Oh Amen (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 11/01/21

**Signature of Attorney**

**Attorney Bar Code:** IM 2449

Form Rule7_1.pdf   SDNY Web 10/2007