# MEYEROWITZ LAW FIRM
### ATTORNEYS AT LAW

Ira Scot Meyerowitz, Esq.
irameyerowitz@gmail.com

February 8, 2022

The Honorable Naomi Reice Buchwald
United States District Judge,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: <u>Rina Oh Amen v. Virginia Giuffre; Docket No. 21 cv 8839</u>

Dear Judge Buchwald:

We are attorneys for plaintiff Rina Oh Amen ("Plaintiff") in connection with the above referenced action.

We write to apprize the Court on the status of service of the Amended Summons and Complaint upon defendant Virginia Giuffre ("Defendant") and respectfully request that it not dismiss this action *sua sponte* pursuant to F.R.C.P. Rule 4(m), in the event it were considering such action.

We have not yet effectuated service. Defendant is currently residing in Australia where she has a home, which necessitates we proceed with service through the Hague Convention. This can take three to six months to effectuate service. We are also attempting lawful service through procedures in Australia outside of the Hague Convention, and hope to effectuate service in a shorter time period.

We intend to keep the Court periodically informed of the status of service. Certainly, when service is effectuated, we shall file affidavits of service with the Court through ECF.

We also write to inform the Court of these facts so that it does not *sua sponte* dismiss this case, pursuant to F.R.C.P. Rule 4(m), on the grounds that 90 days has expired since the filing of the Summons and Complaint herein. Since we are serving an individual (Defendant) in a foreign country (Australia), pursuant to F.R.C.P. Rule 4(f), we are not constrained to serve within 90 days of filing the Summons and Complaint, and indeed there is no time limitation to effectuate service. *See,* F.R.C.P. Rule 4(m).

Accordingly, we respectfully request that it not dismiss this action *sua sponte* pursuant to Rule 4(m), in the event it were considering such action.

295 Madison Avenue, 22nd Floor, NY, New York 10017 (917) 863-4460

MEYEROWITZ LAW FIRM

The Honorable Judge Buchwald
United States District Judge, SDNY
February 8, 2022

Page 2 of 2


If the Court would like to speak or conference with us, please advise and we will make ourselves available at the Court's convenience.

              Respectfully submitted,

              Ira Scot Meyerowitz (IM 2449)