# MEYEROWITZ LAW FIRM
### ATTORNEYS AT LAW

Ira Scot Meyerowitz, Esq.
irameyerowitz@gmail.com

March 18, 2022

<u>VIA ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: <u>Rina Oh Amen v. Virginia Giuffre; SDNY, Docket No. 21 cv 8839</u>

Dear Judge Buchwald:

We are attorneys for plaintiff Rina Oh Amen ("Plaintiff") in connection with the above referenced action.

We write to advise the Court that we have effectuated service of the Amended Summons and Amended Complaint upon defendant Virginia Giuffre ("Defendant") via substituted service upon her husband, Robert Giuffre. in Australia.

Accompanying this letter is a true and accurate copy of the Affidavit of Service signed by the Australian process server and notarized in the presence of an Australian Justice of the Peace.

As we explained in our February 8, 2022 letter to the Court, this service referenced above was done via a private service. We are still in the process of pursing Hague Convention authority to serve the Amended the Summons and Complaint. More specifically, we signed off on a USM94 Application, which is a request to the country we are serving abroad (Australia), to serve under the auspices of the Hague Convention, and once that is approved by the Central Authority (here, the Australian Government), then the Central Authority will forward our pleadings to the corresponding agency who will then serve said pleadings. We are still months away and could be as little as three (3) months or more. Note that having Hague Convention authority is also important because it will allow us to enforce against Defendant any judgments or orders in this action in Australia.

We shall continue to keep the Court informed of the status of our Hague Convention application.

Counsel for Defendant has not yet formally appeared in this action, so they are not copied on this letter; though the letter and affidavit of service will appear publicly on ECF for all concerned.

295 Madison Avenue, 22nd Floor, NY, New York 10017 (917) 863-4460

MEYEROWITZ LAW FIRM

The Honorable Naomi Recie Buchwald
United States District Judge, SDNY

Re: Service

March 18, 2022

Page 2 of 2


If the Court would like to speak or conference with us, please advise and we will make ourselves available at the Court's convenience.

                Respectfully submitted,

                Ira Scot Meyerowitz (IM 2449)