```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
RINA OH n/k/a RINA OH AMEN,

                Plaintiff,              21 Civ. 8839(NRB)

        - against -                     NOTICE OF INITIAL
                                            PRETRIAL
VIRGINIA L. GIUFFRE,                    TELECONFERENCE

                Defendant.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     This action has been assigned to me for all purposes. Counsel are directed to appear **telephonically** for an initial teleconference with the Court, on the date and time listed below. The dial-in and passcode information will be posted to ECF on the date of the teleconference.

     Counsel are directed to confer with each other prior to the teleconference regarding settlement and the other subjects to be considered at Fed. R. Civ. P. 16(b) and 26(f) conferences, and to be prepared to report to the Court on those subjects and to identify any discovery which must precede meaningful settlement discussions.

     If this case has been settled or otherwise terminated, counsel are not required to appear via teleconference, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed via ECF before the date of the teleconference.

     The attorney who will serve as principal trial counsel must participate in the pretrial teleconference, and counsel must be authorized to settle the case and to make other appropriate stipulations.

     Requests for an adjournment may be made only in writing and must be received not later than three business days before the teleconference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate several times and dates in the near future when all counsel are available. Unless counsel are

notified that the teleconference has been adjourned, it will be held as scheduled.

**If any defendant has not appeared by counsel, plaintiff's counsel must forthwith send a copy of this notice to any unrepresented party.**

**Date and time of teleconference: Wednesday, May 25 at 2:00 p.m.**

Attorneys are directed to consult this Court's <u>Individual Practices</u> with respect to communications with Chambers, adjournments, motions and related matters.

**IT IS SO ORDERED.**

DATED:    New York, New York
          May 20, 2022

                                  NAOMI REICE BUCHWALD
                            UNITED STATES DISTRICT JUDGE