UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RINA OH n/k/a RINA OH AMEN,

        Plaintiff,

-against-

VIRGINIA L. GIUFFRE,

        Defendant.

1:21 Civ. 08839 ( NRB )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Paul G. Cassell__ hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __VIRGINIA L. GIUFFRE__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Utah and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 17, 2022

Respectfully Submitted,

Paul G. Cassell

Applicant Signature: /s/ Paul Cassell

Applicant's Name: Paul G. Cassell

Firm Name: Hatch Law Group

Address: 22 East 100 South

City/State/Zip: Salt Lake City, UT 84111

Telephone/Fax: (801) 585-5202

Email: pgcassell.law@gmail.com