## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

State of Utah
County of Salt Lake

I, Paul G. Cassell, being duly sworn, hereby swears under oath that the foregoing information is true, namely: (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, (c) no disciplinary proceedings are presently pending against me.

Date: 5/17/22

Signature: *[signed]*

The foregoing document was acknowledged before me this 17 day of may, 2022, by Paul George Cassell.

HILARY DISTEFANO
NOTARY PUBLIC • STATE OF UTAH
My Commission Expires March 14, 2023
COMMISSION NUMBER 705191

Notary Public

My commission expires:

March 14, 2023