**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RINA OH n/k/a RINA OH AMEN,

               Plaintiff,

      -against-

VIRGINIA L. GIUFFRE,

             Defendant.

1:21 cv 08839 ( NRB )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of _____ Paul Cassell _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

      Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

Utah _____ ; and that his/her contact information is as follows

(please print):

      Applicant's Name: _____ Paul Cassell _____

      Firm Name: __ Hatch Law Group _____

      Address: __ 22 East 100 South _____

      City / State / Zip: __ Salt Lake City, UT 84111 _____

      Telephone / Fax: __ (801)585-5202 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

VIRGINIA L. GIUFFRE, _____ in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: __ 5-24-22 _____

                        _____

                        United States District / Magistrate Judge