UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RINA OH n/k/a RINA OH AMEN,

            Plaintiff,

-against-

VIRGINIA L. GIUFFRE,

            Defendant.

1:21 cv 08839 ( NRB )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Paul Cassell, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Utah; and that his/her contact information is as follows (please print):

Applicant's Name: Paul Cassell
Firm Name: Hatch Law Group
Address: 22 East 100 South
City / State / Zip: Salt Lake City, UT 84111
Telephone / Fax: 801-585-5202

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for VIRGINIA L. GIUFFRE in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 30, 2022

_____
United States District / Magistrate Judge