UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RINA OH n/k/a RINA OH AMEN,

                Plaintiff,

-against-

VIRGINIA L. GIUFFRE,

                Defendant.

1:21 cv 08839 ( NRB )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Paul Cassell__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Utah__; and that his/her contact information is as follows (please print):

Applicant's Name: __Paul Cassell__

Firm Name: __Hatch Law Group__

Address: __22 East 100 South__

City / State / Zip: __Salt Lake City, UT 84111__

Telephone / Fax: __801-585-5202__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __VIRGINIA L. GIUFFRE__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 6, 2022 ~~June 30, 2022~~

_[signed] Naomi Reice Buchwald_

United States District / Magistrate Judge