%AO 154 (10 03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | **District of** | New York |
|---|---|---|

Rina Oh Amen

Plaintiff (s).

V.

Virginia Giuffre

Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:21-cv-08839-NRB

Notice is hereby given that, subject to approval by the court,   plaintitff Rina Oh Amen   substitutes
(Party (s) Name)

Alexander M. Dudelson                    , State Bar No.   AD4809   as counsel of record in
(Name of New Attorney)

place of   Ira Scot Meyerowitz / Meyerowitz Law Firm
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Law Offices of Alexander M. Dudelson |
|---|---|
| Address: | 26 Court Street, Suite 2306, Brooklyn, NY 11242 |
| Telephone: | 718-855-5100                Facsimile 718-624-9552 |
| E-Mail (Optional): | adesq@aol.com |

I consent to the above substitution.

Date:                8/25/2022

Rina Oh Amen

(Signature of Party (s))

I consent to being substituted.

Date:                8/25/2022

Ira Scot Meyerowitz

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:                8/25/2022

Alexander M. Dudelson

A. Dudelson

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]