℁AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

| Rina Oh Amen | | **CONSENT ORDER GRANTING** |
|---|---|---|
| | Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | | |
| Virginia Giuffre | | CASE NUMBER: 1:21-cv-08839-NRB |
| | Defendant (s). | |

Notice is hereby given that, subject to approval by the court, __plainitff Rina Oh Amen__ substitutes
(Party (s) Name)

__Alexander M. Dudelson__ , State Bar No. __AD4809__ as counsel of record in
(Name of New Attorney)

place of __Ira Scot Meyerowitz / Meyerowitz Law Firm__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Alexander M. Dudelson
Address: 26 Court Street, Suite 2306, Brooklyn, NY 11242
Telephone: 718-855-5100 Facsimile 718-624-9552
E-Mail (Optional): adesq@aol.com

I consent to the above substitution.

Date: 8/25/2022

Rina Oh Amen

_/s/ Rina Oh Amen_
(Signature of Party (s))

I consent to being substituted.

Date: 8/25/2022

Ira Scot Meyerowitz

_/s/_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/25/2022

Alexander M. Dudelson

_A. Dudelson_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/26/2022

_Naomi Reice Buchwald_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]