LAW OFFICES OF

# ALEXANDER M. DUDELSON

ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100   FAX (718) 624-9552

OF COUNSEL
LOUIS R. ROSENTHAL
GEORGE H. VALLARIO, JR.

FABIAN G. PALOMINO
(1924 - 2014)

November 17, 2022

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Rina Oh n/k/a Rina Oh Amen v. Virgina L. Giuffre*
      Case No.: 1-21-cv-08839 (NRB)

Your Honor:

I am the attorney for the plaintiff in the above referenced matter. This letter is respectfully submitted to the Court, on the consent of Kathleen R. Thomas, Esq. and Paul G. Cassell, Esq., attorneys for the defendant, as a third Joint Status Report for this proceeding.

The parties have been pursuing settlement discussions cooperatively, but do not yet have a clear path forward to settlement. Further, counsel are currently working on a protective order. However, with defendant's counsel's current schedule and the impending Thanksgiving holiday, we have not yet been able to finalize documents. The parties anticipate that they will either be able to settle the case or, if not, provide a proposed protective order and accompanying proposed scheduling order by November 30, 2022.

Thank you for your consideration.

Respectfully submitted,
/s/ Alexander M. Dudelson
Alexander M. Dudelson

cc:
**Via ECF**
Kathleen R. Thomas, Esq.
Paul G. Cassell, Esq.