**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
RINA OH n/k/a RINA OH AMEN,

        Plaintiff,        CASE NO: 21-cv-8839

    v.        **UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

VIRGINIA L. GIUFFRE,

        Defendant.
------------------------------------------------------------x

    Defendant Virginia L. Giuffre hereby requests that Paul G. Cassell be permitted to withdraw as counsel of record for Ms. Giuffre in this matter. Mr. Cassell has encountered unanticipated family and professional obligations that did not exist when he undertook the representation. Ms. Giuffre continues to be represented by counsel of record Kathleen R. Thomas in this matter. A scheduling order for subsequent proceedings was recently entered, as proposed by Ms. Thomas. Consequently, the withdrawal of Mr. Cassell as counsel will not delay this proceeding, and no prejudice will result to any party. The request is not opposed by defendant Ms. Rina Oh. Mr. Cassell is not retaining a lien regarding any fees and Ms. Giuffre has agreed to the withdrawal (and will be served with this motion).

    WHEREFORE, Ms. Giuffre respectfully requests the Court enter the attached proposed order allowing Mr. Cassell to withdraw as counsel, and that the Clerk's Office remove his name from the list of individuals in receipt of notices via the CM/ECF system.

Dated: January 24, 2023

/s/
Paul G. Cassell, Esq. (pro hac vice)
*(Former) Counsel for Defendant*
HATCH LAW GROUP
22 East 100 South
Salt Lake City, UT 84111
Pgcassell.law@gmail.com
801-585-5202

/s/
Kathleen R. Thomas, Esq.
*Counsel of Record for Defendant*
THOMAS COUNSELORS AT LAW, LLC
One World Trade Center, 85th Fl., Ste. 8500
New York, NY 10007
kat@tlclawllc.com
917-209-6446

_____
Virginia L. Giuffre
CLIENT

Sworn to me before this:

__13__ day of __01__, 2023

_____
Notary Public

**CERTIFICATE OF SERVICE**

    Counsel for Ms. Giuffre has served the foregoing motion for withdrawal of counsel on counsel for defendant Ms. Rina Oh via the Court's CM/ECF filing system and on Ms. Giuffre via email.

_____/s/_____
Kathleen R. Thomas, Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
RINA OH n/k/a RINA OH AMEN,

        Plaintiff,        CASE NO: 21-cv-8839

     v.        **ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

VIRGINIA L. GIUFFRE,

        Defendant.
------------------------------------------------------------x

    Before the Court is Ms. Giuffre's Unopposed Motion for Withdrawal of Counsel seeking the withdrawal of Paul Cassell. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that Ms. Giuffre's Unopposed Motion for Withdrawal is GRANTED. The Clerk is directed to remove Paul Cassell as counsel of record for Ms. Giuffre from the Court's Electronic Notification System for this case.

    **SO ORDERED** this _____ **day** of **January, 2023**.

                                      _____
                                      Hon. Naomi Reice Buchwald
                                      United States District Judge