**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

RINA OH n/k/a RINA OH AMEN,

               Plaintiff,                CASE NO: 21-cv-8839

       v.                          **ORDER GRANTING UNOPPOSED**
                                    **MOTION FOR WITHDRAWAL OF**
                                    **COUNSEL**

VIRGINIA L. GIUFFRE,

               Defendant.
-------------------------------------------------------------x

       Before the Court is Ms. Giuffre's Unopposed Motion for Withdrawal of Counsel seeking

the withdrawal of Paul Cassell. Having considered the Motion, the Court is of the opinion that

the Motion should be GRANTED. It is therefore ORDERED that Ms. Giuffre's Unopposed

Motion for Withdrawal is GRANTED. The Clerk is directed to remove Paul Cassell as counsel

of record for Ms. Giuffre from the Court's Electronic Notification System for this case.

       **SO ORDERED** this 24ᵗʰ day of **January, 2023**.

Hon. Naomi Reice Buchwald
United States District Judge