UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RINA OH n/k/a RINA OH AMEN,

        Plaintiff,

-against-

        1:21 Civ. 08839 (NRB)

**MOTION FOR ADMISSION**

VIRGINIA L. GIUFFRE

**PRO HAC VICE**

        Defendant.

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **Jillian Roth** hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **VIRGINIA L. GIUFFRE** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **PENNSYLVANIA AND FLORIDA** and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 11, 2023

Respectfully Submitted,

Jillian Roth, Esq.

Applicant Signature: *[signature]*

Applicant's Name: Jillian Roth

Firm Name: Laffey Bucci & Kent, LLP

Address: 1100 Ludlow St., Ste. 300

City/State/Zip: Philadelphia, PA 19107

Telephone/Fax: Ph 215-399-9255, Fax 215-241-8700

Email: jroth@laffeybuccikent.com