**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RINA OH n/k/a RINA OH AMEN,

                      Plaintiff,

        -against-

VIRGINIA L. GIUFFRE

                    Defendant.

1:21 cv 08839 ( NRB )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of _____ Jillian Roth, Esq. _____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____ Pennsylvania and Florida _____; and that his/her contact information is as follows (please print):

Applicant's Name: _____ Jillian Roth _____

Firm Name: _____ Laffey Bucci & Kent, LLP _____

Address: _____ 1100 Ludlow St., Ste. 300 _____

City / State / Zip: _____ Philadelphia, PA 19107 _____

Telephone / Fax: _____ Ph 215-399-9255, Fax 215-241-8700 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _____ VIRGINIA L. GIUFFRE _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __ April 11, 2023 __

_____
United States District / Magistrate Judge