**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

RINA OH n/k/a RINA OH AMEN,

                   Plaintiff,

    -against-                                  1:21 Civ. _____08839_____ (NRB)

                                        **MOTION FOR ADMISSION**

VIRGINIA L. GIUFFRE                   **PRO HAC VICE**

_____Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____Jillian Roth_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _____VIRGINIA L. GIUFFRE_____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _PENNSYLVANIA AND FLORIDA_____and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 11, 2023          Respectfully Submitted,

                                   Jillian Roth, Esq.

Applicant Signature: _____

Applicant's Name: _____Jillian Roth_____

Firm Name:____Laffey Bucci & Kent, LLP_____

Address:___1100 Ludlow St., Ste. 300_____

City/State/Zip:___Philadelphia, PA 19107_____

Telephone/Fax:____Ph 215-399-9255, Fax 215-241-8700

Email:____jroth@laffeybuccikent.com_____