

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jillian Patricia Roth, Esq.*

DATE OF ADMISSION

*October 25, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: April 4, 2023

Patricia A. Johnson
Chief Clerk