UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RINA OH n/k/a RINA OH AMEN,

             Plaintiff,             Case No.: 1:21-cv-08839-NRB

v.

VIRGINIA L. GIUFFRE,

             Defendant

-----------------------------------------------------------x

     Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, Jillian Roth, Esquire hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel Virginia L. Giuffre in the above-captioned action.

     I am in good standing of the bar(s) of the Commonwealth of Pennsylvania and the State of Florida. There are no pending disciplinary actions against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 11, 2023

                                                   Respectfully submitted,

                                                   Jillian Roth, Esq.

Applicant's Name: Jillian Roth
Firm Name: Laffey Bucci & Kent, LLP
Address: 1100 Ludlow St., Ste. 300
City/State/Zip: Philadelphia, PA 19107
Telephone/Fax: Ph: 215-399-9255 Fax: 215-241-8700
Email: jroth@lafferybuccikent.com

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Commonwealth of Pennsylvania
County of Philadelphia

I, Jillian Roth, Esq., being duly sworn, hereby swears under oath that the foregoing information is true, namely: (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, (c) no disciplinary proceedings are presently pending against me.

Dated: April 11, 2023

Signature: _____

The foregoing document was acknowledged before me this 11 day of April 2023, by Jillian Roth, Esq.

Sworn to me before this
11 day of April 2023

_____
Notary Public

```
MAYA KESSLER
Notary Public - State of New York
No. 01KE6407451
Qualified in Richmond County
My Commission Expires June 08, 2024
```