

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )        In Re:  1036053
Jillian Patricia Roth
Laffey, Bucci & Kent, LLP
1100 Ludlow St Ste 300
Philadelphia, PA 19107-4242

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 26, 2022**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this <u>10th</u> day of **April**, **2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-223777



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jillian Patricia Roth, Esq.*

DATE OF ADMISSION

*October 25, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: April 4, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk