UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RINA OH n/k/a RINA OH AMEN,

          Plaintiff,

-against-

VIRGINIA L. GIUFFRE

          Defendant.

1:21 cv 08839 ( NRB )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Jillian Roth, Esq.__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania and Florida__; and that his/her contact information is as follows (please print):

Applicant's Name: Jillian Roth
Firm Name: Laffey Bucci & Kent, LLP
Address: 1100 Ludlow St., Ste. 300
City / State / Zip: Philadelphia, PA 19107
Telephone / Fax: Ph 215-399-9255, Fax 215-241-8700

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __VIRGINIA L. GIUFFRE__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 24, 2023

United States District / Magistrate Judge