```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
RINA OH now known as Rina Oh
Amen
                                              ORDER
              Plaintiff,
                                        21 Civ. 8839 (NRB)
         - against –

VIRGINIA L. GIUFFRE,

              Defendant.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, in this action, plaintiff alleges in an amended complaint that defendant defamed her in several posts on Twitter (now known as X). ECF No. 12;

WHEREAS, defendant twice filed a substantially identical amended answer to plaintiff's amended complaint. ECF Nos. 28-29;

WHEREAS, the amended answer referenced the name of a non-party who, through counsel, requested that her name be redacted from those filings;

WHEREAS, during a conference held on February 29, 2024, the parties stated that they do not object to the redaction;

WHEREAS, the Court finds the redaction necessary to ensure the privacy of the non-party; it is hereby

**ORDERED** that the Clerk of Court permanently seal the documents filed at ECF Nos. 28 and 29; it is further

**ORDERED** that defendant re-file her amended answer redacting the name of the non-party discussed herein; and it is further

**ORDERED** that the parties redact the non-party's name in any future public filings in this case.

Dated:   New York, New York
         March 7, 2024

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE