AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

| Rina Oh Amen | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Virginia Giuffre | CASE NUMBER: 1:21-cv-08839-NRB |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, **Defendant Virginia Giuffre** substitutes
(Party (s) Name)

**Jillian Roth, PHV, Stark & Stark**, State Bar No. **325987** as counsel of record in
(Name of New Attorney)

place of **Jillian Roth, PHV, Laffey Bucci D'Andrea Reich & Ryan f/k/a Laffey, Bucci & Kent, LLP**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Stark & Stark
Address:       777 Township Line Rd., Ste. 120, Yardley, PA 19067
Telephone:     267-907-9607          Facsimile  267-907-9659
E-Mail (Optional): jroth@stark-stark.com

I consent to the above substitution.
Date: Jul 30, 2024

*Virginia Giuffre (Jul 30, 2024 17:47 GMT+8)*
(Signature of Party (s))

I consent to being substituted.
Date: July 30, 2024

*Jillian Roth*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 30, 2024

*Jillian Roth*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**