LAW OFFICES OF

# ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100    FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
YEHUDA FARKAS

FABIAN G. PALOMINO
(1924 - 2014)

October 18, 2024

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Rina Oh n/k/a Rina Oh Amen v. Virgina L. Giuffre*
             <u>Case No.: 1-21-cv-08839 (NRB)</u>

Your Honor:

    I am the attorney for the plaintiff in the above referenced matter. This letter is respectfully submitted to the Court, on the consent of Kathleen R. Thomas, Esq. and Jill Roth, Esq., attorneys for the defendant, as a Joint Status Report for this proceeding.

    At the time of the pre-motion letter conference, counsel for the defendant indicated that there is information contained on the plaintiff's X accounts (formerly Twitter) that would be relevant to her motion for summary judgment. We further advised the Court that the plaintiff's accounts were either deleted pre-suit or suspended, and were not accessible.

    A subpoena was served on X requesting access to the accounts. Eventually, X cooperated with the subpoena and we were granted access to download the complete data for two accounts, which included deleted posts. The various files that were downloaded are unprocessed information in the form of text, images and other data, which is significantly different than what a person would view on the X on-line platform. Defendant is currently using a third-party to process and analyze the contents of the files.

    The parties jointly request that we file a status letter with the Court in (30) days. At that time the defendant should be able to proceed with her motion for summary judgment.

    Thank you for your consideration.

                                         Respectfully submitted,

                                         *Alexander Dudelson*
                                         Alexander M. Dudelson

**Via ECF:** All parties.