LAW OFFICES OF
# Alexander M. Dudelson

ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100   FAX (718) 624-9552

OF COUNSEL
LOUIS R. ROSENTHAL
YEHUDA FARKAS

FABIAN G. PALOMINO
(1924 - 2014)

December 3, 2024

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Rina Oh n/k/a Rina Oh Amen v. Virgina L. Giuffre*
      Case No.: 1-21-cv-08839 (NRB)

Your Honor:

I am the attorney for the plaintiff in the above referenced matter. This letter is respectfully submitted to the Court, on the consent of Kathleen R. Thomas, Esq. and Jill Roth, Esq., attorneys for the defendant, as a Joint Status Report for this proceeding.

At this juncture, counsel to the defendants have completed their analysis of the unprocessed data received from X Corp. (formerly Twitter). In light of the above, the parties are requesting a continuance of the pre-motion conference so that a motion schedule can be directed herein.

Thank you for your consideration.

Respectfully submitted,

*Alexander Dudelson*
Alexander M. Dudelson

**Via ECF:** All parties.