```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
RINA OH now known as Rina Oh
Amen
                                              ORDER
            Plaintiff,
                                         21 Civ. 8839 (NRB)
        - against –

VIRGINIA L. GIUFFRE,

            Defendant.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' joint status letter, dated December 3, 2024, the Court has determined that defendant may bring her motion without the necessity of a pre-motion conference. The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendant's motion to the filing of defendant's reply. The parties should file their proposed briefing schedule within two weeks of this order.

Dated:    New York, New York
          December 5, 2024

                                    _____
                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE