LAW OFFICES OF

# ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100   FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
YEHUDA FARKAS

FABIAN G. PALOMINO
(1924 - 2014)

December 17, 2024

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Rina Oh n/k/a Rina Oh Amen v. Virgina L. Giuffre*
     <u>Case No.: 1-21-cv-08839 (NRB)</u>

Your Honor:

  I am the attorney for the plaintiff in the above referenced matter. This letter is respectfully submitted to the Court, on the consent of Kathleen R. Thomas, Esq. and Jill Roth, Esq., attorneys for the defendant, in furtherance of this Court's directive dated December 5, 2024.

  The parties propose the following briefing schedule, in which no more than sixty days elapse from the filing of defendant's motion to the filing of defendant's reply:

1. Defendant's motion for summary judgment on or before February 17, 2024;
2. Plaintiff's opposition on or before March 21, 2024; and
3. Defendant's reply on or before April 14, 2024.

  Thank you for your consideration.

           Respectfully submitted,

           *Alexander Dudelson*
           Alexander M. Dudelson

**Via ECF:** All parties.