# EXHIBIT "C"



*BROKEN: Seeking Justice*
Podcast hosted by Tara Palmeri
Episode: "The Recruiters"
Published October 28, 2020

*Broken* is executive produced by Adam Davidson and Laura Mayer at Three Uncanny Four, Adam McKay and Kevin Messick at Hyperobject Industries, and Julie K. Brown from the Miami Herald. This podcast episode can be accessed for free on all major podcast platforms, including, but not limited to:

**Spotify-** https://open.spotify.com/episode/6eCrom1KvFIDjMsZu3bHh1

**Stitcher-** https://www.stitcher.com/show/broken-jeffrey-epstein/episode/
the- recruiters-78925405

**Apple Podcasts-** https://podcasts.apple.com/us/podcast/the-recruiters/id1478460758?
i=1000496307220

Disclaimer: This unofficial transcription is submitted for convenience of the Court only, and may contain inadvertent errors. Movant relies on the original audio recording and timestamps of the Broken podcast, which is publicly available on all major podcast platforms.

***Broken: Seeking Justice*, Ep: "The Recruiters", 10.28.20**

*Disclaimer: This unofficial transcription is submitted for convenience of the Court only, and may contain inadvertent errors. Movant relies on the original audio recording and timestamps of the Broken podcast, which is publicly available on all major podcast platforms.*

**Tara:** [00:00:00] Yeah. That's Virginia rock. This episode talks about the sexual abuse of minors and may be upsetting to some listeners.

**Virginia:** This is a witness list of some of the people that I was lent out to. And. Uh, the people that I was trafficked to.

**Tara:** That's Virginia Roberts Jaffray and her friend, Marijke Chartouni both women say they were abused by Jeffrey Epstein around the same time in the early two thousands.

**Virginia:** Wow. Yeah. The list is long.

**Tara:** Marijke's hand is shaking as she holds that single piece of white paper. There are dozens of names on that list.

Names of people who Virginia says Epstein forced her to have sex with as a teen. Some have been typed out, others are scribbled in different colored inks as Virginia remembers them.

**Virginia:** It's um, it's a heavy piece of paper.

**Tara:** I'm sure. Yeah.

**Virginia:** [00:01:00] It's not easy.

**Tara:** I can see your handshaking.

**Virginia:** It's not easy to carry and it's not easy to look. It's almost like looking at a crime scene photo. Almost. It's really heavy.

**Tara:** Yeah.

**Virginia:** Um,

Yeah. You don't know how much words can. Be, you know, have so much weight to them. Just names can have so much weight to them. Um, names that you recognize.

**Marijka:** And if you take a look at that list, how many of those have been held accountable?

**Virginia:** None. Absolutely none.

**Tara:** You've heard Virginia's story earlier in this season, she's been in the public eye since 2011, when she first came forward about her abuse. You're probably less familiar with Marijke. The person, Virginia sometimes calls her secret weapon.

Marijke lives in Washington state. She's a soft-spoken former model with two kids. She was brought to Jeffrey Epstein's house two decades ago. [00:02:00] And the experience was so horrible, it changed the trajectory of her life. She now spends a lot of time tracking down the people who many victims say helped Epstein commit his crimes.

**Marijka:** That's kind of scary how easy it is to find people, to be honest with you.

**Tara:** Marijke has put those skills to work for Virginia. According to many witnesses, police reports and court documents, Epstein's sexual abuse ring involved, dozens, maybe even hundreds of co-conspirators.

A few have been named. But the vast majority haven't been Marijke wants to identify as many of those people as she can. She's been helping Virginia make connections between the many people she says she was trafficked to. The people on that heavy sheet of paper.

**Virginia:** I've got street smart, but I don't have the ability to put things together. This is [00:03:00] why I felt like sharing it with, you know, my good buddy here. It would, she would kind of like, oh, I know this and that connects to that. And this connects to that.

**Marijka:** I wouldn't say intelligence is the right word, I would just say we. Each have different talents and, you know, I'm good at pattern matching.

**Tara:** Pattern matching. It's how Marijke has been able to Pierce the layers of Epstein's recruitment operation. Many witnesses recount a cadre of recruiters who did the work of approaching girls and convincing them to go to Epstein's house.

2

Any of these people were allegedly paid to find and deliver new victims to feed Epstein's insatiable appetite. And then there were the enablers. The people who stood by doing their job, making Epstein's life easier while he abused girls. Marijke has become sort of a private eye, tracking these recruiters and enablers down through publicly available information.

She's become an expert at gaming Google, different search terms. She pours through web archives and knows how to dig [00:04:00] deeper into Facebook than most of us can imagine. She's uses voting records, court filings. She triangulates finding relatives and friends until she gets ahead. Often she can find contact information.

**Marijka:** The younger people are easier to find because they want to be on Instagram showing their fabulous life on Facebook, and Twitter.

**Tara:** Marijke is no vigilante. She doesn't confront these people. In fact she's incredibly reserved. She just wants to be able to pass along their names and information. [00:05:00]

To the women whose lives they damaged. For her, and for so many other victims, justice means that those were enabled abuse are not able to hide.

**Marijka:** I want to say I'm like not doing it for malicious reasons. There is no way I'd ever contact these people. I find them sending information off. Let it go. [00:06:00]

**Advertisement:** This episode is brought to you by Amazon prime. Whatever you're into with Amazon prime, you can go deep. If you're all about cop right now.

You could watch pop documentaries on prime video, discover pop playlist on Amazon music prime. And if you're really serious order a rhyming dictionary with fast free shipping. From prime. From shopping to streaming to saving. It's on prime. Visit amazon.com/prime. To get more out of whatever you're into.

**Tara:** I'm Tara Palmeri host of Broken: Seeking jJustice. I've been reporting alongside the victims of Jeffrey Epstein in their quest for justice, from the people who are still alive. Epstein's co-conspirators and enablers are still out there. Many of them are very powerful and they want this story to [00:07:00] go away. But a band of survivors without money or connections are standing up to them, refusing to be silenced. Over the season we've told you about how the justice system largely failed these victims. The authorities barely brought Epstein to justice, and

since his death, have only charged Ghislaine Maxwell. Her arrest gave the survivors some hope.

But they've been let down so many times before. They're not taking chances now. So Marijke is doing her own investigating and she's doing it with the help of other survivors of Jeffrey Epstein.

**Marijka:** Instead of just sitting back and saying, okay, this happened to me, woe is me? I'm going to do what I can to make sense of it, and for me, it's helping the other survivors.

And helping myself by figuring out and finding those who haven't come forward.

**Tara:** What Marijke offers is a way for victims to do more than just wait for law [00:08:00] enforcement to investigate and arrest people which could take years. And frankly may never happen for those figures who played crucial roles in their abuse, but minor roles in the overall operation.

While victims wait for the wheels of justice to turn. They also want to make peace with what happened to them. So many of these women were recruited by people they trusted. Many victims feel nearly as much anger towards these recruiters as they do to Epstein. They say they want to understand what motivated these people to bring them into Epstein's world.

Learning these details and getting acknowledgement, or even an apology can make it easier for the victims to process the abuse and move forward with their lives. Virginia told us that after nearly a decade of talking to the FBI, she's given up, instead of calling them when she remembers something new, she calls Marijke.

**Virginia:** I can trust her so much more than I can trust our authorities, which is really crappy when I call Marijke, and I'm like, can you check this out? [00:09:00] She gets back to me within like 15 minutes and tells me, okay, this leads to this, this leads to this.

**Tara:** Virginia and Marijke and more than a dozen other victims met each other for the first time last summer. In a Manhattan courtroom after Epstein's death. As Courtney Wild said in our last episode, that was the day when so many survivors realized they weren't alone. Since then these women have been in contact through texts and emails. They talk about a lot of really private, emotional things, but they also work together to identify those people who helped Jeffrey Epstein commit his crimes.

They're sleuthing is spearheaded by Marijke.

**Marijka:** I asked a few other survivors, if they wanted me to find their recruiters because they were, you know, wondering about their whereabouts, um, because that was also a huge missing piece in their trauma and their story.

**Tara:** These recruiters buried for many victims. It was another girl, sometimes a friend in high school.

Some of those recruiters were also children at the time. And then there were all the [00:10:00] victims who were recruited at a party or on the street by someone they can barely recall. They may only remember a part of a name or no name at all. But the face is indelibly imprinted in their memory. The women share whatever bits of information they have, where they were recruited, and when. Sometimes they can only remember the vaguest details. Whether the recruiter was in their twenties, had long dark hair, in New York around 9/11. Other women will fill in more. Before long, there are enough details to narrow the search, to find photos of Epstein with those people.

Marijke will share those photos and the victims often say, yes, that's the woman right there.

**Marijka:** They're not necessarily hiding. And if they were hiding, I still have the ability to find them.

**Tara:** Marijke has been doing this for other survivors for close to a year now. There's nothing formal about it. Usually a victim will reach out to Marijke and she's happy to start the hunt.

[00:11:00] One was Michelle Licata who shared her story with us in season one. When Michelle was 16, a friend in high school convinced her to come to Epstein's house where he abused her. Much of her ongoing agony has been knowing that her recruiters out there somewhere untouched.

**Michelle:** You know, like it was this girl, this girl that betrayed me, this girl that was supposed to be my friend. That's part of the reason that to this day, I don't trust friends. I can't. I can't even trust somebody that I would consider my friend to not do that to me.

**Tara:** Michelle only remembered some of the details about her recruiter. A first name, her age and the school they both attended. They'd been out of touch for so long. Marijke found Michelle's recruiter in less than 30 minutes.

**Marijka:** Michelle's recruiter was completely under the radar living a perfect life on instagram.

**Tara:** She worried about how Michelle would react, but she ultimately texted the screenshot to her.

**Michelle:** Yeah, she actually found the girl, my [00:12:00] recruiter. And when I got the information, I was just sitting there looking at it and I said, wow. She looks like she's doing pretty well for her life. And, um, I said, like now what? I wanted somebody else to ask her. You know those questions that I'm too afraid still to this day to ask her, like, that's just one of the puzzle pieces that has been missing.

**Tara:** Michelle's recruiter was another teenage girl at school when they met, which was common within Epstein's orbit. Lawyers say charging someone like her with a crime would be challenging. And she was also underage and may have been a victim. Those are the trickiest kinds of cases for Marijke.

**Marijka:** How do you really wrestle with that? I mean, they were both children, and they're put in this horrible position.

**Tara:** Marijke has rules. She doesn't decide what happens with the names of the people she uncovers. That, she [00:13:00] believes is up to the women who were victimized by them.

**Marijka:** That's not for me to hold.

**Tara:** She shares details with other Epstein victims. Some share them with their own lawyers.

Marijke has given names to the FBI too. We know for certain that Marijke has found at least one recruiter in Epstein's trafficking ring, who has never been approached by law enforcement. Marijke's work literally led us to a warehouse in New Jersey where a woman who has never spoken before confessed that she, as an adult, brought a woman to Jeffrey Epstein, who was then abused. And this is someone who has key details about Epstein's world. Marijke specializes in finding people like that, people in Epstein's orbit, who have been able to move on.

**Marijka:** And I'm also able to pattern match and put narratives together and put timelines together and figure it out who the perpetrators were and how they were connected. [00:14:00]

**Tara:** After the break, I'm going to tell you more about Marijke, and how one traumatic experience with Epstein landed her at the center of one of the biggest sex trafficking operations in us history. Trying to put the clues together about how she, and so many others ended up there.

**Advertisement:** Temple university thinks big and act boldly. The empower communities to keep learning and to keep growing, to achieve dreams and lead the future. Because they know the future won't change itself. Learn more and apply today@temple.edu. That's temple.edu.

**Tara:** Marijke and her sister grew up in a small town called Sitka in Alaska. Her parents were [00:15:00] divorced when she was eight years old and she was raised by her. Do it all. Single mom. Her mom was a ship captain, a construction worker. Basically anything that would make ends meet to take care of her daughters.

Marijke was a quiet child, a bit of a bookworm. She was the tallest girl in the class and a little gangly, but she grew into her body and with white blonde hair and piercing blue eyes, she developed into a striking vision. A statuesque model, the type of woman you'd see on the runways of New York and Milan.

After high school, Marijke moved to San Francisco to live with her cousin. And within three months she was scouted at a bar. She was asked to move to New York, to work for one of the most prestigious modeling agencies in the world. Karen Models.

**Marijka:** I was 20. I was living in the west village and I was really young, and naive.

**Tara:** It wasn't as glamorous as she expected. Marijke lived in a model dorm above a McDonald's on third avenue. It was one of those tiny apartments and a former tenement with [00:16:00] bunk beds lined up against any available wall space. Here's what her life was like.

**Marijka:** You're being told what to do and where to go and how to be and how to dress and how to act and who not to go out with and who to go out with. It was a surreal time.

**Tara:** She had interesting friends in the art world. They were a bit eccentric, but that was New York. There were posh nightclubs where celebrities hung out massive townhouse parties hosted by obscure money men and every door seemed to be open to Marijke because she was beautiful.

7

It was all exciting and fun. Until one of those eccentric friends started asking her questions about her taste in men.

**Marijka:** She started asking me questions that are now in hindsight, a little bit more probing. Do you like older men?

**Tara:** Like Marijke the friend was a young woman trying to find her way in New York.

They were both in their early twenties. But the woman had grown up nearby. She seems to know her way [00:17:00] around.

**Marijka:** I had met her through a friend of mine. And, you know, as in New York you meet everyone through another friend through a friend at some very social place, and I had gotten to know her. We had a common interest of art and we had gone out. A few times. I did trust her. I regarded her as a friend.

**Tara:** Soon, the woman made plans for her and Marijke to meet up with someone else.

**Marijka:** It's just like, oh, do you want to meet a friend of mine? He really likes blondes. And we, I pictured some trust fund kid, who was our age, who was a musician who lived with his parents.

**Tara:** Marijke Took the subway with her friend to the upper east side to meet this guy. On the right uptown, the friend starts telling Marijke this guy was different.

**Marijka:** She said he wants you to Cooper union. She said he was a mathematical genius. She said he was like a self-made man. And then she's like, oh, by the way, he's a little bit older too. And she didn't frame it as like being [00:18:00] any more than just meeting a friend of hers.

**Tara:** Marijke was still expecting something. Normal. Instead, she arrived at the biggest house she'd ever seen. A 28,000 square foot neoclassical townhouse. The place was seven stories tall. Dwarfing its neighbor, the famous Frick art collection.

**Marijka:** It was just so opulent and huge. And. I just remember feeling like really all of a sudden like super insecure and like, what am I doing?

**Tara:** Her friend rings a bell at one of the 15 foot high Oak door shaded by pear trees. The doors opened by one of Epstein's staff.

**Marijka:** I've never seen maids in uniforms before. Like you walk in that door, and you see all the staff members and then he's there. And I'm like, Where am I? And there's other people in this office. Making it seem so [00:19:00] normal and I'm like, what the hell is going on? The best way to describe it. It was literally like Alice in Wonderland. It's like falling into the rabbit hole. As soon as you got in that door.

**Tara:** Marijke had no idea how to act there.

**Marijka:** And I'm like, okay, let's play those cooling. I mean, I didn't expect. Anything nefarious to happen.

**Tara:** What happened next has impacted Marijke's life significantly. Her friend introduced her to Epstein in a private room of the house. We won't be discussing those details, but it was traumatic. And Marijke says she wasn't just assaulted by Epstein, but also by her friend. She never reported the incident to the police. She didn't know where to turn. The friends she talked to about it afterwards, weren't understanding.

**Marijka:** People I did talk to about it. They all said, well, That's your fault. Basically. You could have left that [00:20:00] house. Yeah. They all blamed me for it.

**Tara:** Do you think you really could have left?

**Marijka:** Um, I was in a house. It was huge. I was surrounded by people who made this behavior normative. I was with a friend I trusted, and I had no idea what was going on. And I didn't know how to leave.

**Tara:** Afterward Marijke became depressed and more reserved. She was suspicious of her new friends in New York. She left the city about a year later and move back home to live with her mom. Back in Washington, she did her best to forget all about her painful experience. She thought she was the only girl this had happened to. She thought it was a closed door. Marijke was in Bali when she saw Epstein's face on the news, a face she hadn't seen for almost 20 years. 10,000 miles away, epstein I've been hauled off his private jet to jail. Marijke [00:21:00] remembered his face vividly, but not his name.

**Marijka:** It was something I buried him really deeply and, you know, didn't talk about, and and so seeing his photo and then seeing the FBI. And, you know, knowing that. I, you know, I wasn't the only one. And I wasn't alone. It was, it was all, it was all a bit surreal.

**Tara:** She was on vacation and she didn't want to relive the disturbing memory, not yet. But when she got back home, three days later, She made sure her kids were asleep, then call the FBI from inside her bathroom.

It was 3:00 a.m., but a woman picked up. Marijke whispered the story to the case agent. Then she took a sleeping pill and went to bed.

In the morning she had some regret. She was picking up her car from the mechanic. When the FBI called again, they wanted more details. Marijke realized that she couldn't recall very much [00:22:00] and she still had so many questions about the woman who brought her to Epstein.

**Marijka:** I mean, I didn't even have a last name?

**Tara:** Marijke quickly realized that the more cold, hard facts she had at her disposal, the more useful she could be to the people looking into her case.

**Marijka:** I just remembered very key details. I remember, what she looked like. I remember she was Korean. I remember where she lived. Um, she lived in New Jersey. I remember.

You know how she dressed. Remember she was an artist. All of those details are. Where she went to art school. I just blocked out her name.

**Tara:** Marijke couldn't recall her recruiter's name, but she remembered how the other woman seemed to know her way around Epstein's house and had the air of a regular.

**Marijka:** She was very comfortable there.

And she knew the her ropes around there and knew. You know, everything that she was doing. And knew her place and she never left my side the whole time we were there.

**Tara:** Marijke started reading up on Epstein and there was one name that kept coming up over [00:23:00] and over, virginia Roberts Jaffray. With just a few clicks. Marijke discovered that their experiences with Epstein had overlapped. Learning about Virginia story enraged Marijke.

**Marijka:** She did empower me to come publicly. I think seeing the photos of her published in the daily mail, I think it was in July where she was at the party.

10

Where she was, you know, following Ghislaine around. Whereas she looked like she was about 12 years old. Do you remember those photos?

You know, that was, it was absolutely those photos were horrendous. I've thought it doesn't speak volumes. I mean, I mean, just anyone that would see those photos would be like, oh my God. I mean anyone who would see her there. I mean, they must, they, everyone knew. I mean, that was a child.

**Tara:** When Marijke and Virginia finally met that day in the courtroom in Manhattan. Marijke timidly asked her if they could talk. The two women stepped into the hallway and search for a vending machine to buy vitamin water. [00:24:00] And that's when the small talk got real. Marijke described her recruiter to Virginia, what she looked like, where she lived, other details. She could remember. And that's when Virginia blurted it out. Oh, Rina.

**Marijka:** I learned her name. Again, I mean, I knew her name. It was always there, but I just had like blocked it out. Um, but I didn't know or knew her last name. No one did.

**Tara:** Rina had made a real impression on Virginia, too. She saw Rina frequently for about three months. She says,

**Virginia:** Rina was willing to do whatever Epstein wanted.

**Tara:** That was early in 2002, about 18 months after Marijke met her.

**Virginia:** So I met Rina in New York. Jeffrey introduced me to her. And Jeffrey kind of looked at us and he was like, I can totally pair you two together.

**Tara:** Virginia told him the Marijke that Rena wants asked her for a favor.

**Virginia:** She was [00:25:00] constantly jealous of the fact that she didn't get treated like the other girls. So she couldn't travel with Epstein. She didn't get the. I hate to call them benefits because that's not what it was. It was to go get abused by more men. And she didn't realize what she was saving herself from, but she was like, could you please throw like a good word in for me so I can go travel with you guys. I actually, and I told Jeffrey that she wants to come traveling. She wants to be a part of it more.

And I can't remember his sentiments exactly. But it was like, well, she's not going to get it basically. And then I never saw Rina again, after that conversation.

**Tara:** With confirmation of her recruiter's first name Rina. And the few details she and Virginia remembered. Marijke started the furious search for her whereabouts.

**Marijka:** It took a while to find her cause we only had a first name. But I, you know, I remembered certain details that allowed [00:26:00] me to find her. And it's all about pattern matching and following money.

**Tara:** It took some digging, but Marijke found her. Rina o., she was an artist and had an old blog, even a Twitter account. There were even a few photos of her on her website.

**Marijka:** She was exactly how I remember and I sent the photos off to Virginia and she confirmed it because at least I had someone else that I needed someone else that could confirm. Thank goodness. It wasn't just me.

**Tara:** Marijke, you could see so much about this woman who I changed her life. She found that somehow finding her recruiter helped her process her trauma.

**Marijka:** Let's start it with my own investigating, wanting to find and track down my own recruiter just for my own peace of mind. And it was for closure. [00:27:00]

**Tara:** For Marijke this launched her obsession with recruiters and helping the other victims find theirs. It's not just for closure either. There's a practical reason to find these people too. Identifying a recruiter or witness can help victims back up their legal claims against Epstein's estate, which is estimated to be worth more than $630 million.

Marijke says that Rina witnessed her assault and even took part in it. Marijke thinks about Rina a lot more than she thinks about Epstein. For a while before Marijke realized who Epstein was, before his pattern of abuse became public. She was more angry at Rina at the person who she believed had learned her into a dangerous situation.

She's still wonders why Rina chose her of all the pretty girls in New York. Was there something about Marijke that made her think that she wouldn't say anything? Was Rina cruel, naive, complicit? A victim too? Marijke wanted to know if Rina [00:28:00] felt any remorse that I'll bring her to Jeffrey Epstein.

She needed to see if in hindsight, she realized that it was wrong, that it was a trap. She needed to hear that she wasn't crazy for feeling so terrible about what

happened. But, she didn't want to confront Rina herself. It just felt too intense. So with her permission. We did it for her.

That's next after the break.

**Advertisement:** This episode is brought to you by dead ringers, a thrilling new series, exclusively on prime video. Rachel vices stars as identical twins, Beverly and Elliot mantel, wildly successful doctors who share everything. With a desire to do whatever it takes in an effort to reinvent women's healthcare. Don't miss dead ringers.

On prime video starting April 21. [00:29:00]

**Tara:** Marijke had dug up a Gmail address and she was sure it belonged to the art student who brought her to Epstein's house two decades earlier. I dashed off an email requesting to interview Rina O. for the series. One day later, she responded with some questions of her own. I was surprised to hear back, but as we were looking into serious allegations against her, I was glad to be communicating with her.

After some discussion, Rina agreed to meet us at her art studio. She wanted to show off her artwork, particularly some pieces inspired by Jeffrey Epstein and the people around him. So on a brisk day in January, I ordered an Uber with my producer and headed to her studio space in Jersey city. The driver dropped us off at what looked like a manufacturing wasteland.

In fact, the studio is inside a former factory. While we waited for Rina we checked out the scene. To the right of us were train tracks to our [00:30:00] left. There were old chimney stacks and abandoned factories with busted windows. Then Rina walked up with an elderly Yorkie named Mosey to show us inside. She's a petite woman with sharp cheekbones and long black hair.

She lives not far from the studio in Northern New Jersey, with her family. It soon became clear why people from her past might remember Rina so vividly. She is a character. Within a minute of meeting us rina told us that she painted much of her Epstein themed artwork while naked. Rina told us she was a young artist studying at the school of visual arts. When she met Epstein through a friend and he offered to pay for few of her credits. He also offered her gallery space in Soho. She was living with her parents in the suburbs. At 21, she thought this wealthy man could help her career. Introduce her to potential clients. Get her name on the map. When she first met him, she thought jackpot.

**Rina:** I found myself a really great art patron, who who's going [00:31:00] to buy artwork for me.

**Tara:** Like a lot of artists, Rina's description of her work can be a bit bouldering. As she leads us around her studio, she says that her core theme is the ongoing battle between good and evil. Rina became interested in this after Epstein gave her a book on the fall of Babylon.

**Rina:** If you read about the history of Babylon and what's been done to children in Babylon. They have historically been used as sex slaves and offer to the gods, to the Diades as sex slaves.

**Tara:** There is some dark themes of abuse and rape in her work. There's a painting of a naked pregnant teenager. There's a sculpture of mothers who seem to be protecting their babies from sinister figures.

She painted prince Andrew as Baucus the God of Wine. There's a painting of Ghislaine Maxwell nude in the garden of sin holding a forbidden fruit in her hand, like Eve. Rina even sketched Ghislaine's father Robert Maxwell. [00:32:00]

And there's this giant blown up print of the famous photo of prince Andrew with his arm around Virginia. Rena recalls that Virginia told her about dancing with the prince back in the early two thousands.

**Rina:** Well, you're looking at the photograph. That everyone has, um, Published and syndicated worldwide. And it's, it's the photograph of Virginia. Robert's go free. Um, Prince Andrew of England and Ghislaine Maxwell and her London residence, and this photograph was taken allegedly on the night that they had, um, a sexual encounter.

**Tara:** Why did you blow it up?

**Rina:** I blew it up to show, um, that he may not be wrong when he said that the picture was doctored. [00:33:00] To me as a painter and photographer the lighting doesn't look right.

**Tara:** Rina said she studied the photo to see if it's a fake. She believes it's a composite image.

**Rina:** Well that the hand is too red compared to her hand. And there's a bit of blurry blur here, which looks like it's, it's a finger. And that just doesn't belong there.

14

**Tara:** Rina said her husband encouraged her to speak to us. This is where it gets even weirder. In his twenties, Rina's husband, Vincent Aman worked for Michael Jackson. He actually lived on the Neverland ranch. Aman was named as one of the five unindicted co-conspirators in the unsuccessful 2005 prosecution against Jackson from molesting minors.

Aman who denies all allegations against believes that telling his side of the story, help preserve his reputation. And so he suggested that Rina do [00:34:00] the same. So that's one of the reasons she agreed to speak with us. Rina said she and Epstein were in a relationship that he was her older, rich boyfriend.

She knew that she wasn't the only woman he was dating. In fact, he would ask about her friends and the girl she met at school. Were they pretty, could she bring them to him? When I asked about the allegations against her Rina admits she brought three women to meet Epstein. She also recalls being asked to take Virginia shopping for a sexy school girl outfit.

So she took her to a shop on St. Mark's place downtown. Virginia also alleges that Rina was involved in abusing her when she was 17, which involves some SNM activity. Rina denies this. Although Rina says she brought women to Epstein. She denies that she was a recruiter for him, to her that seems more malicious and intentional than what she did.

Even though she took a teenager to buy a sexy school girl outfit. [00:35:00] She said she didn't know that Epstein was having sex with anyone who was under age. When you saw Virginia running around or whatever she was doing, like what. What were you thinking? You're like, who is this girl? Like, what is she doing here?

**Rina:** Oh, no, she was introduced to me and I was told to become friends with her. So I became friends with her.

**Tara:** So Ghislaine told you that, or Jeffrey?

**Rina:** Jeffrey told me that. And, and on one occasion I was asked to go take her shopping, and this is what, you know, This is what I want you to go look for. So then I took her shopping.

**Tara:** But did you know it was going to be like a sexual thing?

**Rina:** I wasn't told what it was going to be for. I was just called and said, can you take Virginia shopping for a little school girl outfit. You would know where to go. Take her there.

**Tara:** Where you just thinking, like, why are they dressing her up? Like a school girl?

**Rina:** I wasn't asking any questions. I just did as I was told. Yeah. You know, and you don't ask questions. Oh, okay. That's [00:36:00] not, you're not privy to ask like, That's rude. You're dealing with like a billionaire, right?

**Tara:** Right.

**Rina:** Cause he called himself a billionaire. I wouldn't say like. Why are you take, why do you want me to, did you see though that she was a child though, and you kind of feel 17 to me is not a child.

**Tara:** Okay.

**Rina:** You know, seven, 17 as a minor. 17 has not a child. And 17 is of legal age in New York state. And most states 17 is legal.

**Tara:** To stop for a second there. Rena brought up the age 17, which is indeed the age of consent in New York state. Virginia says she was 17 when she met Rena, but as a victim of trafficking, she had little ability to consent.

From there, our conversation grew increasingly tense.

Did you know that she was in a relationship with Jeffrey?

**Rina:** I'm not going to answer that.

**Tara:** Okay.

Um, okay. I just, I was just wondering, cause.

**Rina:** I just know she was around him a lot.

**Tara:** Did you think it was [00:37:00] weird though?

**Rina:** That's an opinion, and I'm not going to answer that.

**Tara:** Virginia says Rina not only knew about the sexual activity, she participated in it. Rena denies having any sexual contact with Virginia.

**Rina:** I'm just letting you know that what she accused me of doing is a complete fabricated lie. And I was nothing but nice to this girl. You know, it was very nice and, and I actually wanted to hang out with her and she declined to hang out with me. So we actually never spent any significant amount of time together, except for that one shopping adventure. And she got her belly button pierced that day.

**Tara:** Virginia talked to us about this day as well. She says she was forced to hang out with Rina and that Rina got her belly button pierced alongside her. Rina goes back and forth on whether she knew anything about Epstein's abuse of women.

She previously denied it, but now tells us she witnessed at least one instance. She confirms also that Virginia was at Epstein's house in New [00:38:00] York on numerous occasions. I tried to explain to her that to me, it just didn't add up.

You saw Virginia in his eye, like as for me, the whole idea of like, what is Virginia doing in his house as a teenager?

You know, like she's 16, 17. He told you, like, I'm waiting until she's older.

**Rina:** Well, you were asking me, what was she doing there? You, and I'm answering your question. She's the only one that I met, who was this age.

**Tara:** Right.

**Rina:** And you're asking me, well, what was she doing? I was like, well, she was there to serve a purpose. She was brought in to serve a purpose. Like she was groomed to do this at an early age.

**Tara:** I'm like, that's a pretty clear sign that he's a pedophile, like you saw. Up close.

**Rina:** He's not the only one who was involved,

**Tara:** Rena immediately remembered Marijke Marijke. She says that you brought her, um, to see with Jeffrey and like while she has one experience there it's really it's changed her life.

**Rina:** I brought three people to, to that place. [00:39:00]

Period. And when I'm ready to talk about it, I'm going to talk about it.

**Tara:** We're like, we are just asking you to let you give your side of the story. We're not accusing you. We're telling you what other,

**Rina:** My side of the story is: I did not abuse anyone. Period. People that knew about him, wanted to meet him. And I brought those people there. Period.

**Tara:** I asked her if Marijke was one of those people.

**Rina:** She was one of them and I met her. Very briefly. We didn't really know each other too well. And I brought her because he kept asking me to bring your friends. So I brought her once.

**Tara:** Did you think that there was any sexual component?

**Rina:** Okay so anyway um, Can we move on to the next question?

**Tara:** Yeah, sure. I mean, I just. It's just like, this is so much a part of her story of like, that's the only experience she ever had with Jeffrey Epstein. That's why we're asking about it.

**Rina:** And like I said before, the whole thing was a trick. From beginning to end. [00:40:00]

You were tricked.

I was tricked from beginning to end.

**Tara:** She was tricked.

**Rina:** Everybody was tricked.

Um, you know, you are shown a bunch of different cards throughout the process. It's like a recruitment process. It's like join our club of, and we do this in our club and you can become rich and successful once you're in this club.

**Tara:** I asked whether Rina would do the same thing today, if she'd still invite a friend of hers to visit the home of a much older man.

18

**Rina:** Absolutely not do that to you. I think it's disgusting seeing 40 year old men with 20 year old. You know, they're children.

**Tara:** Fifties at that time. Right.

**Rina:** Yeah, I think it's disgusting. And, um, I'm so traumatized from my experiences that when I see that it triggers me everywhere I go.

**Tara:** I asked her if she regretted bringing Marijke.

**Rina:** I wish I didn't bring anyone there. I wish I didn't go there. But I went there for a [00:41:00] reason. My husband was involved with Michael Jackson for a reason. The between the two of us, we know everything that we need to know. To really kind of put all the pieces of this puzzle together. I had to be victimized to understand what happens to victims. You know, it's like, I got a dose of everything, of every little action. I got to see certain things and he got to see certain things and we can piece. The pieces of the puzzle together. And between the two of us, we do talk about it all the time. We talk about all the time.

**Tara:** Rena would admit that she brought Maraica there. And she agreed that Maricka was assaulted. But she wouldn't connect her behavior to Marijke's assault. Before we pack up to go. I reminded Rina that Marijke would hear this episode. I asked what she would say to Marijke if she was standing right in front of her.

**Rina:** I would say, I'm sorry. I don't know what was going [00:42:00] to happen.

If you had a bad experience, you know, you had a bad experience, but I was not abusive. I'm not an abusive person.

**Advertisement:** Hey. Food here. I'm an acne and I'm ready to go. Whether you're looking for a quick fix or a major dinner solution, the pros that Acme can help you find what you need when you need it. I'm the weekly groceries delivered straight to your door or your car? And the speedy sandwich, your lunch break deserves.

And the only thing I love more than making your mouth water. Is making your day easier. Whether you shop in store or online. I'm ready when you are. Sincerely sincerely aqui.

**Tara:** As we drove back to Manhattan, we sat in silence. [00:43:00] Exhausted. When Rina told us her version of events, she wasn't convincing. But she made

some sense. She can clearly explain why she ended up in a relationship with Epstein. At the time she was in her early twenties, a struggling artist. She believed it was beneficial for her.

And as you heard. Whenever she's challenged becomes defensive. She also refers to herself as a victim. So what can we really take away from our meeting with Rina?

First of all she remembers Virginia and how she was controlled by Maxwell and Epstein. She even remembers using their money to buy Virginia, a minor, a sexy costume. She recalled that Virginia told her about dancing with a prince. She even remembers the time of the year when Virginia told her this around the Oscars.

She acknowledges that Epstein paid for some credits at the school of visual arts and asked for introductions to her friends. She said she brought three adult women to meet him, including [00:44:00] Marijke. Rina also places, Marijke and Virginia at Epstein's house from a legal standpoint, that gives more credibility to both women's stories.

**Marijka:** She validated that I was there on the record.

**Tara:** But her version of events was far more vital from an emotional standpoint. Marijke had desperately wanted Rina to back up her claims of assault by Epstein. To confirm that her own memories were accurate.

**Marijka:** And I wanted to make sure, like, you know, You also kind of Gaslight yourself. Okay. There's this really like how I remembered it.

And XYZ again, like, okay. Was she really an artist? Does she really live in New Jersey was she really Korean? Um, you know, do I remember her are the same way. And then. Okay. Okay. My memory is correct. Yeah, it was validation too.

**Tara:** As I've learned small victories, like those have helped other victims come to terms with their abuse. We got even further with Rina. You heard the tape. It wasn't the most heartfelt [00:45:00] apology in history. But I knew it would mean a lot to Marijke. So I passed on the message.

She said she was sorry, Marijke. Actually, she said she was sorry for what she did to you.

**Marijka:** Wow. That's huge. That's where the healing begins for both her and me.

**Tara:** Like we've learned having someone acknowledge their trauma can be a great relief to victims. Just like for Virginia hearing lawns admission. It was crucial from a Marijke's recovery process to hear from someone who knew what you went through. Even if that person wasn't ready to admit everything she knew.

**Marijka:** You know, you don't know. How much you can ask a people with this kind of situation. You don't know where they are. They're all traumatized as well.

**Tara:** I thought that was the end of it. And there was plenty to be happy about. But then something happened during our fact checking process. We reached out to Rina and her lawyer to confirm what she told us in our interview. Previously Rina said she [00:46:00] brought Marijke to Epstein's house, but wouldn't say what happened.

One of the questions we sent asked if Rina confirms or denies that she, Rina, was in the room when Marijke was attacked by Epstein. Rina's answer: I was in the room when Marijke and I were both victimized by Epstein. I was floored. It seemed like a major admission. Not so much in the broad scope of this story, but in Marijke story, where the one person alive who witnessed what happened was testifying to it. And now, rina was doing the thing we've been looking for all season. She was confessing what she saw, acknowledging Marijke's trauma and giving more weight to that awful experience. I thought this would be great news for Marijke. So I called her to share it. When we got on the phone she seemed overwhelmed with this new information.

**Marijka:** This is huge. I don't think many people actually are getting this. I think this is very unique.

**Tara:** She was [00:47:00] relieved to have even more proof for her claim against Epstein's estate.

**Marijka:** Oh, a lot of other, um, survivors and not getting their story corroborated. And a lot of them aren't getting any cooperation or any callbacks from people that could help her pay or just like anyone that could just say how often from a timeline. And so yes, I was here. Yes, we talked to each other.

**Tara:** And then there was the other part of Rina's admission. That she too was a victim of Epstein. Rena recently asked Brad Edwards the same attorney representing Courtney Wild and Marijke to represent her. This was shortly after the victims compensation fund started accepting claims. The question of who is a victim is one of the most difficult but important elements of the Epstein story.

We've heard so much about the minors that he raped and trafficked that it's hard to consider the adult women who helped arrange that abuse as victims to.

How much they were coerced, forced or manipulated into doing what Epstein [00:48:00] wanted is something we'll probably never know for sure. Some of Epstein's potential co-conspirators who were named in the non-prosecution agreement like Nadia Marson Cova and Sarah Kellen have given statements, through representatives in the last year. Saying they were victims too. Marson Cova is the woman who has made headlines as Epstein's sex slave.

It's a chilling description, pulled from an old police report where Epstein bragged to one of his victims that he had purchased her from her family in Slovakia at 15 years old. If that story has any truth, it's disturbing and it makes prosecuting someone like her pretty complicated.

Kellen his assistant who is accused of scheduling sex for Epstein with minors has said she was also a victim. In a statement, her spokesperson said she too was vulnerable because of a Rocky past. Raised by devout Jehovah's witnesses. She got married, young, divorced, and ran away from her family by 17.

Even [00:49:00] Ghislaine Maxwell claims to be a victim of the press. Of course. But can everyone in Epstein's orbit just claim their victim? Of course he's a predator and chose people who would do his bidding for one reason or another. But where do you draw the line?

For a long time, Marijke has been confused about how to feel about Rina. She sees her as a troubled young woman who has manipulated. She can understand why young girls could easily be enticed into recruiting their friends to Epstein. But an educated woman in her early twenties?

Rina has not stated she was forced to bring girls to Epstein. She also says that Epstein did not traffic her to other men. From what she said, it doesn't seem like Rina was coerced into doing any of this. But Marijke doesn't resent Rina for saying she's a victim.

**Marijka:** I'm not going to add any more judgment and any more [00:50:00] hate, cause it just doesn't really doesn't suit hurt and it doesn't suit me and it doesn't suit this case anymore from my perspective.

**Tara:** Rina says she never brought anyone who is a minor or under the age of consent to Epstein. But in some ways that's besides the point. Marijke's age and protect her from the impact of her assault. She's been in pain for two decades.

Like the other enablers and participants in Epstein's ring who brought him women. Rina has paid little to no price.

For Marijke all this wasn't just about locating Rina or punishing Rina. It was about taking agency in her own case. Marijke found the address. She found the person. It was about being able to put the pieces together.

**Marijka:** I don't think any of the other victims have like, you know, sought out their recruiter andnd found them and got them to admit what they did. Even though it's [00:51:00] just a partial admin, but that's okay. She admits that I was there. That's huge. I mean, this is huge. I mean, I don't think I'm really fully digesting that right now on the phone. Just talking to you I'm like, oh, okay. Wow. I probably should call my lawyer and tell him.

Yeah. So I think I'll do that. I'll try to get on the phone with you. But thank you. I mean, yeah. Thank you to everyone really. And I think that's kind of what I want it to do for everyone else too. Who needed it you know, this is a service that we can all provide for each other I think.

And it's not just to you know like call people out for the things they did. But we're all here to kind of, to heal.