# Exhibit "G"



**ArtisticWhistleBlower, WIDE AW...** · 15h
**Rina Oh**, the jealous jealous co-conspirator of Epstein's. She wants so badly to be @VRSVirginia yet instead **Rina** starred in THE RING.



> Sound Storytelling @SoundSt... · 9/3/19
> 
> Epstein accuser says Prince Andrew 'knows exactly what he's done'
> edition.cnn.com
> 
> 💬 2    🔁    ♡ 1    📤
> 
> **Rina Oh** @forkandscissors · 9/3/19
> Let her get her justice. The adults trafficked this one around as a toy for their fancy. It's so sickening. It means they did the same with others. Here's your public prototype model. They have theirs whom they parade @RoyalFamilyand here's who they use to get their free cake.

💬    🔁    ♡ 1    📤



**ANA DAY** @lesbians4rina · 4d
andriapilixvahim is really coming back **oh** i feel faint

💬 1    🔁 4    ♡ 26    📤



**Matt Dobbins** @MattRyanDobbins · 12h