# Exhibit "H"

Tweets
DEFVG000001;
DEFVG000016- DEFVG000025

**Lisa Tait** 💙🧡 @l... · 31/12/20

So what is **Rina Oh**, who claims to been Epstein's girlfriend, saying here about **Australia**? Is she talking about convicts? Most of them stole bread & knocked off a horse or two. As we say phuleez explain. @ohreallytruly @VRSVirginia



Rina Oh Amen @Mozieamen · 1d
Replying to @Mozieamen @MollySkyeBrown and 2 others

Australia is traditionally the destination made for rapists and murderers. At the end of Guiffre's manuscript she stands over a Sea full of Cains. She's Venus folks. The idol for Lucifer that grooms pedophiles and murderers. Her book is based on Cupid's love which is pedophilia.

DEFVG000001

Woodworking | Finem | Affordable Housing | Encycolorpedia | Molasky Co Jobs -...

← **Tweet**

**VANITY FAIR** ✓ @VanityFair · Jun 15
Netflix's #MurderMystery leaves viewers with the age-old question: why is this woman married to this man? @rilaws reviews:



**The Real Mystery of Jennifer Aniston and Adam Sandler's Netflix Murder Comedy**
Watching Murder Mystery, we're left with an age-old question: why is this woman married to this man?
🔗 vanityfair.com

💬 9   🔁 9   ♡ 83   ⤴

**Rina Oh**
@forkandscissors

Replying to @VanityFair and @rilaws

Ask Ghislaine Maxwell how she acquired a townhouse in NYC without a trust fund. What a good fixer she became for the rich men fetching young girls in red dresses for the players! Does she own a piece of dignity?

11:09 AM · Jun 15, 2019 · Twitter for iPad

Relev...

Trends

Barron
38.1K Twe

US news
Presiden
referring

#AB1482
2,410 Twee

#BeckyHa
17.1K Twee

Chris Mar
2,605 Twee

Kobe
Trending w

Basketba
Kobe's ca
team lead

Show more

DEFVG000016



**Tweet**

**AJ+** @ajplus · Aug 29
A federal judge dismissed Jeffrey Epstein's sex trafficking case after he died in jail. But possible co-conspirators could still face charges, prosecutors say.

Epstein was a politically-connected financier who once counted Donald Trump, Bill Clinton and Prince Andrew as friends.



💬 6    🔁 42    ♥ 84



**Rina Oh**
@forkandscissors

Replying to @ajplus

**Where's the funeral?**

5:14 PM · Aug 29, 2019 · Twitter for iPhone

DEFVG000017





**Alan** 
Prince Andrew returns to UK from golf holiday to hold crisis talks over Jeffrey Epstein scandal – The Sun

**EXCLUSIVE**

Prince Andrew returns to UK from golf holiday to hold crisis talks over J...
PRINCE Andrew has flown home from a golf holiday for crisis talks with royal advisers. They will discuss how to deal with continued scrutiny ove...
🔗 thesun.co.uk

**Rina Oh** @forkandscissors

Replying to @Alan82252457

He's holding Epstein's "it bag" of evidence now. We all know 💯 he won't be disappearing so whomever got rid of the evidence did a terrible job leaving him with the bag to hold so next to the crown. Yikes!!!

5:05 PM · Aug 29, 2019 · Twitter for iPhone

DEFVG000018

Woodworking    Finem    Affordable Housing    Encycolorpedia    Molasky Co Jobs -...

← Tweet

 **Daily Express** @Daily_Express · Aug 29
What 'disastrous' choice by #PrinceAndrew brought 'great shame' on Royal Family?

express.co.uk/news/royal/117...



💬 2    ⟲    ♡ 1    ⬆

 **Rina Oh**
@forkandscissors

Replying to @Daily_Express
But isn't this just the "beginning" of what's inside that it bag he inherited from Epstein?

7:26 AM · Aug 29, 2019 · Twitter for iPhone

DEFVG000019



**Tweet**

**Daily Mail US** @DailyMail · Aug 28
Furious parents claim that Alaska Airlines LOST their 13-year-old daughter during a layover in San Francisco

Parents claim Alaska Airlines lost their daughter, 13, during layover
Maria and Douglas Davila have claimed that employees of Alaska Airlines lost their daughter (pictured), 13, during a layover in San Francisco ...
🔗 dailymail.co.uk

💬 4    🔁 6    ♡ 7    ⬆

**Rina Oh**
@forkandscissors

Replying to @DailyMail
At this day and age, you CANNOT let a 13 year old travel alone. There are tonnes of human traffickers that'll snatch them up.

1:34 PM · Aug 28, 2019 · Twitter for iPhone

DEFVG000020





← **Tweet**

 **Daily Mirror** ✓ @DailyMirror · Aug 29
You can now get replica of Kate's iconic fairytale Gucci dress - and it's a bargain mirror.co.uk/3am/style/cele...



💬 2    🔁 1    ♡ 6    ⬆

 **Rina Oh**
@forkandscissors

Replying to @DailyMirror

Is she a distraction from the foot massage arrangement ties to Randy Andy? Epstein's gone, Andy's inherited the "bag".

7:05 AM · Aug 29, 2019 · Twitter for iPhone

DEFVG000023

# Tweet



**Duchess CC** @cc_duchess Aug 29
THE DUMBEST SHIT IVE EVER SEEN



**'Friends' of Prince Andrew say photo with Epstein victim fake**
Sources close to Prince Andrew say the duke's fingers 'don't look right and nor does the height of the duke and the girl'. Andrew was 41 when ...
🔗 dailymail.co.uk

💬 1    🔁    ♡    ⬆️



**Rina Oh**
@forkandscissors

Replying to @cc_duchess

Photo was taken with 35mm camera. How do you fake a non digitized photo from a negative film?

7:10 AM · Aug 29, 2019 · Twitter for iPhone

💬    ♡   ⬆️

DEFVG000024



**Evening Standard** @standardnews · Aug 28
EXCLUSIVE: Prince Andrew insists he cannot remember meeting Epstein accuser

**Andrew hits back over 'witch hunt' claims by Epstein's 'sex slave'**
The Duke of York believes that claims made against him by a "sex slave" of the paedophile financier Jeffrey Epstein "feel like a witch-hunt with ...
🔗 standard.co.uk

💬 5    🔁 3    ♡ 1    ⬆

**Rina Oh**
@forkandscissors

Replying to @standardnews

He met her right after she had her belly ring piercing in NYC...

9:48 PM · Aug 28, 2019 · Twitter for iPhone

DEFVG000025