# Exhibit "J"

Declaration of Brian Wolfinger, Forensic Expert

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
RINA OH n/k/a RINA OH AMEN,

        Plaintiff,

Case No.: 21 cv 8839

        v.

VIRGINIA L. GIUFFRE,

        Defendant.
-----------------------------------------------------x

1. I, BRIAN WOLFINGER, being duly sworn, deposes and says:

2. I am the Principal and co-founder of Wolfinger Forensics, LLC.

3. I am an expert in Digital Forensics, Electronic Evidence, and Electronic Discovery tools, techniques, and methodologies. *See,* Curriculum Vitae of Brian Wolfinger, attached hereto as **Appendix A.** I have been a testifying expert on the aforementioned topics for over 25 years.

4. I have been retained in the Action by the defendant VIRGINIA L. GIUFFRE to assist with the data collection of Plaintiff RINA OH n/k/a RINA OH AMEN's following Twitter accounts:

    *a) @rinaohamen*
    *b) @mozieamen*
    *c) @forkandscissors*
    *d) @MoonProfessor*
    *e) @twolittlebakers*
    *f) @diningwithoutlaws*

5. On April 29, 2024, Plaintiff, counsel for Plaintiff, and Counsel for Defendant held a virtual Microsoft TEAMS meeting.

6. At the April 29, 2024 TEAMS meeting, I assisted Plaintiff with attempting to access the above-mentioned accounts as follows:

7. For each account the Plaintiff, while on video chat with counsel, we stepped through the accounts. The plaintiff stated that she did not know the account @MoonProfessor, and @rinaohamen is actually @rinaohartist. The first account that access was attempted on was @rinaohartist; the display showed the account as suspended and the Plaintiff was unable to download their own data, likely due to the suspension. Next, the account @mozieamen was described as "deactivated" by the plaintiff, and when she searched it in the X/Twitter interface, it did not come up as a valid account. The plaintiff also attemped to access the @mozieamen account via the email address rina.oh@gmail.com without success. Next, the plaintiff states that @forkandscissors is a prior handle for the @rinaohartist account, and she demonstrated that @forkandscissors was not a current valid account on X/Twitter. @moonprofessor was shown to be a vaild account handle, but the plaintiff states they do not know that account and couldn't log in to it. For the handle @twolittlebakers there was a successful login and a data download that was initiated. Finally for the handle @diningwithoutlaws, the plaintiff stated that this handle was changed to @mozieamen.com.

8. Despite the due diligent efforts described in the above-paragraph No. 7, Plaintiff, the owner of the account was not able to download her own data.

9. Therefore, it is my professional opinion that at this time the only way for Plaintiff to access the information is for X/Twitter to produce the content and data requested in Plaintiff's subpoena in this Action.

_____

Brian T. Wolfinger

Dated:

\_\_\_\_Brian T. Wolfinger_____ being duly sworn, deposes and says, I am the Affirmant, Brian T. Wolfinger. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

I affirm that the foregoing affidavit is true under penalties of perjury under the laws of New York.

Subscribed and sworn to
before me this __24__ day

_____
Brian T. Wolfinger

of __May__ 2024.

*Maya Kessler*

Notarized online using audio-video communication

Maya Kessler
Electronic Notary Public
State of New York
Commission #: 01KE0001588
Commission Expires: 02/15/2027

This electronic notarial act involved a remote online appearance involving the use of communication technology