# Exhibit "K"

Plaintiff000049

**To:** █████████████████████████████████████████

**Subject: Epstein**

Dear Rina,

I hope you're well. I'm writing to you because I'm the host of a Sony's podcast "Broken: Jeffrey Epstein." I'm also working on an HBO documentary. Julie K. Brown is the EP of the podcast. You may know her from her work blowing open the Epstein case for the Miami Herald. I heard that you may have been victimized by Jeffrey Epstein and I was hoping that we might be able to speak. We can talk on whatever terms you'd like. I can be reached at 973-519-5725

All the best,
Tara

--
Tara Palmeri
+1 973 519 5725
@tarapalmeri

(i-2)

On Fri, Mar 26, 2021 at 4:37 PM Ruairi Arrieta-Kenna <rarrieta-kenna@politico.com> wrote:
Hi, Vincent—

I'm a fact-checker, and I'm reaching out to you as a representative of Rina Oh.

POLITICO Magazine is planning to publish a story by Tara Palmeri about the many women who,
to varying degrees, helped to enable Jeffrey Epstein's abuse. In addition to laying out who some
of these women are and the roles they played, the story explores the complicated and difficult
position many of those women find themselves in, having worked or recruited for Epstein, while
also being abused or manipulated by him. The story notes that this dynamic is coming into play
even more so now, as women seek restitution from Epstein's victims' compensation fund.

Rina Oh is one of the main women Tara writes about, and so we wanted to reach out—both for