# Exhibit "L"

Plaintiff000031-Plaintiff000032



4.




5.

Plaintiff000032