# Exhibit "M"

Plaintiff000968-Plaintiff000993

2:26



# ArtisticWhistleBlower, WIDE AWA...
## 55K Tweets



| Tweets | Tweets & replies | Media | Likes |
|--------|------------------|-------|-------|

 **ArtisticWhistleBlower, WIDE AW...** · 10h

Look, the liar Methy blocked me!!! YAY. SHE LIED ABOUT ME DURING CHEMO AND HARRASSED ALL MY SURVIVOR SISTORS. She is buddies with RINA OH. DO THE MATH. WE ARE HARRASSED BY CRAZIES.



### SurvivorSinging
@SurvivorSing

Not followed by anyone you're following

You are blocked from following @SurvivorSing and viewing @SurvivorSing's Tweets. Learn more

💬        ⟲ 1        ♡ 8        ⬆

 **ArtisticWhistleBlower, WIDE AWAKE Retweeted**

 **Doaa** @DoaaElRashidy · 10h

I hope!

 **ArtisticWhistleBlower, WIDE...** · 11h

Maybe, just maybe...we will experience FREEDOM FOR REAL FOR ONCE, after we defeat the monsters.

            

Plaintiff000968

3:10

 rina oh 

**Top**  Latest  People  Photos  Videos

 **ArtisticWhistleBlower, WIDE AW...** · 11h  ...
Look, the liar Methy blocked me!!! YAY. SHE LIED ABOUT ME DURING CHEMO AND HARRASSED ALL MY SURVIVOR SISTORS. She is buddies with **RINA OH**. DO THE MATH. WE ARE HARRASSED BY CRAZIES.



**SurvivorSinging**
@SurvivorSing

Not followed by anyone you're following

You are blocked from following @SurvivorSing and viewing @SurvivorSing's Tweets. Learn more

    1    8   

 **rina** 🤍 @reumnight · 9h   ...
oh wow.

  

         

3:10

Q rina oh

Top    Latest    People    Photos    Videos

 **ArtisticWhistleBlower, WIDE AW...** · 15h    ...
**Rina Oh**, the jealous jealous co-conspirator of Epstein's. She wants so badly to be @VRSVirginia  yet instead **Rina** starred in THE RING.



Sound Storytelling @SoundSt... · 9/3/19

Epstein accuser says Prince Andrew 'knows exactly what he's done'
edition.cnn.com

💬 2          ♡ 1          ↑

Rina Oh @forkandscissors · 9/3/19
Let her get her justice. The adults trafficked this one around as a toy for their fancy. It's so sickening. It means they did the same with others. Here's your public prototype model. They have theirs whom they parade @RoyalFamilyand here's who they use to get their free cake.

💬          ♡          ↑

💬          ♡ 1          ↑

 **ANA DAY** @lesbians4rina · 4d    ...
andriapilixvahim is really coming back oh i feel faint

💬 1          ⟲ 4          ♡ 26          ↑

**Matt Dobbins** @MattRyanDobbins · 12h

3:13



Q @artisticblower: rina oh



**Top**    Latest    People    Photos    Videos

 **ArtisticWhistleBlower, WIDE AW…** · 19h  •••
**Rina Oh** is ummmm…..without being unkind, a PEDO ENABLER FROM HELL!

ASK HER HOW MANY CHILDREN AND VULNERABLE YOUNG WOMEN SHE ASSAULTED FOR PAY FOR EPSTEIN!!!!

ASK HER. **@RinaOh**

💬 2          ⟲ 1          ♡ 8          ⬆

 **ArtisticWhistleBlower, WIDE AW…** · 20h  •••
Someone should ask **Rina Oh** how many Epstein survivors she assaulted for pay.

💬 1          ⟲ 8          ♡ 18          ⬆

 **ArtisticWhistleBlower, WIDE AW…** · 19h  •••
**Rina Oh** looks exactly like an Asian version of THE RING.
Just sayin…I knew Epstein VERY WELL. #NotHisType

THIS MONSTER BROUGHT HIM FRESH MEAT. She was never the meat he desired.

She profited from the suffering of young girls!!! HER SOUL IS DEAD.



    Q    🔔    ✉

3:13



Q @artisticblower: rina oh

Top    Latest    People    Photos    Videos



**ArtisticWhistleBlower, WIDE AW...** · 19h  ···

**Rina Oh** looks exactly like an Asian version of THE RING.
Just sayin…I knew Epstein VERY WELL.
#NotHisType

THIS MONSTER BROUGHT HIM FRESH MEAT. She was never the meat he desired.

She profited from the suffering of young girls!!! HER SOUL IS DEAD.



GIF  *You're absolutely right*

💬          ⟲ 3          ♡ 4          ⬆️



**ArtisticWhistleBlower, WIDE AW...** · 20h  ···

I will NEVER forgive ANY OF THE CHILD MOLESTORS!!!! That is not why I here. I am here to speak justice and have the pedos put into prison.
**Rina Oh**, a co-conspirator of Epstein, was Gmax 2.0. She took
the place of Vickers. Now she is suing the prince?
#ChildMolestor #Assaulter

3:14

 

← 🔍 @artisticblower: rina oh

Top    Latest    People    Photos    Videos

 **ArtisticWhistleBlower, WIDE AW…** · 20h ⋯
I will NEVER forgive ANY OF THE CHILD MOLESTORS!!!! That is not why I here. I am here to speak justice and have the pedos put into prison.
**Rina Oh**, a co-conspirator of Epstein, was Gmax 2.0. She took
the place of Vickers. Now she is suing the prince?
#ChildMolestor #Assaulter



GIF *You're absolutely right*

💬    ⟲ 4    ♡ 18    ⬆️

 **ArtisticWhistleBlower, WIDE AW…** · 11h ⋯
Look, the liar Methy blocked me!!! YAY. SHE LIED ABOUT ME DURING CHEMO AND HARRASSED ALL MY SURVIVOR SISTORS. She is buddies with **RINA OH**. DO THE MATH. WE ARE HARRASSED BY CRAZIES.



🏠    🔍    🔔    ✉️

3:14

🔍 @artisticblower: rina oh

**Top**  Latest  People  Photos  Videos

 **ArtisticWhistleBlower, WIDE AW…** · 11h  ⋯
Look, the liar Methy blocked me!!! YAY. SHE
LIED ABOUT ME DURING CHEMO AND
HARRASSED ALL MY SURVIVOR SISTORS.
She is buddies with **RINA OH**. DO THE
MATH. WE ARE HARRASSED BY CRAZIES.



💬        ⟲ 1        ♡ 8        ⬆

 **ArtisticWhistleBlower, WIDE AW…** · 19h  ⋯
The funniest part of the **Rina Oh** thing is that
she was NOT AT ALL what Epstein desired.
She pathetically calls herself his gf, just like
Maxipad and Vickers have claimed.
If I had a bf that needed to harm children, I
would not date him.

💬        ⟲ 1        ♡ 12        ⬆

 **ArtisticWhistleBlower, WIDE AW…** · 2
**Rina Oh** and I were the same age when we

            



3:14

 

Q @artisticblower: rina oh

Top | Latest | People | Photos | Videos

 **ArtisticWhistleBlower, WIDE AW...** · 20h  ···

**Rina Oh** and I were the same age when we met Epstein. She chose to molest young girls for pay. I reported him to the FBI.
WHO exactly is a victim?
@pinkPeptobismol @VRSVirginia @BradEdwards_Esq @TheDavidBoies



LORD HELP ME WITH THIS ONE

GIF

💬 1            ⟲ 2            ♡ 9            ⬆️

 **ArtisticWhistleBlower, WIDE AW...** · 15h  ···

**Rina Oh**, the jealous jealous co-conspirator of Epstein's. She wants so badly to be @VRSVirginia  yet instead **Rina** starred in THE RING.



**Sound Storytelling** @SoundSt... · 9/3/19 ⌄

  

Plaintiff000975

3:14

Q @artisticblower: rina oh

Top    Latest    People    Photos    Videos

 **ArtisticWhistleBlower, WIDE AW...** · 15h  ...
**Rina Oh**, the jealous jealous co-conspirator of Epstein's. She wants so badly to be @VRSVirginia  yet instead **Rina** starred in THE RING.



Sound Storytelling @SoundSt... · 9/3/19

Epstein accuser says Prince Andrew 'knows exactly what he's done'
edition.cnn.com

💬 2      ⟲      ♡ 1      ⬆️

Rina Oh @forkandscissors · 9/3/19
Let her get her justice. The adults trafficked this one around as a toy for their fancy. It's so sickening. It means they did the same with others. Here's your public prototype model. They have theirs whom they parade @RoyalFamilyand here's who they use to get their free cake.

💬      ⟲      ♡      ⬆️

💬      ⟲      ♡ 1      ⬆️

 **ArtisticWhistleBlower, WIDE AW...** · 20h  ...
Next Claire Hazel will pretend to be a victim of the prince. **RINA OH** IS NOT A VICTIM, she was a victimizer!!! Like Claire, she assaulted the young girls/women she b to Epstein (for pay).
@BradEdwards Esq @TheDavidBoies

3:14



Q @artisticblower: rina oh

---

**Top**    Latest    People    Photos    Videos

---



**ArtisticWhistleBlower, WIDE AW...** · 20h    •••

Next Claire Hazel will pretend to be a victim of the prince. **RINA OH** IS NOT A VICTIM, she was a victimizer!!! Like Claire, she assaulted the young girls/women she brought to Epstein (for pay).
@BradEdwards_Esq @TheDavidBoies
SHE IS LOOKING FOR ANOTHER PAYDAY!
🤬🤬🤬🤬🤬

💬          ⟲ 2          ♡ 7          ⬆

---



**ArtisticWhistleBlower, WIDE AW...** · 20h    •••

I wonder if **Rina Oh** knows the difference in the definition of "victim" and BEING A PROSTITUTE WHO TOOK MONEY TO HARM GIRLS SHE BROUGHT TO EPSTEIN?

She has no right to sue anyone in this story, not even Andrew imo.

She took money and was of age. She sold girls to EPSTEIN.



GIF

💬          ⟲ 4          ♡ 9          ⬆

---

3:14

🔍 @artisticblower: rina oh

Top     Latest     People     Photos     Videos

 **ArtisticWhistleBlower, WIDE AW...** · 18h  ⋯

Virginia is a VICTIM OF RAPE by this SOB!

**Rina Oh** helped assist raping and is now suing the prince. She was Epstein's co-conspirator and is the one looking for a payday. She also sued the Epstein estate and took funds, even though she assaulted many via "orgies". 🤮 🤢

>  **Luke Rudkowski** ✓ @Lukewea... · 18h
>
> This man has no shame and should be in jail!
>
> "Prince Andrew claims his sex assault accuser Virginia Giuffre is out for 'anoth...

💬     🔁 2     ♡ 6     ⬆️

 **ArtisticWhistleBlower, WIDE AW...** · 19h  ⋯

@bobby_capucci **Rina Oh** was NOT Epstein's gf btw. She calls herself that bc she knows we can all see he would have never been onto her. He used these older fuglies as a way to trick ppl and trap children.
**Rina** handsomely profited from bringing fresh victims to Epstein.



3:14



@artisticblower: rina oh



| **Top** | Latest | People | Photos | Videos |



**ArtisticWhistleBlower, WIDE AW...** · 19h  ⋯

@bobby_capucci **Rina Oh** was NOT Epstein's gf btw. She calls herself that bc she knows we can all see he would have never been onto her. He used these older fuglies as a way to trick ppl and trap children.
**Rina** handsomely profited from bringing fresh victims to Epstein.



GIF

💬 1          ⇄ 2          ♡ 3          ⬆

**ArtisticWhistleBlower, WIDE AW...** · 19h  ⋯



What kind of a case does a pedo enabler have for chosing to sleep with a prince when in her mid 20s??? **Rina Oh** claims she was a "victim", whilst she brought "fresh meat" to her employer (Epstein)

NO CASE. FEELS LIKE GOLD DIGGING AND BLACKMAIL.

I loathe the prince, **Rina** is worse

💬          ⇄ 4          ♡ 11          ⬆

3:14

🔍 @artisticblower: rina oh

**Top**    Latest    People    Photos    Videos

 **ArtisticWhistleBlower, WIDE AW…** · 19h  ⋯

What kind of a case does a pedo enabler have for chosing to sleep with a prince when in her mid 20s??? **Rina Oh** claims she was a "victim", whilst she brought "fresh meat" to her employer (Epstein)

NO CASE. FEELS LIKE GOLD DIGGING AND BLACKMAIL.

I loathe the prince, **Rina** is worse

💬    ⇄ 4    ♡ 11    ⬆️

 **ArtisticWhistleBlower, WIDE AW…** · 20h  ⋯

**Rina Oh** for prison!

Totally OVER the child rapists and pedo enablers profiting. THEY KNOW NO SHAME!!!!

@BHenderson_Esq please tell me Brad is not representing this monster!!! Or David! I WILL FREAK OUT. I PROMISE.

💬 1    ⇄ 3    ♡ 6    ⬆️

 **ArtisticWhistleBlower, WIDE AW…** · 20h  ⋯

**Rina Oh** will one day be faced with GOD/ TRUTH/LOVE and will scurry in shame. Every BIATCH who hurt the Epstein survivors will face the creator one day. I guess that is when they will pay.

3:15

Q @artisticblower: rina oh

| Top | Latest | People | Photos | Videos |



**ArtisticWhistleBlower, WIDE AW...** · 20h    ...
**Rina Oh** will one day be faced with GOD/ TRUTH/LOVE and will scurry in shame. Every BIATCH who hurt the Epstein survivors will face the creator one day. I guess that is when they will pay.



💬        ⟲ 3        ♡ 5        ⬆



**ArtisticWhistleBlower, WIDE AW...** · 19h    ...
Like an old wealthy Pedo is going to go for the main actor in THE RING.

If you believe **Rina Oh** was Epstein's gf, I have loads of property to sell you on Mars.

They all say, "He was my bf" 🤮
#KellenVickers #RinaOh #Groff #Maxipad

💬        ⟲ 2        ♡ 7        ⬆



**ArtisticWhistleBlower, WIDE AW...** · 20h    ...
@Newsweek are you aware that **Rina Oh** was a CO-CONSPIRATOR AND NOT A VICTIM?????

3:15

🔍 @artisticblower: rina oh

**Top**    Latest    People    Photos    Videos



**ArtisticWhistleBlower, WIDE AW...** · 20h  ···
@Newsweek are you aware that **Rina Oh** was
a CO-CONSPIRATOR AND NOT A
VICTIM?????

>  **Newsweek** ✔ @Newsweek · 20h
> Rina Oh named Virginia Giuffre, who
> recently filed her own sexual coercion
> lawsuit against Prince Andrew, in the
> Manhattan federal court filing late
> Thursday. newsweek.com/epstein-accu...

💬          ⟲ 5          ♡ 13          ⬆️



**ArtisticWhistleBlower, WIDE AW...** · 20h  ···
I will not rest until these pedos and enablers
are exposed:

FAUX GUGGENHEIM
**RINA OH**
MAXIPAD
KELLEN-VICKERS
GROFF
CLAIRE HAZEL

WAKE UP AND RECOGNIZE THAT WOMEN
ARE JUST AS EVIL AS MEN. HUMANS ARE
HUMAN.

@TheBradEdwards @TheDavidBoies
@BHenderson_Esq

💬 1          ⟲ 6          ♡ 15          ⬆️



3:15

 

←    Q @artisticblower: rina oh

**Top**    Latest    People    Photos    Videos



**ArtisticWhistleBlower, WIDE AW...** · 18h · · ·

**Rina Oh** is INSANELY JEALOUS of
@VRSVirginia. This is a FACT.

Now she is filing a copycat lawsuit, suing the
prince.

**Rina** is a narcissist imo. She harmed young
girls for profit. She is jealous of the survivors
and has attempted to cause more suffering
by suing estate.



   💬      ⟲ 1      ♡ 1      ⬆



**ArtisticWhistleBlower, WIDE AW...** · 20h · · ·

**Rina Oh** is NOT A GOOD ACTOR. She
participated in molesting the women wh[...]
she brought to Epstein. SOUNDS LIKE

        

3:15

Q @artisticblower: rina oh

Top    Latest    People    Photos    Videos

 **ArtisticWhistleBlower, WIDE AW...** · 20h

**Rina Oh** is NOT A GOOD ACTOR. She participated in molesting the women whom she brought to Epstein. SOUNDS LIKE MAXWELL OR VICKERS TO ME!!! @BradEdwards_Esq @VRSVirginia @pinkPeptobismol
I HATE THIS "PERSON". SHE IS A GOLD DIGGER WHO HAS SAID AWFUL THINGS ABOUT ACTUAL SURVIVORS.

>  **Newsweek** ✓ @Newsweek · 20h
>
> Rina Oh named Virginia Giuffre, who recently filed her own sexual coercion lawsuit against Prince Andrew, in the Manhattan federal court filing late Thursday. newsweek.com/epstein-accu...

💬 1          �logout 3          ♡ 7          ⬆️

 **ArtisticWhistleBlower, WIDE AW...** · 20h

The most disgusting thing on earth are the co-conspirators who keep suing estate and making a fortune from our suffering!
#RinaOh #KellenVickers #ClaireHazel #Maxipad #Groff
BEING FEMALE DSNT MEAN YOU ARENT PURE EVIL
@TheDavidBoies @BradEdwards_Esq @VRSVirginia @pinkPeptobismol



3:15

   

Q @artisticblower: rina oh

**Top**    Latest    People    Photos    Videos

   **ArtisticWhistleBlower, WIDE AW...** · 20h   ...

The most disgusting thing on earth are the
co-conspirators who keep suing estate and
making a fortune from our suffering!
**#RinaOh** #KellenVickers #ClaireHazel
#Maxipad #Groff
BEING FEMALE DSNT MEAN YOU ARENT
PURE EVIL
@TheDavidBoies @BradEdwards_Esq
@VRSVirginia @pinkPeptobismol



GIF                          MM-HMM.

💬          ⟲ 4          ♡ 6          ⬆️

   **ArtisticWhistleBlower, WIDE AW...** · 19h   ...

@fyercat o meant to include you in previous
tweet. We need to ask @RinaOh how many
victims of Epstein she has under her belt.
How many notches in the bed post **Rina** (aka
THE RING). She literally looks demonic.

💬          ⟲ 2          ♡ 3          ⬆️

   **ArtisticWhistleBlower, WIDE AW...** · 19h   ...

So if a grown ass woman sells children
vulnerable young women to an internatio
nedo ring, then sleeps with a prince for

                    🔔          ✉️   

3:15



Q @artisticblower: rina oh

---

**Top**   Latest   People   Photos   Videos

---



**ArtisticWhistleBlower, WIDE AW…** · 19h   •••

So if a grown ass woman sells children and
vulnerable young women to an international
pedo ring, then sleeps with a prince for
profit…
Said "human" then gets to sue Epstein estate
and the prince?!
**#RinaOh**
**@BradEdwards_Esq @BHenderson_Esq**
**@TheDavidBoies**

💬        ⟲ 2        ♡ 6        

---



**ArtisticWhistleBlower, WIDE AW…** · 19h   •••

I'm deeply deeply depressed tonight. I have
never been this downtrodden/crestfallen.

HOW MUCH MORE CAN WE TAKE as
Epstein survivors?!

The co-conspirators profiting from the
suffering they caused us is TOO MUCH.

**#RinaOh #Vickers #Groff #Maxipad**

💬 18        ⟲ 10        ♡ 42        

---



**Andrew Zeglicki** @AZeglicki · 20h   •••

Replying to **@ArtisticBlower**
**@BradEdwards_Esq and 2 others**

**Rina Oh** is a piece of shit who defamed other
Epstein Survivors and became part of Molly
Skye Brown's troll club. Myself and seve
others, reported her vile tweets many ti

💬        ⟲ 1        ♡ 3        

---

                        

3:15

Q @artisticblower: rina oh

**Top**    Latest    People    Photos    Videos



**ArtisticWhistleBlower, WIDE AW…** · 17h
Replying to **@DeborahAWeber** and **@YouTube**
The **Rina Oh** charge is blackmail imo. She was a co-conspirator to Epstein.
Unlike Virginia who was raped as a child by the prince, **Rina** was in her 20s and selling young girls to Epstein for benefits.

💬 1          ⟲ 1          ♡ 2          ⬆️



**ArtisticWhistleBlower, WIDE AW…** · 20h
Do you know the difference between **@VRSVirginia** and **@RinaOh**?

VIRGINIA WAS A VICTIM.

**Rina** seems very focused on the ultimate payout. She has jealously harrassed all of the actual survivors I know.
**@BradEdwards_Esq @TheDavidBoies**

> 🅽 **Newsweek** ✓ **@Newsweek** · 20h
> Rina Oh named Virginia Giuffre, who recently filed her own sexual coercion lawsuit against Prince Andrew, in the Manhattan federal court filing late Thursday. newsweek.com/epstein-accu…

💬          ⟲ 3          ♡ 5          ⬆️



**ArtisticWhistleBlower, WIDE AW…** · 18h
Thank you. I'm just upset for the women love that this monster harmed. **#RinaO**



3:15

🔍 @artisticblower: rina oh

**Top**   Latest   People   Photos   Videos



**ArtisticWhistleBlower, WIDE AW...** · 18h ···
Thank you. I'm just upset for the women I
love that this monster harmed. **#RinaOh**

>  **Jonathan Barber** @JonathanB... · 18h
> Replying to @ArtisticBlower
> Just unreal; hang in there ❤️

💬   🔁   ♡ 3   ⬆️



**Jovert Opz** @JoHop · 19h ···
Replying to @ArtisticBlower and @rinaoh
No idea what's going on here but pinned
tweet is creepy

> 컬컷충5 가입코드:비나리
>
> **Best577.com #도박 #네임
> 드사다리 #네임드 #사다리**
>
> Translated from Korean by Google
>
> Accident-free and safe
> playground for 5 years
> Domestic and foreign highest
> dividend Named ladder 1.95
> Handy 1.90 Daily first drop
> 5 Subscription code: Minari
> Best577.com#도박#네임드사다
> 리#네임드#사다리
>
> 12:57 · 21 Feb 15 · Twitter Web Client

3:16



Q @artisticblower: rina oh

**Top**    Latest    People    Photos    Videos



**ArtisticWhistleBlower, WIDE AW...** · 20h   ...

I have no problem with prostitution, if that is what a woman desires.

I have a massive problem with prostitutes, who sold children/young women to Epstein, calling themselves "VICTIMS".
#KellenVickers #RinaOh #Groff #Vickers #Maxipad



GIF

💬     🔁 4     ♡ 11     ⬆️



**ArtisticWhistleBlower, WIDE AW...** · 20h   ...

Dear God, how to pedos and their enablers sleep at night?

THEY DID IT ALL FOR MONEY!

#RinaOh #Vickers #Groff #Hazel #Maxipad

THE WOMEN WHO ASSISTED EPSTEIN WERE WORSE THAN EPSTEIN. JUST A SURVIVORS!



3:16

🔍 @artisticblower: rina oh

| **Top** | Latest | People | Photos | Videos |



**ArtisticWhistleBlower, WIDE AW…** · 20h   ···

Dear God, how to pedos and their enablers sleep at night?

THEY DID IT ALL FOR MONEY!

**#RinaOh** #Vickers #Groff #Hazel #Maxipad

THE WOMEN WHO ASSISTED EPSTEIN WERE WORSE THAN EPSTEIN. JUST ASK SURVIVORS!



💬        🔁 2        ♡ 5        ⬆️



**ArtisticWhistleBlower, WIDE AW…** · 19h   ···

@bobby_capucci please read my tweets this **Rina Oh** character. I know more a~~ filthy perv than one could fathom. She was a

3:16

  Q @artisticblower: rina oh  

**Top**    Latest    People    Photos    Videos

---

 **ArtisticWhistleBlower, WIDE AW...** · 19h  ···

@bobby_capucci please read my tweets on this **Rina Oh** character. I know more abt this filthy perv than one could fathom. She was a co-conspirator of Epstein, yet is now suing Andrew.

💬         ♺ 1         ♡         ⬆

---

 **ArtisticWhistleBlower, WIDE AW...** · 19h  ···

The man was a pedophile, yet these extremely unattractive older women always claim they were his girlfriend.
Spoiler: You are called an enabler, a co-conspirator...NOT A GF FFS!
#RinaOh #KellenVickers #ClaireHazelGuinness #Maxipad #Groff

💬         ♺ 2         ♡ 4         ⬆

---

 **ArtisticWhistleBlower, WIDE AW...** · 16h  ···

His victim. One we know of, Virginia. He is a rapist. Virginia was a child.

The other woman suing is desperately hateful abt Virginia and was a co-conspirator to Epstein, just like Maxwell. She brought him fresh meat for profit. 😡 #RinaOh #Golddigger #CoConspirator

┌─────────────────────────────────────
│ 🖼 **Pauline M Barten** @PaulineM... · 16h
│
│ It was a long time ago is not a defence.
│ #princeandrew
│ Shameless.
│ Might be historical for him but it's not for

        

3:16

🔍 @artisticblower: rina oh

← ⚙

**Top**   Latest   People   Photos   Videos

 **ArtisticWhistleBlower, WIDE AW...** · 16h ⋯

His victim. One we know of, Virginia. He is a rapist. Virginia was a child.

The other woman suing is desperately hateful abt Virginia and was a co-conspirator to Epstein, just like Maxwell. She brought him fresh meat for profit. 🤬 **#RinaOh** **#Golddigger #CoConspirator**

>  **Pauline M Barten** @PaulineM... · 16h
>
> It was a long time ago is not a defence. #princeandrew
> Shameless.
> Might be historical for him but it's not for the victims.

💬 1        🔁        ♡ 1        ⬆

 **MKFB - PI** @MichaelBalcom1 · 18h ⋯
Replying to @ArtisticBlower @rinaoh and 3 others

She will stand judgment before God

💬        🔁 1        ♡ 2        ⬆

 **ArtisticWhistleBlower, WIDE AW...** · 19h ⋯
@MichaelBalcom1 do you mind asking @RinaOh how many victims she brought to Epstein for profit? I'm curious as to whether she will continue to lie or will face the facts?!

I HOPE GOD TAKES CARE OF HER SOR[...] ASS. 😞

🏠        🔍        🔔        ✉

3:16

🔍 @artisticblower: rina oh

**Top**    Latest    People    Photos    Videos

#princeandrew
Shameless.
Might be historical for him but it's not for the victims.

💬 1    🔁    ♡ 1    ⬆️



**MKFB - PI** @MichaelBalcom1 · 18h
Replying to @ArtisticBlower @rinaoh and 3 others

She will stand judgment before God

💬    🔁 1    ♡ 2    ⬆️

**ArtisticWhistleBlower, WIDE AW...** · 19h
@MichaelBalcom1 do you mind asking @RinaOh how many victims she brought to Epstein for profit? I'm curious as to whether she will continue to lie or will face the facts?!

I HOPE GOD TAKES CARE OF HER SORRY ASS. 😔

@pinkPeptobismol @xeni @VRSVirginia

💬 1    🔁    ♡ 1    ⬆️



**Megan** @86roadkill · 19h
Replying to @ArtisticBlower and @rinaoh

Link goes somewhere weird

💬    🔁    ♡    ⬆️





