# Exhibit "N"

Plaintiff000004-Plaintiff000008
Plaintiff000010
Plaintiff000019



4:12

**Virginia Giuffre**
5,731 Tweets

**Tweets** | Tweets & replies | Media | Likes

**Virginia Giuffre** @VRSVirg... · 10/28/20 ···
Ladies & Gentlemen meet Rina who now is pleading innocence since there's a $VCF$ she has decided to come out as a victim, when on the record she was #Epstein's GF"& was rewarded with $$ in trade for victims- real victims. May karma be upheld and justice be done. @FBI @nytimes 🦋 twitter.com/MoonProfessor/...

This Tweet is unavailable.

16 · 77 · 212

**Virginia Giuffre** @VRSVirg... · 10/28/20 ···
"Design from 2000-2002 and classically trained in sculpture," Uh Rina- those were the years in which you procured & partook in the abuse of minors with #Epstein Did he pay for that too? Your no survivor, your an oxygen thief. A virus on humanity. #Karma #Justice twitter.com/MoonProfessor/...

This Tweet is unavailable.

9 · 20 · 97

**Virginia Giuffre** @VRSVirg... · 10/28/20 ···
Still being robbed of justice- just ask all the men & women I've named in my court docs why they still have their freedom to carry on with their untainted lives why I sit here cr my eyes out over rerun & rerun of the al still affecting my life. @FBI @SDNYnews #unfair 🦋



4:11

**Virginia Giuffre**
5,731 Tweets

**Tweets** | Tweets & replies | Media | Likes

**Virginia Giuffre** @VRSVirg... · 10/28/20
"Design from 2000-2002 and classically trained in sculpture," Uh Rina- those were the years in which you procured & partook in the abuse of minors with #Epstein Did he pay for that too? Your no survivor, your an oxygen thief. A virus on humanity. #Karma #Justice twitter.com/MoonProfessor/...

This Tweet is unavailable.

9 20 97

**Virginia Giuffre** @VRSVirg... · 10/28/20
Still being robbed of justice- just ask all the men & women I've named in my court docs why they still have their freedom to carry on with their untainted lives why I sit here crying my eyes out over rerun & rerun of the abusers still affecting my life. @FBI @SDNYnews #unfair 🦋

> **Sandi Bachom** @sandib... · 10/28/20
> I sat in court for 3 days with Epstein and 2 days when his victims read their impact statements. You have NO Idea how courageous they are, they deserve their day in court they've been robbed three...

54 176 720

**Virginia Giuffre** @VRSVirg... · 10/28/
This picture that Rina painted with the s
leg bleeding is exactly what she used to do to





4:11

**Virginia Giuffre**
5,731 Tweets

**Tweets** Tweets & replies Media Likes

**Virginia Giuffre** @VRSVirg... · 10/28/20
podcasts.apple.com/au/podcast/bro... Rina- if you read this I hope you live in shame for the rest of your life. You don't intimidate me any longer & the physical & mental scares you left me with should be enough to put your a** in jail, my line in the sand is drawn & your guilty! #LockHerUp

podcasts.apple.com
BROKEN: Seeking Justice: The Recruiters on Apple Podcasts

15 30 130

**Virginia Giuffre** @VRSVirg... · 10/27/20
#Justice #EndCSAandSexTrafficking #MeToo @elizableu @teresajhelm @ParisHilton @FBI

**Belle**🖤💜🤍 @Belle_A... · 10/27/20
FYI, Dahvie Vanity (David Jesus Torres) has sexually assaulted 60+ women and minors over a decade long music care
Please help get these women justice!
...

4:10

**Virginia Giuffre**
5,731 Tweets

**Tweets** Tweets & replies Media Likes

**Virginia Giuffre** @VRSVirg... · 10/28/20
Jeffrey Epstein 'recruiter' admits bringing girls but denies abuse" Pathetic excuses from a deranged woman who was NO victim & should be sitting in jail next to #GhislaineMaxwell Rina-woman to woman, now that I am a woman, U disgust me. @DailyMail

dailymail.co.uk
Mystery 'recruiter' for Epstein admits bringing girls to pedophile

31 169 450

**Virginia Giuffre** @VRSVirg... · 10/28/20
podcasts.apple.com/au/podcast/bro... Rina- if you read this I hope you live in shame for the rest of your life. You don't intimidate me any longer & the physical & mental scares you left me with should be enough to put your a** in jail, my line in the sand is drawn & your guilty! #LockHerUp



4:10

**Virginia Giuffre**
5,731 Tweets

**Tweets** | Tweets & replies | Media | Likes

**Virginia Giuffre** @VRSVirg... · 10/28/20
What really makes sense is that Rina, a co-conspirator for #Epstein & #GhislaineMaxwell would go on to marry a fellow co-conspirator involved with #MichaelJackson . 2 sick peas in a pod, you can't even imagine how beyond sickened I feel right now. @pinkPeptobismol @teresajhelm 🦋

> **Thomas Volscho** @TVol... · 10/28/20
> I guess this post from Michael Jackson defenders makes more sense:
>
> **The Michael Jackson Innocent Project**
> December 15, 2019 ·
>
> VINCENT AMEN....ANOTHER SICKO!!!!!!
>
> Vincent F. Amen now has the audacity to lump #MichaelJackson in with Jeffrey Epstein/R. Kelly while implying handlers are complicit in any alleged crimes (a page out of Vince Finaldi's playbook).
>
> Despite Amen knowing firsthand how #MJ was maligned in the bogus Jason Arvizo case that Tom Sneddon named Amen a co-conspirator.
>
> Vincent Amen, a friend of Frank Cascio and one of 5 unindicted co-conspirators in the entertainer's trial. Amen was at NL in 2003 with Cascio and the Arvizo family.
>
> Keep in mind Amen also "told his story" to Diane Dimond this year for her book and defends her, and had acquired a copy of a single (alternate) juror's trial notes.
>
> From this, he is now working on a book of his own with juror note excerpts in it.

54 · 38 · 115

**Virginia Giuffre** @VRSVirg... · 10/28/20
Jeffrey Epstein 'recruiter' admits bringing girls but denies abuse" Pathetic excuses from deranged woman who was NO victim & should be sitting in jail next to



4:08

**Virginia Giuffre**
5,731 Tweets

**Tweets** Tweets & replies Media Likes

**Virginia Giuffre** @VRSVirgi... · 12/31/20
The only issues I have Vincent is your sick, pathetic physcopathic wife and the other Epstein women who take advantage of young victims. My credibility is full proof and the ppl that know me know that. Good luck with your smear campaign though. 😎 🖕

> **Vincent F. Amen** @Vinc... · 12/29/20
> #RinaOh is a victim… Guiffre has a lapse in memory.. In the legal circuit @VRSVirginia is know to have "Credibility Issues".. That's what's going around, and what Virginia said about Rina is not true...

23 30 211

Virginia Giuffre Retweeted
**Vincent F. Amen** @VincentF... · 12/29/20
#RinaOh is a victim… Guiffre has a lapse in memory.. In the legal circuit @VRSVirginia is know to have "Credibility Issues".. That's what's going around, and what Virginia said about Rina is not true. Guiffre recruited.. its been covered up..

26 4 10

Virginia Giuffre Retweeted
**Tara Palmeri** @tarapalmeri · 12/27/20
So proud of our team, and thankful for the courage from @ArtisticBlower @VRSVir
@CourtneyWild13 @pinkPeptobismol
@MichelleLicata8 and the many other



| Tweets | Tweets & replies | Media | Likes |

for a very long time. @ohreallytruly reddit.com/r/Epstein/comm...

💬 15    🔁 45    ❤️ 253    ⬆️



🔁 **Virginia Giuffre Retweeted**

**MOMZILLA** @Momzilla_... · 12/31/20

Replying to @VincentFAmen @VRSVirginia and 2 others

He is still not answering if #RinaOh made a victim statement to the FBI and if she only came forward after Epstein was already dead.
I am "starting" to think they both are here just for the benjamins.


GIF

💬 4    🔁 10    ❤️ 26    ⬆️