# Exhibit "O"

Plaintiff000236-Plaintiff000239

◀ Search 📶 📶    10:47 AM    🔋



**ladyvictoriahervey** ✓
Active 14m ago



> The main one I know is melissa who represented prince andrew but she can't as it's a conflict as she can't deal with anything virginia related since the settlement but she might know of someone

You replied

> Yes I'll ask

> You seem to know a lot of ppl!



> And my friend jen is suing Twitter at the moment so I can ask her

You replied

> The main one I know is melissa who represented prince andrew but she can't as it's a conflict as she... more

> I know how that goes. I was thinking about approaching Gloria

 Message...      

◀ Search 📶 🛜          10:47 AM          @ 🔋

◀ **ladyvictoriahervey** ✅   📞 📹
Active 14m ago

> I know how that goes. I was thinking about approaching Gloria Allred but she may not want to rep a case of 2 Epstein victims fighting.

You replied

> And my friend jen is suing Twitter at the moment so I can ask her

> That would be amazing! This is such a high profile case.

> If she wants to rep a case suing Politico and Tara Palmeri for misrepresenting my character by calling me a coconspirator/ enabler  let me know. I have till May 14, which is the last date before the statute of limitations runs out.

> Politico has $$$

Message…

Plaintiff000237



**ladyvictoriahervey**
Active 14m ago

Ok got it let me mention this to jennifer today



Replied to you

If she wants to rep a case suing Politico and Tara Palmeri for misrepresenting my character... more

So they misrepresented it and Virginia?

You replied

So they misrepresented it and Virginia?

Tara said in her original podcast I mostly paint in the nude. Then tried to rehash it through Politico. I had an anorexia relapse after Epstein and she knew that. It was

Message...

◀ Search 　　　　　　10:47 AM


**ladyvictoriahervey** ✓
Active 14m ago

> Tara said in her original podcast I mostly paint in the nude. Then tried to rehash it through Politico. I had an anorexia relapse after Epstein and she knew that. It was so wrong and malicious. That whole article was horrible. I got death threats.

Oh no

So just so I get this right the lawsuit is against Virginia and then together who had the podcast she spoke on?


And them

> My attorney right now thought suing both at the sane time was not appropriate. A private citizen and press are separate issues.

> I originally wanted both in the same lawsuit.

 Message...   

Plaintiff000239