# Exhibit "P"

AMEN0004-AMEN0045

Tweets relating to Virginia Giuffre relating to the Case

Data provided by Twitter in this format.

AMEN0001

**Deleted**

"favorite_count" : "0",

"in_reply_to_status_id_str" : "1620815684732321794",

"id_str" : "1620816795275001857",

"in_reply_to_user_id" : "223223883",

"truncated" : false,

"retweet_count" : "0",

"id" : "1620816795275001857",

"in_reply_to_status_id" : "1620815684732321794",

"created_at" : "Wed Feb 01 16:10:11 +0000 2023",

"favorited" : false,

"full_text" : "@lesbrown2 @jebrittan2 @SurvivorSing @SoniaPoulton @andrewlownie As the Truth comes out about Virginia she exhibits issues. We are just so tired of her allegations, accusations that are plainly false..The media should find a new bandwagon person to write about believing everything she says is true. Clearly I can see through Virginia's bullshit",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883",

"deleted_at" : "Wed Feb 01 16:11:01 +0000 2023"

**Direct Messages**

"messageCreate" : {

"recipientId" : "223223883",

"reactions" : [ ],

"urls" : [ ],

"text" : "Thanks Vincent.\n(Your family is all good).\n\nMe.....battling my health problems.\nI take it day-to-day.\nI'm hanging in there.\n\nThe lawsuit. (Rina vs Giuffre)\nWOW!!!!!!!!\nWe'll see what develope's.\nThanks for the confirmation.\n\nThe OJ Simpson Case\nMario",

AMEN0002

```
      "mediaUrls" : [ ],

      "senderId" : "3188788849",

      "id" : "1454117218841628679",

      "createdAt" : "2021-10-29T16:05:35.854Z"

     }

   },

   {

     "messageCreate" : {

      "recipientId" : "3188788849",

      "reactions" : [

        {

         "senderId" : "3188788849",

         "reactionKey" : "agree",

         "eventId" : "1454116577155031044",

         "createdAt" : "2021-10-29T16:03:02.839Z"

        }

      ],

      "urls" : [ ],

      "text" : "Hi Mario, we are all well. I hope everything is well with you. Yes, the federal lawsuit was filed yesterday.",

      "mediaUrls" : [ ],

      "senderId" : "223223883",

      "id" : "1454109545366757383",

      "createdAt" : "2021-10-29T15:35:06.359Z"

     }
```

```
"dmConversation" : {

   "conversationId" : "223223883-371967650",
```

AMEN0003

```
"messages" : [

 {

  "messageCreate" : {

   "recipientId" : "371967650",

   "reactions" : [ ],

   "urls" : [ ],

   "text" : "Hi Sonia,\n\nYes, the lawsuit is continuing.  The process takes a while with all the court
filings, depositions and eventually the trial.  The news this week about Virginia demonstrates the issues
with her statements about individuals.  It is unfortunate what Virginia said about the innocent, Rina.  We
look forward to resolving this situation with the legal system.\n\nBest,\n\nVincent",

   "mediaUrls" : [ ],

   "senderId" : "223223883",

   "id" : "1591044663443689476",

   "createdAt" : "2022-11-11T12:26:22.646Z"

  }

 },

 {

  "messageCreate" : {

   "recipientId" : "223223883",

   "reactions" : [ ],

   "urls" : [ ],

   "text" : "Hello Vincent, just enquiring if your lawsuit against VG is still going ahead? Like you I find
her settlement this week to be monstrous, frankly.",

   "mediaUrls" : [ ],

   "senderId" : "371967650",

   "id" : "1590947914309836805",

   "createdAt" : "2022-11-11T06:01:55.849Z"

  }

 },

 {
```

"messageCreate" : {

 "recipientId" : "371967650",

 "reactions" : [ ],

 "urls" : [ ],

 "text" : "Thanks Sonia. I will inform Rina.",

 "mediaUrls" : [ ],

 "senderId" : "223223883",

 "id" : "1535975338823532550",

 "createdAt" : "2022-06-12T13:20:32.646Z"

 }

},

{

 "messageCreate" : {

 "recipientId" : "223223883",

 "reactions" : [ ],

 "urls" : [ ],

 "text" : "I understand. I am watching closely. Please feel free to contact me should you want to talk further at soniapoulton@sky.com We have a breakfast show and we are following this case. Best wishes, Sonia",

 "mediaUrls" : [ ],

 "senderId" : "371967650",

 "id" : "1535971784847130628",

 "createdAt" : "2022-06-12T13:06:25.178Z"

 }

},

{

 "messageCreate" : {

 "recipientId" : "371967650",

 "reactions" : [ ],

"urls" : [ ],

——

Tweets

"favorite_count" : "1",

   "id_str" : "1654291925686525954",

   "truncated" : false,

   "retweet_count" : "0",

   "id" : "1654291925686525954",

   "possibly_sensitive" : false,

   "created_at" : "Fri May 05 01:08:24 +0000 2023",

   "favorited" : false,

   "full_text" : "A Virginia Giuffre Funny:\n\nIt's now been exposed Michael Jackson, I mean Virginia Giuffre, has hired a private investigator with the Amen vs. Giuffre case.  Giuffre's private investigator can watch me and Rina go back and forth to work and home.  Virginia may learn something, to... https://t.co/TJasyZ8R7j",

   "lang" : "en",

   "extended_entities" : {

"favorite_count" : "0",

   "id_str" : "1402828902037340162",

   "in_reply_to_user_id" : "937475241131085825",

   "truncated" : false,

   "retweet_count" : "0",

   "id" : "1402828902037340162",

   "created_at" : "Thu Jun 10 03:24:08 +0000 2021",

   "favorited" : false,

AMEN0006

"full_text" : "@VRSVirginia - VRS really stands for "Virginia Reiterates Something" UNTRUE!  Virginia is CEO.. laughable! Due to Virginia reiterating a false narrative … Rina operating on her.. Korean Pink Haired Boyband Losers left nasty comments on Rina's Instagram.. Fuck Yourself!",

"lang" : "en",


"favorite_count" : "0",

"in_reply_to_status_id_str" : "1393250263457144840",

"id_str" : "1398852453953675265",

"in_reply_to_user_id" : "1039272053801504768",

"truncated" : false,

"retweet_count" : "0",

"id" : "1398852453953675265",

"in_reply_to_status_id" : "1393250263457144840",

"created_at" : "Sun May 30 04:03:09 +0000 2021",

"favorited" : false,

"full_text" : "@JoyCannabis Rina introduced 3 women to Epstein.She did not enable Epstein. Rina is his sexual abuse victim. Rina is portrayed unfairly. Rina is unlike Virginia Guiffre who self admittedly recruited many girls for Epstein.  Tara Palmieri and others in the media have covered this up.Fuck them!",

"lang" : "en",


"truncated" : false,

"retweet_count" : "0",

"id" : "1384801163892113409",

"created_at" : "Wed Apr 21 09:28:20 +0000 2021",

"favorited" : false,

"full_text" : "As trial approaches.. Virginia Guiffre only retweets.. the damage is already done",

"lang" : "en"

"created_at" : "Sat Apr 03 17:49:55 +0000 2021",

"favorited" : false,

"full_text" : "@nitrini1950 @MollySkyeBrown @Whoyagottatweet @jebrittan2 @NotASpyAtAll1 @EpsteinNetwork @laurasgoldman @GadtheFly @SinCityAttorney @TheRealOJ32 @CEDEsq @KimEGoldman @thatmarciaclark @dardenlawgroup @LindaDeutsch @RitaCosby @AndyTillett @RealMarkEbner @Corey_Feldman @LeahRemini @RudyTanzi @DeepakChopra @adam_waldman @emmamarieparry @MichaelDCarlin @SHoffenberg @shaunattwood @AlanDersh @FBILosAngeles @tarapalmeri @kahronspearman @SarahTheDuchess @Kevinhi23618957 @sueziqu57 @PagefieldLondon @richardbranson @TheDukeOfYork @_juliannemoore @MidNiteMJ @Coxenberg1 @catoxenberg @Thebritishladyv @NancyGrace Kirby told me Virginia and cohorts have numbers and basically \"You are out numbered\". I've been in this position before and won, intellectual sound arguments to challenge someone who has gone unchecked and unchallenged, ahmm Virginia, numbers don't matter, intellect does.",

"lang" : "en",

"in_reply_to_screen_name" : "nitrini1950",

"created_at" : "Sat Mar 27 12:41:00 +0000 2021",

"favorited" : false,

"full_text" : "The Government, FBI, Southern District of NY Prosecutors, must have gotten to Virginia Guiffre about her statements on Twitter. All she does is retweet. When she opens her mouth on Twitter and puts statements out, it is detrimental and goes right to her credibility. 6" knife cut?",

"lang" : "en"

"created_at" : "Sat Mar 13 11:06:55 +0000 2021",

"favorited" : false,

"full_text" : "You can't "Cut and Run" on the witness stand when an experienced high profile defense attorney is cross examining you.I hope they pull Virginia's tweet back to me that "Her credibility is full proof". Virginia has known credibility issues.This is known in NY legal community.Proof",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"

}

"created_at" : "Wed Feb 17 10:09:52 +0000 2021",

"favorited" : false,

"full_text" : "Now dealing with the suggestive bias towards Asians by Virginia Guiffre, Jeffrey Epstein's Gal Pal. She is not called "The Fat White Women" when we list the issues relating to her. However, Virginia needs to denote Asian with her false accusations. @GovMurphy .",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",


"created_at" : "Tue Jan 19 01:49:35 +0000 2021",

"favorited" : false,

"full_text" : "I won't let this happen to Rina. @VRSVirginia is like Janet Arvizo (Hustler) from the Michael Jackson Trial.She's a liar.Story didn't add up.I have evidence against her.Virginia is doing this to Rina.Janet Arvizo implodes on witness stand destroying the case. No credibility. Read https://t.co/RHZJa5xOEg",

"lang" : "en",


"created_at" : "Sun Jan 17 23:16:21 +0000 2021",

"favorited" : false,

"full_text" : "@xj32940085 @MollySkyeBrown @LittleBirdy22 Virginia and Momzilla were ones to call Rina in it for money. They even posted a racist animated GIF of a little Asian girl holding money.. How disgusting.. Meanwhile Virginia sits on the couch eating Chips all day long suing everyone for money. Her primary source of income..Bad! https://t.co/vqO7FL5rKN",

"lang" : "en",


"created_at" : "Sun Jan 17 15:48:51 +0000 2021",

"favorited" : false,

"full_text" : "@Mozieamen @MollySkyeBrown Miss Credibility Issues:Virginia Guiffre..6inch cut..6inch scar.. Laughable! Virginia Guiffre is a Liar..That's a surgical operation.. Seems to me all her stories and accusations won't hold up when questioned !The tweet came from @VRSVirginia mouth! @KirbySommers @MollySkyeBrown https://t.co/WTvXG1NKqD",

"lang" : "en",

"in_reply_to_user_id_str" : "1233889214342860800",

"created_at" : "Sat Jan 09 00:19:17 +0000 2021",

"favorited" : false,

"full_text" : "@Maxi62251714 @Mozieamen Yea right.6 inch cut is an operation that needs stitches at the emergency room.. Virginia said 6 inch scar..but she fails to produce the scar.Virginia is a liar and has know Credibility Issues known to the top attorneys in NYC, also the US Attorneys Office. You believe in a fable https://t.co/GkWFyjmhIr",

"lang" : "en",

"in_reply_to_screen_name" : "Maxi62251714",


"created_at" : "Tue Jan 05 18:30:19 +0000 2021",

"favorited" : false,

"full_text" : "Je pense che il y a un probleme avec Virginia Guiffre.  Le silence (Un Block) est une mesure quand vous accussez faussement.  \n\nChe cosa la ragione, non vuoi sentire la verita, contro che cosa hai detto?Ma che scema! Ascolta me, le cose che hai detto no succede mai. Mai tagliare!",

"lang" : "it"


"created_at" : "Tue Jan 05 17:51:49 +0000 2021",

"favorited" : false,

"full_text" : "@AlanDersh Hi Prof. Dershowitz. My wife is a sexual abuse victim of Epstein. Virginia Guiffre falsely accused my wife of cutting her with a knife, 6inches. Clearly an operation, patently false. Goes to Virginia's Credibility Issue.  How is Nathan? Helped me on the Jackson case",

"lang" : "en",

"in_reply_to_screen_name" : "AlanDersh",

"in_reply_to_user_id_str" : "372372537"

    }
  },
"created_at" : "Mon Jan 04 19:11:15 +0000 2021",

"favorited" : false,

"full_text" : "@KirbySommers @VRSVirginia There is a disagreement with Virginia and Rina and I feel it's necessary to respond, however respond in a respectful manner with the knowledge that the majority of girls are Epstein's victims. However there are a good amount who are not, recruiting many, with the motive of money.",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"


"created_at" : "Wed Mar 08 23:30:00 +0000 2023",

"favorited" : false,

"full_text" : "My Position as it relates to Virginia Giuffre stating Rina Oh cut her leg. Take note of Virginia Giuffre's Beach photos of her left leg. No scar.. There is an issue here.. \n@jkbjournalist @tarapalmeri @nypost @lisapodcasts @DailyMailUK @TheSun @kbriquelet @politico https://t.co/3mZBaWmWGg",

"lang" : "en",

"extended_entities" : {

 "media" : [


"created_at" : "Tue Mar 07 11:07:54 +0000 2023",

"favorited" : false,

"full_text" : "Look at this Filth,Virginia Giuffre, that is a self admitted Jeffrey Epstein recruiter and then goes on to accuse Rina Oh of being what Virginia Giuffre is,A Recruiter Of "Little Girls" for Epstein. Virginia is a Sexual Predator. @nypost @lisapodcasts @jkbjournalist @tarapalmeri https://t.co/QHR1zLtj2b",

"lang" : "en",

"extended_entities" : {

 "media" : [


"created_at" : "Tue Mar 07 11:07:15 +0000 2023",

"favorited" : false,

"full_text" : "Look at this Filth, Virginia Giuffre, that is a self admitted Jeffrey Epstein recruiter and then goes on to accuse Rina Oh of being what Virginia Giuffre is, A Recruiter Of "Little Girls" for Epstein. Virginia is a Sex Predator. @nypost @lisapodcasts @jkbjournalist @tarapalmeri https://t.co/fXCL96lYDJ",

"lang" : "en",

"extended_entities" : {

"media" : [

"created_at" : "Sat Jan 02 19:37:41 +0000 2021",

"favorited" : false,

"full_text" : "@VRSVirginia Virginia, you say your story is full proof. But your facts to your story have never been challenged in a court of law. Judging from what I heard, your story may be broken down by a High Profile Defense attorney on the witness stand under Cross.\nYour story may not be so full proof",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"

}

},

"created_at" : "Sat Jan 02 19:23:10 +0000 2021",

"favorited" : false,

"full_text" : "@VRSVirginia Many other examples to determine this.\n\nThe legal "street" is talking that you have Credibility Issues know to the Southern District.\n\nI'm not smearing you, just stating unwanted to be heard by you, facts. \nYou and your cohorts have created a smear campaign against victim #RinaOh",

"lang" : "en",

"created_at" : "Sat Jan 02 19:18:57 +0000 2021",

"favorited" : false,

"full_text" : "@VRSVirginia 2. You fail to produce a picture of the scar. That's an operation needing to go to the emergency room. This goes directly to your Credibility...issue \n3. Rina never asked you to ask Epstein to leave the country. There is a undisclosed reason. Goes to your Credibility.. issue..",

"lang" : "en",

    "in_reply_to_screen_name" : "VincentFAmen",

    "in_reply_to_user_id_str" : "223223883"

  }

},


"created_at" : "Sat Jan 02 19:15:37 +0000 2021",

    "favorited" : false,

    "full_text" : "@VRSVirginia Virginia\n1. You are retweeting an Asian Child insinuating searching for money. Rina is Asian. This goes directly to your credibility. I will have a conversation with the Southern District about this.\n\n2. You said Rina gave you a 6inch slice on your leg. ...",

    "lang" : "en",

    "in_reply_to_screen_name" : "VRSVirginia",

    "in_reply_to_user_id_str" : "937475241131085825"

  }

},


"created_at" : "Sat Jan 02 12:30:22 +0000 2021",

    "favorited" : false,

    "full_text" : "@Momzilla_MTL @VRSVirginia @benp7777 @ArtisticBlower Seems racist, are you a racist? You select an image of a little Asian girl holding a monetary instrument. Rina is Asian. Your picture attached. No,it is not for money for but for Justice.\n\nRina did not surgically operate on @VRSVirginia . Post the 6inch scar. Credibility issues. https://t.co/1aIr8AlQET",

    "lang" : "en",

    "in_reply_to_screen_name" : "Momzilla_MTL",


"created_at" : "Tue Dec 29 22:42:45 +0000 2020",

    "favorited" : false,

"full_text" : "@benp7777 @ArtisticBlower @VRSVirginia #RinaOh is a victim... Guiffre has a lapse in memory.. In the legal circuit @VRSVirginia is know to have "Credibility Issues".. That's what's going around, and what Virginia said about Rina is not true. Guiffre recruited.. its been covered up..",

   "lang" : "en",

   "in_reply_to_screen_name" : "benp7777",

   "in_reply_to_user_id_str" : "2843926112"

  }


"created_at" : "Mon Nov 02 23:58:56 +0000 2020",

   "favorited" : false,

   "full_text" : "Virginia Guiffre then tweeted it wasn't her that wrote that to @Mozieamen .Hurtful! Who from Australia would speak like that but Guiffre. If it wasn't her, it was one of her manipulated followers who took wording from her tweet "oxygen thief". @nypost @DailyCaller #JeffreyEpstein https://t.co/QvFprZL8kM",

   "lang" : "en"

  }


   "created_at" : "Thu Feb 23 02:22:13 +0000 2023",

   "favorited" : false,

   "full_text" : "@watchsquare_one 1. My wife is suing Virginia Giuffre for Defamation. Virginia told many lies about my wife publicly. Giuffre has now been confronted. She tells many different stories.\n\n2. It's interesting with Michael. Do you feel all the guys who have come forward are lying? Seems like many.",

   "lang" : "en",

"created_at" : "Wed Feb 22 22:23:17 +0000 2023",

   "favorited" : false,

   "full_text" : "Prince Andrew Sex Accuser Has Bombshell Memoir Rejected By Publishing House\n\n"Look What We Have Here"\n\nVirginia Giuffre is having trouble with publishers due to inconsistencies in her many stories.  There are more many more lies she told. To Be Continued.. https://t.co/FV3DHqF8TD",

   "lang" : "en"

```
    }
  },


"created_at" : "Sat Oct 31 21:21:10 +0000 2020",

    "favorited" : false,

    "full_text" : "Because Virginia Guiffre went low on Twitter with Rina my wife. This was the result. Hate
website contact worthy of calling the police. Guiffre says it wasn't her. Now a manipulated Twitter
follower using her defamatory speech from Australia. See attached. Evil! @NewYorkFBI @fbi
https://t.co/jpfqhli3XY",

    "lang" : "en",

    "in_reply_to_screen_name" : "VincentFAmen",

    "in_reply_to_user_id_str" : "223223883",



"created_at" : "Sat Oct 31 21:15:06 +0000 2020",

    "favorited" : false,

    "full_text" : "Personal Policy:\n\n1. Go Low, I go Low\n2. Go Mid, I go High\n3. Go High, I maintain
High\n\nMichele Obama said,when they go low, we go high.Extrapolation,only in certain cases can you
go low.\n\nVirginia Guiffre,From Epstein went low, real low. You hear my mouth then.\n\n@FBI
@NewYorkFBI",

    "lang" : "en"



"created_at" : "Sat Oct 31 14:19:32 +0000 2020",

    "favorited" : false,

    "full_text" : "@VRSVirginia @lisapodcasts The "John Gotti"of Victims tweets to her followers using
the word "Oxygen Thief" and someone from Australia sends a message to Rina using the same words
from Virginia's Tweet.If it wasn't Virginia, then it is one of her manipulated followers. Programming the
Masses with Lies @fbi https://t.co/AovG7dNSK5",

    "lang" : "en",

    "in_reply_to_screen_name" : "VRSVirginia",
```

"created_at" : "Fri Oct 30 23:29:48 +0000 2020",

    "favorited" : false,

    "full_text" : "Virginia defamed my wife Rina. Virginia says abuse of minors.@VRSVirginia was legal consenting age in NYState 17 years old when Rina met Virginia. Virginia wasn't a minor. Believed to be a family friend. Rina saw no minors.Mrs. Pornhub defamed her.@FBI",

    "lang" : "en",

    "in_reply_to_screen_name" : "VincentFAmen",

    "in_reply_to_user_id_str" : "223223883"

  }

},

{

    "created_at" : "Fri Oct 30 23:13:38 +0000 2020",

    "favorited" : false,

    "full_text" : "Someone wrote this to Rina through her website. Yesterday @VRSVirginia wrote "oxygen thief" today someone wrote "oxygen thief". The evil contact through her website was from Lyndhurst South, Vic Australia.Could it be Miss Pornhub?Next message from Virginia I'm calling @FBINewark https://t.co/fSKKucoDkx",

    "lang" : "en",

    "extended_entities" : {

    "created_at" : "Fri Oct 30 19:32:40 +0000 2020",

    "favorited" : false,

    "full_text" : "@Mozieamen @FBI @VRSVirginia Why you didn't like being called Japanese in her fiction manuscript about you with your use of Borat's plastic 2 ft Butterknife to leave a 6" gash deep in her leg?Falsity. \n\nPeople from Korea don't like being called Japanese.Nor does an American put down as Asian. Racism's Finest",

    "lang" : "en",

    "in_reply_to_user_id_str" : "1233889214342860800"

    }
  },
  {

    "created_at" : "Fri Oct 30 18:58:34 +0000 2020",

    "favorited" : false,

    "full_text" : "Virginia Guiffre,The John Gotti of victims, slaying them&amp;using her magic wand to touch people, with the ear of the Government. \n\nShe said Rina begged to go on vacations with Jeffrey.Since Virginia was a privileged Epstein follower. Privy to info.Another lie!Ace! @fbi @VRSVirginia",

    "lang" : "en"
  }
  },


"created_at" : "Fri Oct 30 11:52:35 +0000 2020",

    "favorited" : false,

    "full_text" : "Miss PornHub Virginia Guiffre posted to Twitter to 116,000 followers that Rina my wife cut her open with a knife,6" wound.Story: Rina called Borat and got a 2ft plastic butter knife to do this. Lol\n\nPure Fiction from Guiffre. Guiffre has lost all credibility. Bye Credibility @FBI https://t.co/NNYy2axe5f",

    "lang" : "en",

    "extended_entities" : {

     "media" : [


    "created_at" : "Thu Oct 29 23:10:55 +0000 2020",

    "favorited" : false,

    "full_text" : "@VRSVirginia @FBI @thedailybeast @nytimes Lock you up for recruiting underage girls Virginia and introducing them to Rina. Your a recruiter! Your so sick, you actually think someone would cut another human being. Fiction! All you do is Fuck people. Your mantra!",

    "lang" : "en",

    "in_reply_to_screen_name" : "VRSVirginia",

    "in_reply_to_user_id_str" : "937475241131085825"

AMEN0017

"created_at" : "Thu Oct 29 20:53:10 +0000 2020",

"favorited" : false,

"full_text" : "@Mozieamen @VRSVirginia @FBI @nypost I really want to write how Epstein raped Rina. She wants no pornhub environment in the media. It actually looks like you ate the original Virginia Guiffre from the photos. Mrs Piggy! Miss Pornhub @VRSVirginia !",

"lang" : "en",

"in_reply_to_user_id_str" : "1233889214342860800"

}


"created_at" : "Thu Oct 29 20:23:03 +0000 2020",

"favorited" : false,

"full_text" : "It's on the level of Rape by Epstein. Fuck you @VRSVirginia ! @FBI @nypost Detail your recruiting @VRSVirginia ! You introduced the girl you recruited to Rina, do you forget Virginia!",

"lang" : "en",


"created_at" : "Thu Oct 29 20:18:33 +0000 2020",

"favorited" : false,

"full_text" : "@VRSVirginia @nypost @DailyMailUK @FBI \n\nI'm Rina's husband. You are wrongfully attacking a sexual abuse victim. Rina does not want to create a Pornhub environment in the media like certain individuals. If she has to, as she told me. She will detail her sexual abuse with the @FBI",

"lang" : "en",

"in_reply_to_screen_name" : "VRSVirginia",

"in_reply_to_user_id_str" : "937475241131085825"



"created_at" : "Thu Oct 29 20:09:06 +0000 2020",

"favorited" : false,

"full_text" : "@VRSVirginia @FBI @nytimes You never heard her story of Rina's sexual abuse. You covered up your recruiting for Epstein. You were of age when Rina met you.what she saw. Even though it's gross a 17 year old of age was engaging in Porn Hub with a 50 year old. Rina had no knowledge you at 14 engaging in that",

"lang" : "en",

"in_reply_to_screen_name" : "VRSVirginia",

"in_reply_to_user_id_str" : "937475241131085825"

"created_at" : "Thu Oct 29 20:03:50 +0000 2020",

"favorited" : false,

"full_text" : "@VRSVirginia Hey Virginia, Rina was a victim. You never heard her abuse story. I heard you recruited girls that you introduced to Rina. Why cover up? You lied about Rina. You met Rina when you were legal age of consent. If you were engaging in sex with Epstein of age. Not Rina Fault. Gross!",

"lang" : "en",

"in_reply_to_screen_name" : "VRSVirginia",

"in_reply_to_user_id_str" : "937475241131085825"

}

"created_at" : "Thu Oct 29 16:06:05 +0000 2020",

"favorited" : false,

"full_text" : "Virginia Guiffre was recruiting from witness accounts.Her salacious claim that my wife engaged in S&amp;M by cutting people open with knives cannot be denied,but is pure fiction. Reducing her credibility&amp;leading others to believe her voice is not fully correct https://t.co/PzKn1ecds0",

"lang" : "en"

}

"created_at" : "Thu Oct 29 03:13:03 +0000 2020",

"favorited" : false,

"full_text" : "@Agenthades1 @VRSVirginia @pinkPeptobismol @ArtisticBlower Rina is a victim also of the abuse. She refuses to speak publicly about it, detailing instance by instance. She was recruited. Virginia's account of the S&amp;M is a fabrication or lapse of memory.  Epstein manipulated all of these girls and he didn't reveal his master plan.",

"lang" : "en",

"in_reply_to_screen_name" : "Agenthades1",

"in_reply_to_user_id_str" : "1017229490949259264"


"created_at" : "Wed Feb 15 21:23:32 +0000 2023",

"favorited" : false,

"full_text" : "@SurvivorSing Do you know how many trolls Virginia Giuffre has?  You almost get the sense they work for her.  Lisaspodcast is Virginia's biggest one.  She gets her to make podcasts on her behalf.  Virginia tagged her in many tweets, a true sidekick.",

"lang" : "en",

"in_reply_to_screen_name" : "SurvivorSing",

"in_reply_to_user_id_str" : "1440881187321524225"


"created_at" : "Wed Feb 15 21:07:00 +0000 2023",

"favorited" : false,

"full_text" : "It is unfortunate:  There are no Asian Civil Rights Leaders in the community.  We are one community, America.  P.S. Rina went to The FBI and Southern District of New York US Attorneys Office.  Also, we have more money than Virginia Giuffre. Keep Suing People Virginia While I Work https://t.co/OsqVXsi01K",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883",


"created_at" : "Wed Feb 15 20:55:06 +0000 2023",

"favorited" : false,

"full_text" : "I'm not dealing with someone, Virginia Giuffre, whom has a bias towards Asians. Virginia Giuffre has been confronted by Rina's attorneys and now by my law firm whom I just hired.  A very technical Law Firm.  Does anyone see the alleged cut on her left leg? @nypost  A Sick Fuck! https://t.co/B8S7JqoCtI",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",


"created_at" : "Wed Feb 15 20:49:20 +0000 2023",

"favorited" : false,

"full_text" : "Virginia Giuffre and Mainstream Media\n\n1. When Virginia went Qannon, she was criticized \n2. Virginia's Tweets show up in articles\n3. When Virginia posted this picture of an Asian Baby directed towards Rina and me. No Media Critisism\n4. Virginia has an Asian Bias\n5. Her Memoir https://t.co/5qSQq7YeCC",

"lang" : "en",

"extended_entities" : {

"media" : [


"created_at" : "Wed Feb 15 14:04:43 +0000 2023",

"favorited" : false,

"full_text" : "@jebrittan2 @SurvivorSing What was Virginia Giuffre doing in Thailand when Epstein sent her.  Learning and being trained on how to give massages?  Couldn't Virginia be trained in the U.S., Thailand seems so far away.",

"lang" : "en",

"in_reply_to_screen_name" : "jebrittan2",


"created_at" : "Sat Feb 11 02:57:52 +0000 2023",

"favorited" : false,

"full_text" : "I would like "Meltdown Maria Farmer" to comment on that. Maria's past comments on the innocent, Rina and others is egregious.  Maria is Virginia Giuffre's sidekick and mouthpiece.",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Wed Feb 01 18:32:00 +0000 2023",

  "favorited" : false,

  "full_text" : "My wife Rina's case. Then she trashes the victim on Twitter which shows up in articles her tweets. That is why Virginia Guiffre is being sued.. It gets better then some named Molly @SurvivorSing rounds up the girls to help them. Goes on @SoniaPoulton to tell the story.",

  "lang" : "en",

  "in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Wed Feb 01 18:28:32 +0000 2023",

  "favorited" : false,

  "full_text" : "This gets better. Virginia privately by text shuns the girls who says they are victims. Then Virginia Guiffre goes to her newly acquired media contacts and in the media decides who's a victim or not. If she says they are not a victim Virginia turn the media against the victim",

  "lang" : "en",

  "in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Tue Jan 31 02:11:54 +0000 2023",

  "favorited" : false,

  "full_text" : "@jebrittan2 @SoniaPoulton @andrewlownie @ciabaudo Rina and I should write a joint book:\n\nA Comparative Analysis of the Michael Jackson and Jeffrey Epstein Mechanism.\n\nThe two sub characters,Virginia Giuffre and Janet Arvizo (mother of Michael Jackson's Accuser). They both covered up their crimes on the innocent. \n\nAll Documented https://t.co/mikI5tiPGE",

  "lang" : "en",

  "in_reply_to_screen_name" : "jebrittan2",

"created_at" : "Tue Jan 31 01:46:01 +0000 2023",

  "favorited" : false,

  "full_text" : "@jebrittan2 Dirty Tricks.. Virginia Giuffre.. Can't help herself..Oh My.. I hope the case gets to depositions..The World will clearly see through Virginia as I do..What really happened in the

room.. to be continued..PS..i know? Che Animale at 18 years old..Gross! Filth! Losers all around me!
https://t.co/AcLigVywhX",

  "lang" : "en",

  "in_reply_to_screen_name" : "VincentFAmen",



  "created_at" : "Thu Jan 26 02:24:15 +0000 2023",

  "favorited" : false,

  "full_text" : "Prince Andrew faces new embarrassment after accuser Ms Giuffre 'signs tell-all memoir
deal' | The Sun\n\nI hope Virginia Giuffre doesn't mention Rina Oh Amen and lie about her. There will be
another lawsuit against Virginia Giuffre and her Publisher. Ready! https://t.co/VBwLNoR88R",

  "lang" : "en"

 }

 },



  "created_at" : "Mon Jan 23 23:00:48 +0000 2023",

  "favorited" : false,

  "full_text" : "Prince Andrew Reportedly Wants Virginia Giuffre to Retract Assault
Allegations\n\nInteresting what Prince Andrew will say when the confidentiality period is over with
Virginia Giuffre.  Virginia lied about Rina calling her "Stretch Mark" a cut by Rina.
https://t.co/MfqU24f7wP",

  "lang" : "en"



  "created_at" : "Mon Jan 23 04:36:26 +0000 2023",

  "favorited" : false,

  "full_text" : ""The Younger The Better" according to Virginia Guiffre, the recruiter for Jeffrey Epstein
and this clip regarding the Sex Trade in Thailand. Didn't Virginia Giuffre go to Thailand for Jeffrey Epstein
to learn massage,bullshit, to pick up little girl for Epstein.. #JeffreyEpstein https://t.co/zvgAshjaut",

  "lang" : "en",

  "extended_entities" : {

AMEN0023

"media" : [


"created_at" : "Mon Jan 23 04:06:03 +0000 2023",

"favorited" : false,

"full_text" : "Finding Little Girls for Jeffrey Epstein.. Eww Gross.. Virginia Giuffre "The younger the better"... Meet Epstein's greatest recruiter, Virginia Giuffre! https://t.co/52VkWwdWeC",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",


"created_at" : "Sun Jan 22 16:12:37 +0000 2023",

"favorited" : false,

"full_text" : "Virginia Giuffre stated Rina Oh Amen operated on her left leg (cut it). Never happened. However, where on these Wonderful Beach photos of Virginia Giuffre is there a scar from a cut on her leg? There are even more photos.\n\nVirginia is a Liar. @lisapodcasts @nypost @kbriquelet https://t.co/bWgJFbu2Ww",

"lang" : "en",

"extended_entities" : {


"created_at" : "Fri Dec 30 20:47:37 +0000 2022",

"favorited" : false,

"full_text" : "Virginia Guiffre filed a lawsuit against Rina Oh using the Anti-SLAPP "My Ass" defense against Rina's Defamation Lawsuit. No Virginia Guiffre, Your Ass is being SLAPP"ed" for saying Rina abused minors when the FBI and SDNY Office acknowledged Rina didn't. @lisapodcasts @nypost",

"lang" : "en"


"created_at" : "Mon Nov 21 05:34:39 +0000 2022",

"favorited" : false,

"full_text" : "@86roadkill @EpsteinNetwork @KirbySommers She lied about my wife. She's a liar, Virginia. She has known credibility issues with the US Attorneys Office Southern District of NY. The high profile legal community confirmed this also. The British authorities threw her out of the office. Virginia embellishes and a recruiter.",

"lang" : "en",

"in_reply_to_screen_name" : "86roadkill",

"in_reply_to_user_id_str" : "1362696366984753153"

"created_at" : "Sun Nov 20 14:19:28 +0000 2022",

"favorited" : false,

"full_text" : "Virginia Giuffre has now been confronted by Rina Oh with use of the legal system.. Virginia told many lies about Rina publically.  A 6" knife cut on her leg.  Virginia should look down at her leg again, it is really a Stretch Mark.",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Sun Nov 13 02:45:37 +0000 2022",

"favorited" : false,

"full_text" : "A shame..Possible Giuffre lied about Prince Andrew, now gagged, like Giuffre lied about Dershowitz.Worse, Giuffre is lying about Rina Oh\n\nPrince Andrew felt immense pressure to give up titles and is furious at being gagged by own deal with Virginia Guiffre https://t.co/pgHMUPkhDw",

"lang" : "en"

"created_at" : "Fri Nov 11 01:36:35 +0000 2022",

"favorited" : false,

"full_text" : "It gets better.. If you read the first image of a tweet from Virginia Giuffre in my last Tweet.  Virginia Giuffre called Rina and I "Two sick peas in a pod" because I worked for Michael Jackson. Little did she know i turned him in to the District Attorney and FBI (2007).",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Fri Nov 11 01:29:22 +0000 2022",

"favorited" : false,

"full_text" : "December 2020 I tweeted to Virginia Giuffre that she has known Credibility Issues.They are known to the High Profile Legal Community,I called my High Profile Attorney.Then Virginia Tweets me back saying her "Credibility is full proof".Was I correct?Yes, Virginia's a Liar.Attached https://t.co/McWDpjPj63",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",


"created_at" : "Tue Nov 08 23:08:25 +0000 2022",

"favorited" : false,

"full_text" : "@MarlonEttinger There is a very high level of commitment to the case by Rina to ensure she receives Justice. We look forward to the day in Court.\n\n…. However, Virginia Giuffre can admit that she lied about Rina as in the Dershowitz case.  The outcome will be left to Rina and her attorneys.",

"lang" : "en",

"in_reply_to_screen_name" : "MarlonEttinger",



"created_at" : "Tue Nov 08 23:03:04 +0000 2022",

"favorited" : false,

"full_text" : "@MarlonEttinger @lisapodcasts @tarapalmeri The case is proceeding and a tentative trial date has been set. However, there are many legal filings and depositions prior to the trial.  Rina will be fighting this to the end due to the abhorrent lies told by Virginia Giuffre about Rina.",

"lang" : "en",

"in_reply_to_screen_name" : "MarlonEttinger",

"in_reply_to_user_id_str" : "963663487"



"created_at" : "Tue Nov 08 23:03:04 +0000 2022",

"favorited" : false,

"full_text" : "@MarlonEttinger @lisapodcasts @tarapalmeri The case is proceeding and a tentative trial date has been set. However, there are many legal filings and depositions prior to the trial.  Rina will be fighting this to the end due to the abhorrent lies told by Virginia Giuffre about Rina.",

"lang" : "en",

"in_reply_to_screen_name" : "MarlonEttinger",

"in_reply_to_user_id_str" : "963663487"

"created_at" : "Fri Aug 12 01:32:04 +0000 2022",

"favorited" : false,

"full_text" : "@ABCPolitics I didn't like it either when I was unfairly attacked during the Michael Jackson case.  Especially when the Government did not question Janet Arvizo's false story.  See.. no one likes it.. Just like Virginia Guiffre defaming Rina without questioning Virginia Guiffre's false story.",

"lang" : "en",

"in_reply_to_screen_name" : "ABCPolitics",

"created_at" : "Thu Jul 28 01:50:23 +0000 2022",

"favorited" : false,

"full_text" : "@SurvivorSing @lesleyburt63 Virginia Giuffre like the US Media.If you have nothing to write or tell a story about, "Just Make It Up".This is the same as when Tara Palmiri, Politico now Puck said Rina Paints in the Nude and broadcast it.Rina never ever did.Tara said same about another artist that didn't. 👏 👏 ",

"lang" : "en",

"created_at" : "Wed Jul 27 18:14:32 +0000 2022",

"favorited" : false,

"full_text" : "@SurvivorSing @lesleyburt63 It gets worse.Virginia accuses Rina of making a 6 inch cut on her leg.Laughable,doesn't even make sense.If you are manipulated by her lies,one is an idiot.6 inch is a significant cut needing medical attention.Coincidentally she didn't get help or say anything till 20 years later",

"lang" : "en",

"created_at" : "Sun Jul 03 21:56:51 +0000 2022",

"favorited" : false,

"full_text" : "You see.. Just as you Virginia Giuffre attempted to use the innocent, Rina Oh to cover up your role in the Epstein Atmosphere. So did Janet Arvizo,the mother of Michael Jackson's accuser did to me. I sniffed it out. Where's Government,in Office by Watercooler can't figure it out",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",


"created_at" : "Sun Jul 03 21:37:21 +0000 2022",

"favorited" : false,

"full_text" : "The infamous Virginia Giuffre anti-Asian retweet that received no criticism by the media. Turns out Rina Oh is Asian.. Also, let your attorneys, Shleps, know my name is not Vincent Oh Amen.. last time checked I'm not Asian.. But I'll fight for the Asians..check your Witness List. https://t.co/JJkX3zKCV6",

"lang" : "en",


"created_at" : "Wed Jun 29 22:41:48 +0000 2022",

"favorited" : false,

"full_text" : "That's what Amen = Work does, work , unlike Virginia Giuffre. We don't sit home on the couch all day eating Potato 🥔 chips thinking of the next person to sue and enrich yourself..and Virginia Giuffre had the balls to say Rina was in the Victimization Fund for money.We have money",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",


"created_at" : "Wed Jun 29 01:51:11 +0000 2022",

"favorited" : false,

"full_text" : "Unfortunately I still have to deal with \"The High School\" element of Virginia Giuffre and her actions. May too, her behavior not stand to impede Justice for Rina. It is unfortunate that Virginia, who has gone unchecked and unchallenged continues to spread lies about the innocent",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Fri Jun 17 16:43:11 +0000 2022",

"favorited" : false,

"full_text" : "For a while I had issues with Savannah Guthrie's reporting on the Michael Jackson Trial. Now she's great.  Savannah got Virginia Guiffre on tape saying she recruited for Jeffrey Epstein \"the younger the better\" and Virginia's haunted by girls faces now.\n\nhttps://t.co/sl8PWWXhjM",

"lang" : "en"



"created_at" : "Tue Jun 14 02:12:50 +0000 2022",

"favorited" : false,

"full_text" : "@KirbySommers I see the tweet.  Are you inferring that Virgina Giuffre recruited girls her same age and even younger (minors) for Jeffrey Epstein? On Dateline Virginia said Epstein told her to bring \"The younger, the better\".  Virginia said she's haunted by the girls faces still today.",

"lang" : "en",

"in_reply_to_user_id_str" : "1148299215963115520"



"created_at" : "Sun Jun 12 16:00:51 +0000 2022",

"favorited" : false,

"full_text" : "@jebrittan2 @SoniaPoulton @SurvivorSing Read this article published by the Sun recently. It provides an accurate tale of Rina's Victimization by Jeffrey Epstein and others. Virginia Giuffre furthered her trauma with use of methods unthinkable. I witnessed &amp; experienced her trauma first hand. \n\nhttps://t.co/Js8H54gV8b",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"

)



"created_at" : "Sun Jun 12 15:43:19 +0000 2022",

"favorited" : false,

"full_text" : "@jebrittan2 @SoniaPoulton @SurvivorSing Correct. Virginia Giuffre has silenced the abused and survivors for her cause.Virginia spared a few deemed \"The Gang\".What is her cause, many variables to name. To further her cause she used my wife to cover up her role and crime against Rina. It's appalling what she did to Rina.",

"lang" : "en",

"in_reply_to_screen_name" : "jebrittan2",

"in_reply_to_user_id_str" : "964725283"

}


"created_at" : "Sat Jun 11 20:49:20 +0000 2022",

"favorited" : false,

"full_text" : "@jebrittan2 @SurvivorSing Maria Farmer has no link to Rina.Virginia Giuffre trashes Rina to cover up her role in the Epstein case.Maria Farmer follows suit trashing and defaming the person.A sidekick. Horrible,Maria Farmer,the artist was painting underage girls to Epstein's liking.All this is unfortunate",

"lang" : "en",

"in_reply_to_screen_name" : "jebrittan2",

"in_reply_to_user_id_str" : "964725283"


"created_at" : "Sun Jun 05 01:40:35 +0000 2022",

"favorited" : false,

"full_text" : "@KirbySommers @VRSVirginia @lisapodcasts @FBI The issue is:\nIf it was Virginia it is similar to a tweet she made and the person who wrote it was gio stamped in Australia.\n\nIf it wasn't Virginia, it was one of her followers reacting to what Virginia tweeted about Rina.\n\nThis is the defamation by Virginia and the effects of it",

"lang" : "en",

"in_reply_to_user_id_str" : "1148299215963115520"


"created_at" : "Sat Jun 04 20:27:27 +0000 2022",

"favorited" : false,

AMEN0030

"full_text" : "@jebrittan2 @SurvivorSing @shepardout @KirbySommers Yes, they work together, Virginia Giuffre and Maria Farmer. They use the same words when speaking about people. Virginia uses "Oxygen Thief"... the hate email through Rina's website she received said "Oxygen Thief"in it, clearly Virginia. User from Australia.. Their trolls too!",

"lang" : "en",

"in_reply_to_screen_name" : "jebrittan2",

"in_reply_to_user_id_str" : "964725283"


"created_at" : "Sun May 29 17:36:41 +0000 2022",

"favorited" : false,

"full_text" : "@KirbySommers \n\nThis will all be explored during depositions. The public has a right to know. This is all fine. But the Question of Interest is;Why does Virginia Giuffre cover up the coercive demands of Jeffrey Epstein,if true,on the innocent like Rina. This is the issue. Ask FBI",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"



"created_at" : "Sat May 28 21:52:13 +0000 2022",

"favorited" : false,

"full_text" : "@SurvivorSing @shepardout @KirbySommers Virginia lies about the innocent to Cover Up her role in the Epstein Orbit. Just like Janet Arvizo from the Michael Jackson Trial. Dealt with this already. Not hard to figure out. Virginia keeps telling herself and others that Rina operated on her like a General Surgeon.. Liar",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"



"created_at" : "Sat May 28 21:45:07 +0000 2022",

"favorited" : false,

"full_text" : "@SurvivorSing @shepardout @KirbySommers I can't forget when Virginia went to the British Authorities to tell her crime story about Prince Andrew.After hearing her story, Britain drops the case.I can't wait till Virginia is deposed and on public record.  Virginia said her story is "Fool Proof".  I do not "Think So". Liar",

"lang" : "en",

"in_reply_to_screen_name" : "SurvivorSing",

"in_reply_to_user_id_str" : "1440881187321524225"

"created_at" : "Fri May 13 15:45:39 +0000 2022",

"favorited" : false,

"full_text" : "Virginia made a comment about me being working for Michael. "Two sick peas in a pod". Defamation.. I decided not to be a party to the lawsuit.\n\nI can say this:\n\nVirginia Giuffre had a "Little Girl" problem as Michael Jackson had a  "Little Boy" problem.Two sick Fucks!Gross!Eat it!",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"

"created_at" : "Fri May 13 15:35:41 +0000 2022",

"favorited" : false,

"full_text" : "What a Fucking Filth Virginia Giuffre is! As stated by Virginia on Dateline. Virginia is "Haunted" by the girls faces. One would if one recruited little girls for Epstein, had sex with the little girls, had sex with the little girls and Epstein..And to top it off plays big victim",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"

"created_at" : "Fri May 13 15:32:33 +0000 2022",

"favorited" : false,

AMEN0032

"full_text" : "Based on fact and no manipulation.. Virginia Giuffre had tried to use Rina to cover her tracks. Virginia has tried to use Rina to cover up her role in the Epstein orbit.Virginia sexually assaulted Rina.Virginia sexually assaulted the numerous "Little Girls" she brought in. Gross!",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"

"created_at" : "Sun May 08 03:20:38 +0000 2022",

"favorited" : false,

"full_text" : "Rina Oh Amen vrs. Virginia Giuffre\n\nUpdate:\n\n1. Virginia Giuffre had been served with papers in Australia a while back.\n\n2. Virginia Giuffre accepted service.\n\n3. Court documents have now been filed by both parties attorney's as of today; Rina's and Virginia's. \n\n 🔥 😎 ",

"lang" : "en"

}

"created_at" : "Thu May 05 02:29:08 +0000 2022",

"favorited" : false,

"full_text" : "@SurvivorSing @auto_news_feed But...I still have all the evidence against Janet, documented evidence, pictures, the receipts. Will be published in my next book. The fight for Justice..Janet tried to use me to cover up her role. Virginia Giuffre tried to use Rina to cover up her role. Both two societal Filths!",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Mon Mar 28 09:20:34 +0000 2022",

"favorited" : false,

"full_text" : "@AP Virginia Giuffre attempted to use Rina to cover up her role with Epstein. This is what happened to me with Janet Arvizo from The Michael Jackson Trial. I wouldn't and will not permit it. Now Virginia is being sued, deposed and the truth will come out. Seeing through them is easy.",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Mon Mar 28 09:15:48 +0000 2022",

"favorited" : false,

"full_text" : "@AP The joke was horrible and offensive. Chris Rock singled Will Smith's wife by name in front of a World Audience. Made fun of something she cannot control. Where I disagree with smacking someone I support Will Smith. Now you know why I defend Rina over that "Blimp" Virginia Giuffre https://t.co/qU0bISXpEG",

"lang" : "en",

"in_reply_to_screen_name" : "AP",

"created_at" : "Fri Mar 25 09:43:42 +0000 2022",

"favorited" : false,

"full_text" : "Jeffrey Who? Giuffre Who? Better things to do.. except one last hurrah.. finalizing the lawsuit with Virginia Giuffre .. I can say it's moving along..Almost done with Epstein... https://t.co/BG873gIOIR",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Fri Mar 25 02:30:48 +0000 2022",

"favorited" : false,

"full_text" : "What does Virginia Giuffre do besides Eat and Sue! Rina achieves with her career!",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"

"created_at" : "Sat Mar 19 02:54:45 +0000 2022",

"favorited" : false,

"full_text" : "Further discourse with Anna Delvey. With the eyes and ears of the press listening. Ira, Rina's attorney who is suing Virginia Giuffre, doing a great job is heard speaking with his client Anna Delvey also. Ira is representing Anna's commercial artwork...Great Work Ira..! https://t.co/SNgAqQd78Z",

"lang" : "en",

"extended_entities" : {

"media" : [


"created_at" : "Fri Mar 18 03:51:28 +0000 2022",

"favorited" : false,

"full_text" : "@jkbjournalist Fiction: "Rina Oh was an Epstein recruiter " ABC and Politico have been debunked by the FBI. @SDNYnews \n\nFiction: "Rina Ohmade a 6" cut in Virginia Giuffre's leg". Debunked by common sense. Emergency Room Visit?\n\nI don't like Fiction @jkbjournalist . Only Non Fiction.. Correct?",

"lang" : "en",

"in_reply_to_screen_name" : "jkbjournalist",


"created_at" : "Sat Feb 05 02:08:11 +0000 2022",

"favorited" : false,

"full_text" : "@LouiseKirsti @mole_kylie @cornes_nicole @TweakTalk @nitrini1950 @MollySkyeBrown @Whoyagottatweet @Boobafett69 @NotASpyAtAll1 @EpsteinNetwork @laurasgoldman @GadtheFly @SinCityAttorney @TheRealOJ32 @CEDEsq @KimEGoldman @thatmarciaclark @dardenlawgroup @LindaDeutsch @RitaCosby @AndyTillett @RealMarkEbner @Corey_Feldman @LeahRemini @DeepakChopra @adam_waldman @emmamarieparry @MichaelDCarlin @SHoffenberg @kahronspearman @xj32940085 @Kevinhi23618957 @jebrittan2 @sueziqu57 @PagefieldLondon @richardbranson @MidNiteMJ @VirginAtlantic @RollingStone @officialKeef @MickJagger @brandnewtube @garethicke @OracleFilmsUK @pdebdon @DuncanBannatyne @_whitneywebb @marilynmanson @alicecooper I heard Virginia's Husband picked up a child bride while in Thailand... Ahhmmm Virginia Robert Giuffre nonetheless...",

"lang" : "en",

"in_reply_to_screen_name" : "LouiseKirsti",

"created_at" : "Fri Feb 04 00:15:35 +0000 2022",

"favorited" : false,

"full_text" : "@ohreallytruly @lisapodcasts Not the multitude that Virginia brought. Rina brought 3 adult women.",

"lang" : "en",

"in_reply_to_screen_name" : "ohreallytruly",

"created_at" : "Thu Feb 03 18:06:29 +0000 2022",

"favorited" : false,

"full_text" : "@lisapodcasts @ohreallytruly As a Virginia Giuffre Groupie that reports back to her. I'll say it again, Rina was not a recruiter as stated by the NY FBI. I think the FBI is more credible to make that call. Virginia Giuffre is actually a recruiter that engaged in Kiddie Sex with the little girls. Fact!",

"lang" : "en",

"in_reply_to_screen_name" : "lisapodcasts",

"in_reply_to_user_id_str" : "175626751"

"created_at" : "Wed Jan 26 02:10:05 +0000 2022",

"favorited" : false,

"full_text" : "Virginia forgot to mention she has her hand out collecting money from everyone. It's hard to evaluate if she is telling the truth. With Rina, Giuffre is not telling the truth.. Remember British Authorities dropped the case against Prince Andrew after hearing her story. Credible? https://t.co/9YuveGX54y",

"lang" : "en",

"extended_entities" : {

"created_at" : "Wed Jan 19 02:44:02 +0000 2022",

"favorited" : false,

"full_text" : "@SummerJ_Resists Unseal All..Makes good News for media and advertising $.I can't wait till the Day Virginia Giuffre's full story is released\n\n1. Masseuse Girl\n2. Sex with Epstein \n3. Recruited Little Girls\n4. Sex with Little Girls and Epstein \n5. Self Admitted\n6. Haunted to this day\n7. Covered Up",

"lang" : "en",

"in_reply_to_screen_name" : "SummerJ_Resists",

"created_at" : "Wed Jan 05 05:25:00 +0000 2022",

"favorited" : false,

"full_text" : "@AraStarchild @OriginalFresca Thanks Hanna. It doesn't make logical sense. If one had cut someone open 6 inches, that is more of an operation. Virginia Giuffre has gone unchecked &amp; unchallenged for way to long. Now confronted in a NY Federal Court of Law. Updated suit filed today featuring anti-Asian tweet.",

"lang" : "en",

"in_reply_to_user_id_str" : "1169480168953401344"

"created_at" : "Wed Jan 05 00:59:16 +0000 2022",

"favorited" : false,

"full_text" : "[URL]@OriginalFresca[PDF]\n\nJeffrey Epstein ex Rina Oh suing Virginia Giuffre who named her as a recruiter https://t.co/eAGcecFMVE",

"lang" : "en"

"created_at" : "Tue Jan 04 17:11:03 +0000 2022",

"favorited" : false,

"full_text" : "Jeffrey Epstein ex Rina Oh suing Virginia Giuffre who named her as a recruiter https://t.co/eAGcecFMVE",

"lang" : "en"

"created_at" : "Tue Jan 04 15:37:52 +0000 2022",

"favorited" : false,

"full_text" : "@NonsenseEnd @ohreallytruly @ToCricklewood @Joanofark444 @lisapodcasts Not the same..Your statement shows your ignorance. Rina's a victim I know her trauma other victims have trauma. \n\nWhile we are on the racist subject, Your Savior of the World, Virginia Giuffre attached anti-Asian Racist Tweet. She covered it up. We have it. Virginia's being sued. https://t.co/1K9OpICAwy",

"lang" : "en",

"in_reply_to_screen_name" : "NonsenseEnd",

"created_at" : "Tue Jan 04 02:56:10 +0000 2022",

"favorited" : false,

"full_text" : "@ToCricklewood @Joanofark444 @ohreallytruly @lisapodcasts I left off with you @ToCricklewood that this would be handled between Rina's and Virginia's attorneys regarding Virginia falsely accusing Rina about situations that don't even make sense.We both agreed this would be the best route.A 6 inch cut on her leg? Didn't happen, laughable",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Mon Jan 03 15:22:33 +0000 2022",

"favorited" : false,

"full_text" : "Guidettes from New Jersey have no place in society writing for the National Media. To deny a sex abuse victim justice due to not wanting to detail the sex abuse in detail is unconscionable. You don't press a victim to detail the sex nature.Expose Virginia the self admitted filth",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Tue Dec 21 02:34:38 +0000 2021",

"favorited" : false,

"full_text" : "Rina on Good Morning Britain this morning discussing Epstein. It's ◄ she opens up her mouth soon about Virginia Guiffre and her filth. https://t.co/RKWYfovOH9",

"lang" : "en",

"created_at" : "Tue Nov 23 13:37:46 +0000 2021",

"favorited" : false,

"full_text" : "How could Virginia Guiffre not testify. It's like Romeo without Juliet.Why? Virginia has credibility issues.While parts of her story seem to be true,other embellished&amp;lies.Big Web!\n\nVirginia Giuffre Will Not Take Witness Stand in Ghislaine Maxwell's Trial https://t.co/SlyM1tEPAe",

"lang" : "en"

"created_at" : "Mon Nov 15 05:07:09 +0000 2021",

"favorited" : false,

"full_text" : "@AP Maybe this new Korean/Asian Muppet will change Jeffrey Epstein's Virginia Giuffre as it relates to Rina. Maybe Virginia won't post Anti-Asian tweets. "Free pass Virginia" by the media. Not with me, I clearly see through Virginia Giuffre. I invite all to see through her. Attached https://t.co/vxGV0jnu6I",

"lang" : "en",

"in_reply_to_screen_name" : "AP",

"created_at" : "Sun Nov 07 15:14:59 +0000 2021",

"favorited" : false,

"full_text" : "Found another Virginia Guiffre tweet reply about Rina. Turns out Virginia thinks she's a federal investigator or prosecutor that can make an assessment about Rina.Virginia is being held accountable with the federal lawsuit. Also makes a comment about me without knowing the facts. https://t.co/aQ40xl2aaB",

"lang" : "en",

"created_at" : "Sat Nov 06 22:21:26 +0000 2021",

"favorited" : false,

"full_text" : "Breaking News Report... Maria Farmer got booted from Twitter for a day... I've never saw her tweet like that trashing and abusing everyone. She's having anger or mental issues at the moment. I have all of her recent tweets about Rina.    She did a Virginia!",

"lang" : "en"

"created_at" : "Sat Nov 06 18:47:26 +0000 2021",

"favorited" : false,

"full_text" : "@KirbySommers Acknowledging Rina as a victim is the first step towards healing. Rina was acknowledged as a victim by two unbiased groups after hearing her story of her abuse. It is important that victims come together. It is unfortunate what Virginia said and did to Rina.Hence held accountable",

"lang" : "en",

"in_reply_to_user_id_str" : "1148299215963115520"

}

"created_at" : "Fri Nov 05 20:44:05 +0000 2021",

"favorited" : false,

"full_text" : "Off Michael Jackson and onto Epstein..\nSo the dog is off the leash.. Virginia Giuffre is tweeting again.  Nothing substantial.  However, I heard she scrubbed her account of the defaming tweets about Rina.  Not an issue, I have them and the attorney. Cover up? I leave my tweets!",

"lang" : "en"

"created_at" : "Fri Nov 05 02:14:54 +0000 2021",

"favorited" : false,

"full_text" : "@SurvivorSing Yup! Smack! Ouch!The main top recruiter of little girls is Virginia Giuffre. Then she fooled around with them.Then Virginia sees their faces in her mind and Virginia is haunted by it through self admission on Dateline NBC. No 😩 haunted by it!The younger the better. What a Filth!",

"lang" : "en",

"in_reply_to_screen_name" : "SurvivorSing",

"created_at" : "Tue Nov 02 01:17:51 +0000 2021",

"favorited" : false,

"full_text" : "@jebrittan2 Hi Joanna,\n\nI agree. Just as Virginia's charity is all about her, so is the narrative Virginia continues to attempt to maintain. Others need to be acknowledged. I believe Virginia needs to be held accountable and hopefully this lawsuit will do just that.",

"lang" : "en",

"in_reply_to_screen_name" : "jebrittan2",


"created_at" : "Sat Oct 30 20:40:43 +0000 2021",

"favorited" : false,

"full_text" : "Obviously Maria "Farming for children" has to bring up the Asian element. That is irrelevant. Racist Maria Farmer! Virginia is the same. Marijka even brought it up on the podcast. See the Asian comment attached. 1 and done! Maria Farmer inspires white supremacy! https://t.co/iS3K3lhYqj",

"lang" : "en",

"extended_entities" : {


"created_at" : "Sat Oct 30 18:24:16 +0000 2021",

"favorited" : false,

"full_text" : "I heard the acrylic style pedo-artist Maria Farmer is trashing Rina.Maria is a side kick groupie of Virginia. It's obvious from Virginia Giuffre not tweeting she is using Farmer as her mouth piece.That's Virginia's strategy, use other to trash for her.Hands still clean Virginia?",

"lang" : "en"


"created_at" : "Fri Oct 29 03:20:31 +0000 2021",

"favorited" : false,

"full_text" : "Southern District of New York. Lawsuit filed this evening. Defendant Virginia Guiffre. A dog on a leash, Virginia Guiffre doesn't Tweet as before, a leash was put on her. A whale was harpooned this evening, Virginia's held accountable. #Epstein #VirginaGuiffre | Rina vs Virginia! https://t.co/r1DiWBkrRV",

"lang" : "en",

"extended_entities" : {


"created_at" : "Sun Sep 26 23:21:38 +0000 2021",

"favorited" : false,

"full_text" : "9.  I was behind but then caught up on the strategy of the Guiffre Gang.\n10.  What now, find the other trolls with Chortouni and Prince and the Pervert behind that and viola there is Virginia Guiffre\n11.  Ultimately; Legal Action is the bottom line",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"in_reply_to_user_id_str" : "223223883"



"created_at" : "Sun Sep 26 23:19:14 +0000 2021",

"favorited" : false,

"full_text" : "7.  Virginia Guiffre does not Tweet anymore only retweets.  She has damaged herself beyond comprehension and was most likely told to stop\n8.  Virginia maintains her Twitter positions through Trolls and use of her Gang of supporters, Chartouni and Prince and Pervert Podcast",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",



"created_at" : "Sun Sep 26 23:14:51 +0000 2021",

"favorited" : false,

"full_text" : "Summation | Yesterday and Today was an interesting day in what I learned\n1. I discovered through a means that Rina, a victim, was being trashed on Twitter by a troll\n2. Echoing the same words as Virginia Guiffre in what she started based on lies\n3.  I went into the followers link",

"lang" : "en"



"created_at" : "Sun Sep 26 14:33:43 +0000 2021",

AMEN0042

"favored" : false,

"full_text" : "@ToCricklewood @OhSpankPaddle @tarapalmeri @jkbjournalist @VRSVirginia @FBI @Twitter So, let's end these discussions. Let Rina's attorneys and Virginia's attorneys work this out. Then Rina's attorneys will work this out with Tara Palmieri. Let's leave it to the attorneys.  This will all happen soon. Then at the end this will come to an ultimate conclusion.",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",


"created_at" : "Sun Sep 26 14:22:59 +0000 2021",

"favored" : false,

"full_text" : "@ToCricklewood @OhSpankPaddle @tarapalmeri @jkbjournalist @VRSVirginia @FBI @Twitter Now we are coming to a conclusion. Many of the women are victims and went through the same set of circumstances. There should be no back and forth between each.  Virginia started this with the manuscript, twitter and false allegations to the media. Tara Palmieri should take note.",

"lang" : "en",


"created_at" : "Sun Sep 26 13:30:38 +0000 2021",

"favored" : false,

"full_text" : "@ToCricklewood @OhSpankPaddle @tarapalmeri @jkbjournalist @VRSVirginia @FBI First, someone points you out that some by the name of Jo Balum is trashing Rina on Twitter. \nI go and check your page, and yes you are trashing Rina. That's how this all came about.  You are a "Bot" on Twitter for Virginia.Marikja and Princeand herpervetedfriend podcast follows",

"lang" : "en",

"in_reply_to_user_id_str" : "1345687085500551169"


"created_at" : "Sat Sep 25 16:23:59 +0000 2021",

"favored" : false,

"full_text" : "@ToCricklewood @OhSpankPaddle @tarapalmeri @jkbjournalist @VRSVirginia @FBI This Is Marikja Chartouni Followers List:\n\nVirginia Guiffre..\nUnknow to me, this is a scam to silence Rina. Trashing her so she won't speak by the group of Marikja Chourtouni, Prince and the Pervert,Jo Balum (To Cricklwood), Virginia Guiffre. Witness Tampering is the crime. @FBI https://t.co/vt4fxUiLve",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",


"created_at" : "Sat Sep 25 16:06:35 +0000 2021",

    "favorited" : false,

    "full_text" : "@ToCricklewood @OhSpankPaddle @tarapalmeri @jkbjournalist @VRSVirginia @FBI Rina has proof,Instagram,Prince and the Pervert report back to Virginia Guiffre.I assume Virginia has troll accounts who do the dirty work for her. You wrongly trashed Rina when she is a victim as determined by a group.What this is, is Witness Tampering. Silencing a witness @FBI https://t.co/9fveUCuRoh",

    "lang" : "en",

    "in_reply_to_screen_name" : "VincentFAmen",


    "created_at" : "Sat Sep 25 16:01:46 +0000 2021",

    "favorited" : false,

    "full_text" : "@ToCricklewood @OhSpankPaddle @tarapalmeri @jkbjournalist @VRSVirginia After I blocked you Jo Balum, I went through your Followers list. One asks the question why would a troll account disguised name be followed by Marikja Chartouni and Prince and the Pervert Pod cast.Marikja and Prince and the Pervert report directly back to Virginia Guiffre. @FBI",

    "lang" : "en",

    "in_reply_to_screen_name" : "VincentFAmen",

    "in_reply_to_user_id_str" : "223223883"


    "created_at" : "Sun Sep 19 21:37:25 +0000 2021",

    "favorited" : false,

    "full_text" : "For the podcast, you should have had the Apex recruiter of the Epstein saga, "V". This is through self admission on NBC..Watch the clip on Virginia Guiffre. This should have taken precedent over any reporting on Rina. @tarapalmeri @jkbjournalist .This has been covered up by media https://t.co/sg4cdC8mS4",

    "lang" : "en",

    "extended_entities" : {

"created_at" : "Sat Sep 04 20:15:46 +0000 2021",

"favorited" : false,

"full_text" : "Virginia Guiffre #Epstein. Will be met Head On. Fireworks coming soon. She will need to present her stretch mark on her leg... not an incision by Rina but a stretch mark by Virginia.. As Kirby Sommers said they have "Numbers".. Been there before and sheer intellect wins. In via.. https://t.co/2Od6CDBcs7",

"lang" : "en",

"in_reply_to_screen_name" : "VincentFAmen",

"created_at" : "Sat Sep 04 18:41:21 +0000 2021",

"favorited" : false,

"full_text" : "Old media clippings from the Michael Jackson case. #MichaelJackson .I will not let this happen to Rina in the #Epstein saga.Virginia Guiffre makes false allegations against Rina, then later proven to be false. Janet Arvizo makes false allegations against me &amp;she implodes on stand https://t.co/q3lRKbA1wK",

"lang" : "en",

"extended_entities" : {

"created_at" : "Fri May 05 01:08:24 +0000 2023",

"favorited" : false,

"full_text" : "A Virginia Giuffre Funny:\n\nIt's now been exposed Michael Jackson, I mean Virginia Giuffre, has hired a private investigator with the Amen vs. Giuffre case. Giuffre's private investigator can watch me and Rina go back and forth to work and home. Virginia may learn something, to... https://t.co/TJasyZ8R7j",

"lang" : "en",