# Exhibit "Q"

DEVG001347-DEVG001508



DEVG001347



**Vincent F. Amen** ✔ @VincentFAmen · Oct 10, 2021

Since Virginia Guiffre now only retweets and does not comment.Virginia should retweet this article. Has Virginia lost her credibility? She tweeted me her story is full proof. Maybe not.

Met Police DROPS investigation into Prince Andrew and Jeffrey Epstein
dailymail.co.uk/news/article-1…

💬 1

DEVG001348

 **Vincent F. Amen** ✓ @VincentFAmen · Oct 10, 2021    ···
Virgina Guiffre says her credibility is full proof... Full Proof My Ass.. see attached.. I confronted Virginia about her credibility and she responds as it is full proof. If Virginia's credibility was full proof they would have continued their investigation into Prince Andrew...

 **Virginia Giuffre** @VRSVirginia · 1d    ⌄
The only issues I have Vincent is your sick, pathetic physcopathic wife and the other Epstein women who take advantage of young victims. My credibility is full proof and the ppl that know me know that. Good luck with your smear campaign though. 😎 👆

 **Vincent F. Amen** @VincentF... · 2d
Replying to @benp7777 @ArtisticBlower and @VRSVirginia

#RinaOh is a victim... Guiffre has a lapse in memory.. In the legal circuit @VRSVirginia is know to have "Credibility Issues".. That's what's going around and what Virginia sai...

 The curious case of Virginia @Let... · 1d    ···
@VRSVirginia you are 100% wrong.

DEVG001349



**Vincent F. Amen** ☑ @VincentFAmen · Oct 21, 2021

Finally, Virginia Guiffre admits to being a recruiter. From prior, "The younger, the better" and Virginia says she was haunted by this today in NBC interview. Money to do so.

Jeffrey Epstein and Ghislaine Maxwell 'didn't want black girls' | Daily Mail
dailymail.co.uk/news/article-8..

DEVG001350

 **Vincent F. Amen** ✔ @VincentFAmen · Oct 28, 2021

Southern District of New York. Lawsuit filed this evening. Defendant Virginia Guiffre. A dog on a leash, Virginia Guiffre doesn't Tweet as before, a leash was put on her. A whale was harpooned this evening, Virginia's held accountable. #Epstein #VirginaGuiffre | Rina vs Virginia!



DEVG001351



**Vincent F. Amen** ✔ @VincentFAmen · Oct 30, 2021 · · ·

Rina's March Towards Justice. Giuffre told Fantastic untrue tails. Almost worse than Janet Arvizo. Non Truth will be confronted. Only upset I couldn't sue Janet Arvizo. I would have only been able to recover $100 out of her $200 fraudulent welfare check.

dailyherald.com
New suit: One Epstein accuser says 2nd accuser ...
A woman who says financer Jeffrey Epstein sexually abused her has sued another Epstein ...

💬 2    ⇄ 1    ♡ 1    ⬛    ↥

**Vincent F. Amen** ✔ @VincentFAmen · Oct 29, 2021 · · ·

dockets.justia.com
Amen v. Giuffre

 **Vincent F. Amen** ✔ @VincentFAmen · Oct 30, 2021    · · ·
I heard the acrylic style pedo-artist Maria Farmer is trashing Rina.Maria is
a side kick groupie of Virginia. It's obvious from Virginia Giuffre not
tweeting she is using Farmer as her mouth piece.That's Virginia's strategy,
use other to trash for her.Hands still clean Virginia?

💬 1            🔁 1            ♡ 2            📊            ↑

DEVG001353



**Vincent F. Amen** ✔ @VincentFAmen · Oct 31, 2021
I wish this wasn't true. But it is true… Virginia is a "Kiddie Recruiter"

insider.com
Prince Andrew's attorneys repeat claims that Virg…
Attempts to portray Giuffre as a predator
motivated by greed marks a turning point in Princ…

💬 2        ↻ 1        ♡ 1        ıl ıl        ⬆

DEVG001354



**Vincent F. Amen** ✔ @VincentFAmen · Oct 31, 2021    ···

I won't defend anyone. But this is true about Giuffre..In the NBC Dateline interview Giuffre says she's haunted by the girls she did this to.  I hope the media continues exposing

Prince Andrew claims Virginia Giuffre was trafficking underage girls

pagesix.com
Prince Andrew claims sex abuse accuser Virginia Giuffre was...
Prince Andrew's attorneys made the shocking claim that Virginia Giuffre, who is suing him for allegedly raping her when she was a tee...

💬 4        🔁 2        ♡ 3        📊        ⬆️



DEVG001356



**Vincent F. Amen** ✔ @VincentFAmen · Nov 4, 2021

Why would Rina be deposed in the Prince Andrew Guiffre Case?  Rina's truthful testimony goes right to the credibility of Giuffre.  Giuffre lied about Rina and Giuffre's credibility now is destroyed.  Well deserved by Giuffre, that's what happens when you lie!

💬 3          🔁          ♡ 1          ᵢⱼₗ          ⬆

Show this thread

DEVG001357



**Vincent F. Amen** ✓ @VincentFAmen · Nov 4, 2021

Rina will be deposed in Pr. Andrew Case

Brettler said some of the people he may want to depose are related to a new lawsuit filed last week in which a woman who said she was sexually abused by Epstein asserted that Giuffre defamed her by saying in a series of October 2020 tweets

💬 1          ⟲          ♡ 2          ılıl          ⬆

Show this thread

DEVG001358



⇅ **Vincent F. Amen Retweeted**

**SurvivorSinging** @SurvivorSing · Nov 4, 2021    · · ·

😅 ouch! Truth hurts

They argued: "While lurid allegations are made against Prince Andrew by Giuffre, the only party to this claim whose conduct has involved the wilful recruitment & trafficking of young girls for sexual abuse is Giuffre herself."

express.co.uk/news/royal/151...

💬 2        ⇅ 2        ♡ 4        ᴵˡᴵ        ⬆

DEVG001359



**Vincent F. Amen** ✔ @VincentFAmen · Nov 4, 2021    ...

thedailybeast.com
**Prince Andrew Likely to Face Trial in Sex Abuse Lawsuit Next Year**
Virginia Giuffre has accused the 61-year-old royal of abusing her multiple times when she was underage.

💬        ⟲        ♡ 1        ılı        ⬆

Show this thread



**Vincent F. Amen** ✔ @VincentFAmen · Nov 5, 2021    •••
Off Michael Jackson and onto Epstein..
So the dog is off the leash.. Virginia Giuffre is tweeting again.  Nothing substantial.  However, I heard she scrubbed her account of the defaming tweets about Rina.  Not an issue, I have them and the attorney. Cover up? I leave my tweets!

💬 1          ⟲          ♡ 1          �ili          ⬆

DEVG001361

**Vincent F. Amen** ✓ @VincentFAmen · Nov 7, 2021

Found another Virginia Guiffre tweet reply about Rina. Turns out Virginia thinks she's a federal investigator or prosecutor that can make an assessment about Rina.Virginia is being held accountable with the federal lawsuit. Also makes a comment about me without knowing the facts.





**Vincent F. Amen** ✓ @VincentFAmen · Nov 20, 2021    ···
Miz Organizer Ghislaine Maxwell will make the argument that the ladies
are in it for the money and will say anything against her. In actuality, the
ladies should be compensated for their victimization, receiving Justice
based on their truthful testimony.

Ghislaine Tries to Get Her Hands on Epstein
Victim Settlement Files

thedailybeast.com
Ghislaine Tries to Get Her Hands on Epstein Victi...
The administrator of the Epstein Victims'
Compensation Program plans to fight the ...

♡ 1

Show this thread





**Vincent F. Amen** ✔ @VincentFAmen · Nov 23, 2021

How could Virginia Guiffre not testify. It's like Romeo without Juliet.Why? Virginia has credibility issues.While parts of her story seem to be true,other embellished&lies.Big Web!

Virginia Giuffre Will Not Take Witness Stand in Ghislaine Maxwell's Trial

thedailybeast.com
Lead Accuser Won't Testify Against Ghislaine Ma...
Virginia Giuffre will instead reportedly hold off-the-record briefings for reporters during the trial.

○ 1          ⇄ 1          ♡ 2          ılıl          ⬆

DEVG001365



**Vincent F. Amen** ✓ @VincentFAmen · Nov 24, 2021
Keeping Virginia Giuffre out of the trial is a telling sign. She would implode on the witness stand. Just like Janet Arvizo from the Michael Jackson Trial. She would reduce the credibility of the others and hurt the case.Just let her sit in Australia from the couch & sue everyone

♡ 1

Show this thread

 **Vincent F. Amen** ✔ @VincentFAmen · Nov 24, 2021    •••

Juliet of "Romeo and Juliet" is being kept off the witness stand. Virginia Giuffre won't testify due to her credibility issues. Virginia embellishes, lies, key info wrong.

Prince Andrew accusations excluded from Ghislaine Maxwell–Epstein trial | Fox News



foxnews.com
Prince Andrew accusations excluded from Ghislaine Maxwell–Epstei…
When Jeffrey Epstein's longtime companion Ghislaine Maxwell goes on trial next week, the accuser who captivated the public most, with…

○ 1            ⟲            ♡ 1                        ⬆

**Show this thread**

DEVG001367

**Vincent F. Amen** ✔ @VincentFAmen · Nov 30, 2021    ···

I assume in the eyes of Politico and Recruiters Podcast,Virginia can be now called a recruiter definitively. @politico Let the Virginia Guiffre tally of little Girls she brought to Jeffrey Epstein take form. How many more? Virginia says she is haunted by it. Not a Savior!



she was 15 years old.

Photo by ROBYN BECK/AFP via Getty Images

Virginia Roberts Giuffre, who Maxwell's attorney said introduced one victim to Epstein.

ALBA VIGARAY/EPA-EFE/Shutterstoc

**FILED UNDER**  GHISLAINE MAXWELL,  JEFFREY EPSTEIN,  MANHATTAN,  SEX TRAFFICKING,  11/29/21

**READ NEXT**  Former Olympian Emmit King fatally shot during argument in Alabama

💬 2          🔁 1          ♡ 1          📊          ⬆

DEVG001368



**Vincent F. Amen** ✓ @VincentFAmen · Dec 7, 2021
Virginia Giuffre is a class A Filth.. Gross! Little Girls recruited. What a Freak! Read below.

Carolyn initially said she was 14 and later said she was 13 when she was introduced to Maxwell and Epstein by Virginia Roberts Giuffre – another woman who says the couple sexually abused and trafficked her.

"We were going to her friend's house on Palm Beach Island and we were going to meet one of her wealthy friends and I was going to give a massage," Carolyn told the court.



⟲ 4          ⇄ 1          ♡ 4          ᴉ�..ᴉ          ⬆

DEVG001369

**Vincent F. Amen** ✔ @VincentFAmen · Dec 20, 2021     ···

Rina on Good Morning Britain this morning discussing Epstein.  It's ☝️ she opens up her mouth soon about Virginia Guiffre and her filth.



💬          ⟲ 3          ♡ 4          ılı          ↥

DEVG001370



**Vincent F. Amen** ✔ @VincentFAmen · Dec 31, 2021

Cheers to the Epstein saga being finished in 2021... just the sentencing. Done... That's if the US Attorneys Office does not go after others... They may not and the stories dead...

♡ 2

DEVG001371

 **Vincent F. Amen** ✓ @VincentFAmen · Dec 31, 2021          ...
Victim "Carolyn" from Maxwell trial said the Virginia Giuffre is a recruiter.
Andrew's team plans to use Carolyn as a witness.

Prince Andrew's lawyers reportedly in 'emergency talks' after Maxwell
guilty verdict – New York Post nypost.com/2021/12/30/pri... via
@GoogleNews





nypost.com
Prince Andrew's lawyers reportedly in 'emergency talks' after Maxwe...
Prince Andrew's lawyers were locked in emergency talks overnight
after Ghislaine Maxwell was convicted in New York for recruiting and...

💬          ⟲ 1          ♡ 2          ᯤ          ⬆

 **Vincent F. Amen** ✓ @VincentFAmen · Jan 1, 2022    ···

Someone is lying; Giuffre or Dershowitz... However, Dershowitz is correct in his assessment of Giuffre. To add.. The British Authorities dropped the case after hearing Giuffre tell her story. Clear credibility issues.

> 🧔 **Philip Proudfoot** @PhilipProudfoot · Dec 30, 2021
>
> Here is the moment the BBC invited Epstein's former lawyer, Alan Dershowitz, to have the first reaction to Ghislaine Maxwell's guilty verdict.
>
> Presented as a de-contextualised observer, he then rubbishes allegations against him by Virginia Giuffre.
>
> Show this thread
>
> 

○ 1        ⇄        ♡ 1        ᴵˡ        ⬆

DEVG001373



**Vincent F. Amen** ✔️ @VincentFAmen · Jan 2, 2022 · · ·

An article from The Sun, UK published today... Rina was a victim. The article tells Rina's story. Ghislaine and Epstein tried to traffic her.

Artist claims Jeffrey Epstein & Ghislaine Maxwell tried to pimp her out at Donald Trump's Mar-a-Lago members' club

thesun.co.uk
Artist says Epstein & Maxwell tried to pimp her ou...
AN artist claims Jeffrey Epstein and Ghislaine Maxwell tried to pimp her out to older men at ...

💬 1        🔁 1        ♡ 1        📊        ⬆️

DEVG001374

 **Vincent F. Amen** ✔ @VincentFAmen · Jan 3, 2022    ···

2nd media article & true story of the sexual abuse Rina endured at the hands of Epstein. Ghislaine trying to traffic her. @tarapalmeri

Rina Oh, 42, claims Epstein and Maxwell 'shopped her around' at Trump's Mar-a-Lago members' club | Daily Mail



dailymail.co.uk
Rina Oh claims Epstein and Maxwell 'shopped her around' at Mar-a-...
Rina Oh, 42, has been accused by Epstein's 'sex slave' Virginia Giuffre of being part of the financier's inner circle and recruiting underage ...

💬 5          ↻ 2          ♡ 2          ᴬ          ↑

**Show this thread**

DEVG001375

**Vincent F. Amen** ✔ @VincentFAmen · Jan 4, 2022

Jeffrey Epstein ex Rina Oh suing Virginia Giuffre who named her as a recruiter



nypost.com

Epstein ex seeking over $10 million from accuser who named her as ...

One of Jeffrey Epstein's ex-girlfriends, Jersey City-based artist Rina Oh, is suing Virginia Roberts Giuffre for more than $10 million for ...



 **Vincent F. Amen** ✔ @VincentFAmen · Jan 7, 2022                    ···

Of Course She Did want $5 mil,As I have said.She sits home on the couch
eating chips & sues everyone as a full time job.What if she had to actually
work.For her SORE charity she should go back to Thailand and this time
stop sex trafficking as opposed to formerly being apart of it

> 🗞 **New York Post** ✔ @nypost · Jan 7, 2022
>
> Prince Andrew's sex accuser wanted $5M but will no longer accept
> payout: report trib.al/luvMWZj
>
> 

💬           ⇄           ♡ 1           ▫           ⬆



⇅ **Vincent F. Amen Retweeted**

**SurvivorSinging** @SurvivorSing · Jan 7, 2022          ···

Carolyn adds: 'I don't think Virginia deserves anything less than what Maxwell is getting because she trafficked me into a world of spiralling downward slopes and it has taken my husband John 12 long years to get me to love myself again.'

> 🗿 **Joanna Brittan** @jebrittan2 · Jan 7, 2022
>
> 'Curiously, however, when it comes to what allegedly happened between Virginia and #PrinceAndrew, she has little sympathy for her former friend. 'I don't think she [Virginia] deserves any compensation. I don't think she was coerced into doing anything.' 🤔 dailymail.co.uk/news/article-1...

💬        ⇅ 2        ♡ 6        �  📊        ⬆

**Vincent F. Amen** ✔ @VincentFAmen · Jan 7, 2022

Ghislaine Maxwell victim: Virginia Giuffre told me about sex with Prince Andrew



nypost.com
Ghislaine Maxwell victim says Virginia Giuffre told her about...
Carolyn Andriano says in a new bombshell interview that Virginia Giuffre told her about having sex with Prince Andrew in 2001 — and ...

💬 1      🔁      ♡      ᷐ᴵᴵᴵ      ↥

DEVG001380



**Vincent F. Amen** ✅ @VincentFAmen · Jan 7, 2022

"Meltdown" Maria Farmer pins a QAnon–Esque tweet. Both sides (politicians) rape children. She reported Presidents to the FBI. What does this mean? Her meltdown continues though. Maria trashes the innocent and people wonder why I respond to her. A Giuffre Band Groupie...

**ArtisticWhistleBlower, WIDE AWAKE**

@ArtisticBlower

Follow

I am not a victim, rather a VICTOR!!!Truth-theorist 💚 Very IRISH, Whistle-blower of EPSTEIN CABAL, DETEST 3 LETTER AGENCIES mariafarmerart.com

📅 Joined April 2020

**2,208** Following  **23.1K** Followers

Not followed by anyone you're following

Tweets    Tweets & replies    Media    Likes

📌 Pinned Tweet

**ArtisticWhistleBlower, WIDE AWA...** · 4h

Ppl are sooooo selfish, forcing their political ideals/BS onto survivors of this cabal.
I REPORTED PRESIDENTS FROM BOTH SIDES TO THE FBI. WAKE THE FRIG UP FOLKS. NEITHER SIDE SUPPORTS YOU!!!!!!!

**Vincent F. Amen** ✔ @VincentFAmen · Jan 12, 2022  ···

Jeffrey Epstein sent Virginia Guiffre to Thailand for her to recruit a Thai girl for sex. Filth!



...Epstein had lost interest... old for him.

She said she convinced the wealthy financier to pay for her to get training to become a real professional masseuse and he arranged for her to take a class in Thailand. But she was also expected to bring home a Thai girl that Epstein had arranged to come to the US...

Instead, Ms Giuffre met a man on the trip whom she fell in love with and married 10 days later. She moved with him to Australia to start a family.

Ms Giuffre now lives in a large house on the coast of Perth with her husband and three children.

She has founded a non-profit organisation called Speak Out, Act, Reclaim (SOAR), aimed at "educating and advocating for victims of trafficking".

Following the ruling against Maxwell last month, **Ms Giuffre told New York Magazine "it's definitely not over".**

"There are so many more people involved with this," she said.

○       ⇄        ♡ 1        ᵢₗᵢ        ⬆

 **Vincent F. Amen** ✓ @VincentFAmen · Jan 13, 2022

Imagine he didn't do anything with Guiffre. One of them is lying. It seems
so Michael Jackson-esque. The whole situation. One does have to
question Michael's guilt. Andrew's running a close second but may or no
be true, the allegations. His camp wants Rina's help like Dershowitz



DEVG001383

**Vincent F. Amen** ✔ @VincentFAmen · Jan 15, 2022    ···

Maria Farmer's Meltdown Continues… Now Maria just makes shit up with her tweets.. Good thing the Epstein Saga is over and no one has to hear Maria's bullshit anymore.. only fireworks is the the Oh vs Giuffre lawsuit.. see attached from "Maria Farmer for Children"



#Maxwell
#RinaOh
#Vickers
#Hazell
#VickyWard
#KatieFord
#MorganFairchild (most ironic name in history)
#Groff

♡ 1        ⇄ 4        ♡ 12        ⬆

**ArtisticWhistleBlower, WIDE…** · 1/6/22  ···
Jeffrey Epstein & #GhislaineMaxwell not only created victims, they also created monsters who victimized.
There are many women who harmed children in exchange for money. To name a few:

Clare Hazell
**Rina Oh**
Sarah Kellen Vickers
Groff
Then the #Presstitute VICKY WARD came along.

♡        ⇄        ♡ 1        ᵢₗᵢ        ⬆

DEVG001384



**Vincent F. Amen** ✔ @VincentFAmen · Jan 18, 2022                    · · ·
Sorry to hear the sad news. We just had lunch with him in the summer
and worked with him on the Jeffrey Epstein saga. John was a person that
sought the truth and fiercely investigated the situation to bring light to it.

nypost.com
John Connolly, journalist who investigated Jeffrey...
Hard-hitting investigative journalist and former
NYPD detective John Connolly passed away on ...

💬 2          ⟲ 7          ♡ 24          ᴉ|ᴉ          ⬆

**Show this thread**

DEVG001385

⇄ **Vincent F. Amen Retweeted**

**TheEmmapreneur** ✔ @TheEmmapreneur · Jan 21, 2022                    · · ·

BURN IT ALL DOWN! And while you're at it - also listen to @SurvivorSing who's been screaming this for YEARS 🔥🔥🔥🔥🔥

> insider.com
> A New York City artist says Jeffrey Epstein and G...
> Rina Oh thought Jeffrey Epstein was going to be her art patron. Two decades later, she's coming t...

💬 1          ⇄ 6          ♡ 11          📊          ⬆

**Vincent F. Amen** ✔ @VincentFAmen · Jan 20, 2022                    · · ·

Rina Oh Says She's an Epstein Victim. Others Accuse Her of Enabling Him.

> insider.com
> A New York City artist says Jeffrey Epstein and G...
> Rina Oh thought Jeffrey Epstein was going to be her art patron. Two decades later, she's coming t...

💬 1          ⇄ 1          ♡ 1          📊          ⬆

DEVG001386



**Vincent F. Amen** ✓ @VincentFAmen · Jan 25, 2022    ···

Virginia forgot to mention she has her hand out collecting money from everyone. It's hard to evaluate if she is telling the truth. With Rina, Giuffre is not telling the truth.. Remember British Authorities dropped the case against Prince Andrew after hearing her story. Credible?



Founder of Speak Out, Act, Reclaim (SOAR) non-profit aimed at educating & advocating for victims of trafficking. For media requests please email
dini@dvmcpr.com

🔗 speakoutactreclaim.org  📅 Joined December 2017

**503** Following  **108.1K** Followers

Not followed by anyone you're following

**Tweets**    Tweets & replies    Media    Likes

**Virginia Giuffre** ✓ @VRSVirginia · 1/13/22  ···
I'm pleased with Judge Kaplan's ruling yesterday that allows my case against Prince Andrew to go forward. I'm glad I will have the chance to continue to expose the truth & I am deeply grateful to my extraordinary legal team. 1/3

💬 893    🔁 4,114    ♡ 27.8K    ⬆️

**Virginia Giuffre** ✓ @VRSVirginia · 1/13/22  ···
Their determination helps me seek justice from those who hurt me and so many others. My goal has always been to show that the rich and powerful are not above the law & must be held accountable. 2/3

💬 106    🔁 670    ♡ 6,792    ⬆️

 **Vincent F. Amen** ✓ @VincentFAmen · Feb 2, 2022    ···

Rina's painting is used in the @DailyMailUK Article. Good find @SurvivorSing

The Architect, The Recruiter and the Programmer of BABYLON

Prince Andrew's ex Lady Victoria Hervey, 44, says Ghislaine Maxwell's trial was a 'witch hunt'





dailymail.co.uk
Lady Victoria Hervey says Ghislaine Maxwell trial a 'witch hunt'
The 44-year-old socialite and former 'It Girl', who is now based in LA, is the daughter of the 6th Marquess of Bristol and the Duke of York's...

💬 4          ↻ 4          ♡ 4          ⣿          ⬆

DEVG001388



**Vincent F. Amen Retweeted**

**kate briquelet** @kbriquelet · Feb 3, 2022

NEW: Epstein victims Courtney Wild & Haley Robson filed a defamation suit against star Miami Herald journalist Julie K. Brown today.
thedailybeast.com/miami-herald-j... via @thedailybeast

thedailybeast.com
Miami Herald Journalist Julie Brown Sued by Epstein Victims
Two victims of the sex trafficker claim the central reporter on the story misrepresented their stories in her book.

💬 18          🔁 74          ♡ 123          📊          ⬆️

Show this thread

**Vincent F. Amen** ✔ @VincentFAmen · Feb 6, 2022          ···
A recruited little girl by Virginia Giuffre.

Key witness at Ghislaine Maxwell's trial waives her anonymity and makes
a sensational new claim | Daily Mail Online



dailymail.co.uk
Witness at Maxwell's trial waives anonymity and makes new claim
Carolyn and Virginia - then Roberts, now Giuffre - were members of
the depraved couple's harem of vulnerable teens and young women,...

💬          ⟲ 1          ♡ 2          ᐧ�555          ᐞ

DEVG001390

**Vincent F. Amen** ✔ @VincentFAmen · Feb 9, 2022                    ···

Fantastic Celebrity Photoshot... 😂Gross...

Prince Andrew's accuser Virginia Giuffre is spotted vaping with foils in her hair | Daily Mail Online



dailymail.co.uk
Prince Andrew's accuser Virginia Giuffre spotted vaping at hair salon
EXCLUSIVE: The 38-year-old was spotted having her hair done in Perth, western Australia. The mother-of-three was clearly having ...

💬 1              ⟲              ♡ 3              ��˥ᵂ              ⬆

DEVG001391



⇄ **Vincent F. Amen Retweeted**

**Sandy Jones** @sandyjones31 · Feb 16, 2022

Prince Andrew's ex Lady Victoria Hervey calls Virginia Giuffre a 'scam artist' who 'settled very fast' as she shares another strangely edited version of THAT notorious photo with the Duke showing Ghislaine Maxwell alone

#PrinceAndrewdailymail.co.uk/femail/article..

DEVG001392

**Vincent F. Amen** ✔ @VincentFAmen · Mar 4, 2022

Boo.. Who... Virginia Giuffre is out of the media along with her Public Relations firm that accepts media inquires.... I know it bothers her.. and ask yourself what's dominating the news right now.. Apparently not Virginia Giuffre's sex–capades..Sick of it.. Good .. Gone.. Bye



**Vincent F. Amen** ✓ @VincentFAmen · Mar 18, 2022     ···

Further discourse with Anna Delvey.  With the eyes and ears of the press listening. Ira, Rina's attorney who is suing Virginia Giuffre, doing a great job is heard speaking with his client Anna Delvey also. Ira is representing Anna's commercial artwork...Great Work Ira..!



0:49

◯ 1          ⇄          ♡          ᵢₗᵢ          ⬆



**Vincent F. Amen** ✔ @VincentFAmen · Mar 24, 2022
What does Virginia Giuffre do besides Eat and Sue! Rina achieves with her career!

Show this thread

**Vincent F. Amen** ✔ @VincentFAmen · Mar 25, 2022

Jeffrey Who? Giuffre Who? Better things to do.. except one last hurrah.. finalizing the lawsuit with Virginia Giuffre .. I can say it's moving along..Almost done with Epstein...



**Vincent F. Amen** ✔ @VincentFAmen · Mar 27, 2022    ···

What Virgina Giuffre? I guess you are not the art critic you believe you are…calling Rina's art trash. Maybe your talking about Maria Farmers Artwork… Rina received publicity as a result of her talent not yours Virgina by "Humping People and Suing" @tarapalmeri @jkbjournalist !



Anna Sorokin discusses a gallery exhibition that was inspired by her life.

By EMILY PALMER

Down a narrow hallway packed with lockers and plumes of marijuana and cigarette smoke, at A2Z Delancey, a small pop-up art gallery on the Lower East Side of Manhattan, some 150 unmasked art goers attended an opening recently for Anna Sorokin's first group gallery exhibition.



Top, a collaborative drawing by Anna Sorokin and Alfredo Martinez, "Send Bitcoin," and, above, "Her Royal Highness Princess Anonushka (Anna Delvey) Louise of Savoy," by Rina Oh.



**Vincent F. Amen** ✔ @VincentFAmen · May 7, 2022    ···
Rina Oh Amen vrs. Virginia Giuffre

Update:

1. Virginia Giuffre had been served with papers in Australia a while back.

2. Virginia Giuffre accepted service.

3. Court documents have now been filed by both parties attorney's as of today; Rina's and Virginia's.

💪 😊

💬 1          ⟲ 3          ♡ 1          ılıl          ⬆

**Vincent F. Amen** ✔ @VincentFAmen · May 7, 2022    ···
Disgraced socialite Ghislaine Maxwell removed from solitary confinement cell after 2 years of 'torture' in hellhole jail

thesun.co.uk
Ghislaine Maxwell removed from isolation cell aft…
CONVICTED sex predator Ghislaine Maxwell has been removed from solitary confinement for the …

💬          ⟲ 1          ♡          ılıl          ⬆



**Vincent F. Amen** ✔ @VincentFAmen · May 10, 2022

Is Jo Balum... @tocrincklewood Frankie goes to Crincklewood close his account or get suspended? He/She blocked me.. Another Troll! Giuffre band Groupie!  Believes and is manipulated by Virginia.

DEVG001399



**Vincent F. Amen** ✓ @VincentFAmen · May 13, 2022                    ···

So, it's out..Virginia Giuffre sexually assaulted Rina...What did that Filth
Giuffre do? Not yet! Anyway, Rina never operated on Virginia,a fairy tail
that only the manipulated can believe.The fact of Kat Thomas saying
frivolous is wrong. Proof Virginia said and tweeted this. GFY!

💬 1          ⇄ 1          ♡ 1          ⊪          ⬆

Show this thread

**Vincent F. Amen** ✓ @VincentFAmen · May 13, 2022                    ···

I'll comment later... in via a lavoro..

> insider.com
> Virginia Giuffre accuses Jeffrey Epstein 'recruiter' ...
> Rina Oh previously sued Giuffre for defamation
> after Giuffre accused her of posing as an Epstein ...

💬 2          ⇄ 2          ♡ 2          ⊪          ⬆

Show this thread

DEVG001400



**Vincent F. Amen** ✔ @VincentFAmen · May 13, 2022 ⋯
Virginia made a comment about me being working for Michael. "Two sick peas in a pod". Defamation.. I decided not to be a party to the lawsuit.

I can say this:

Virginia Giuffre had a "Little Girl" problem as Michael Jackson had a "Little Boy" problem.Two sick Fucks!Gross!Eat it!

♡ 1          ⟲ 1          ♡ 2          �ᕵᕵ          ⬆

Show this thread

**Vincent F. Amen** ✔ @VincentFAmen · May 13, 2022 ⋯
What a Fucking Filth Virginia Giuffre is! As stated by Virginia on Dateline. Virginia is "Haunted" by the girls faces. One would if one recruited little girls for Epstein, had sex with the little girls, had sex with the little girls and Epstein..And to top it off plays big victim

♡ 2          ⟲ 2          ♡ 1          ᕵᕵ          ⬆

Show this thread

**Vincent F. Amen** ✔ @VincentFAmen · May 13, 2022 ⋯
Based on fact and no manipulation.. Virginia Giuffre had tried to use Rina to cover her tracks. Virginia has tried to use Rina to cover up her role in the Epstein orbit.Virginia sexually assaulted Rina.Virginia sexually assaulted the numerous "Little Girls" she brought in. Gross!

♡ 1          ⟲ 3          ♡ 1          ᕵᕵ          ⬆

Show this thread



**Vincent F. Amen** ✔ @VincentFAmen · May 29, 2022                    ···
@KirbySommers

This will all be explored during depositions. The public has a right to
know. This is all fine. But the Question of Interest is;Why does Virginia
Giuffre cover up the coercive demands of Jeffrey Epstein,if true,on the
innocent like Rina. This is the issue. Ask FBI

💬            ♻            ♡ 1            ılıl            ⬆

Show this thread

**Vincent F. Amen** ✔ @VincentFAmen · May 29, 2022                    ···
Fine. As stated by Kirby @KirbySommers Virginia Giuffre was coerced to
do things for Jeffrey Epstein.  What was Virginia coerced to do?  If Virginia
was coerced were all the lady's? Through Virginia's own admission on
Dateline NBC

1. Recruit girls for Epstein, younger the better

💬 2            ♻            ♡ 1            ılıl            ⬆

Show this thread

 **Vincent F. Amen** ✔ @VincentFAmen · Jun 7, 2022                              •••
Rina Oh Accuses Epstein Victim Virginia Giuffre of Sexual Assault

I wondering if Virginia would like to publicly comment: Yes or No?.. I know
the answer; Virginia did sexually assault Rina…



insider.com
Rina Oh alleges Virginia Giuffre sexually assaulted her during 'horror'…
Giuffre previously accused Oh of pretending to be an Epstein victim in
order to get money from the victims' compensation fund.

♡    ⇄    ♡ 1    ılı    ⬆

DEVG001403

**Vincent F. Amen** ✔ @VincentFAmen · Jun 8, 2022

🙌Virginia!

Epstein accuser Virginia Giuffre facing 'sexual assault' allegation from Rina Oh in suit



nypost.com
Epstein accuser Virginia Giuffre facing 'sexual assault' allegation...
Rina Oh — who claims to have been a victim of "sexual abuse" from Jeffrey Epstein "and his gang" — has filed a court claim alleging that ...

💬 1          ↻          ♡ 1          ılı          ⬆

DEVG001404

 **Vincent F. Amen** ✔ @VincentFAmen · Jun 9, 2022    ···

What a filth Virginia Giuffre is. Sexually assaulting someone. Then using lies to cover up her, Virginia Giuffre's, role on the innocent, Rina so the truth wouldn't come out. Been here already with that other filth Janet Arvizo mother from Michael Jackson



dailymail.co.uk
Virginia Giuffre accused of sexually assault at Epstein's direction
Rina Oh, 43, filed a court claim against Virginia Roberts Giuffre in US District Court and said she was 'frozen like a deer' as Giuffre 'touche...

💬 6          ⟲ 3          ♡ 6          ᷗ          ⬆

**Show this thread**

DEVG001405

 **Vincent F. Amen** ✔ @VincentFAmen · Jun 9, 2022     · · ·

What Virginia Giuffre did to Rina was unconscionable.  Direct sexual assault. Virginia did not want it to come out.  Virginia's loser of attorneys just denied it.  Let's hear directly from Virginia's mouth. Rina speaks about direct allegations.  C'mon Virginia Speak! Don't hide..

💬 1          ⟲ 1          ♡ 2          ᐧ�006ᐧᐧᐧ          ⬆

Show this thread

DEVG001406



Vincent E Amen 🔵 @Vincent E Amen · Jun 11, 2022

Jeffrey Epstein accuser alleges second accuser, Virginia Giuffre, 'sexually assaulted' her

...ffre) are Silent

Comment? Virginia?

foxnews.com
Jeffrey Epstein accuser alleges second accuser, Virginia Giuffre, 'sex...
Two women who accused Jeffrey Epstein of sex crimes are now pointing fingers at each other regarding their alleged actions during ...

💬 1        ⟲ 3        ♡ 7        ᵇᶦ        ⬆



**Vincent F. Amen** ✔ @VincentFAmen · Jun 11, 2022

Virgina Giuffre's Charity SOAR to the newer one W.H.O.R.E..Bits&Bits revealed to me over time.Virginia was 18 years old,Adult.Virginia tried to use Rina to cover up her crime and Role in Epstein.sniffed it right out. Wife's a victim of her crime @tarapalmeri @jkbjournalist

💬 1          ↻          ♡ 1          �ⅈⅈ          ↑

Show this thread

**Vincent F. Amen** ✔ @VincentFAmen · Jun 11, 2022

Virginia Giuffre's Charity : VRS to the new VRS =Victimizers Remain Silent.. Comment Virginia?or just leave it to the attorneys. Rina comments.

Fact,Victims reveal bits and bits over time of their victimization=Rina Oh.Ask a Fed Sex Crime Prosecutor @tarapalmeri @jkbjournalist

💬 1          ↻          ♡ 1          ⅈⅈ          ↑

Show this thread

DEVG001408

 **Vincent F. Amen** ✔ @VincentFAmen · Jun 11, 2022    ···

A good insight into Rina's story.  I like the part where she had to tell my son she was raped. Healthy for the mind of a child.  Next up, how Virginia Giuffre sexually assaulted her.  All this healthy for the mind.  Wouldn't you agree? Or maybe not..



the-sun.com
Epstein victim reveals Ghislaine Maxwell's shocking words after 'abu...
AN ARTIST who says she was sexually abused by Jeffrey Epstein has claimed his madame Ghislaine Maxwell coldly told her "You're all he ...

💬 2          ⟲ 2          ♡ 3          �Il          ⬆

DEVG001409



**Vincent F. Amen** ✔ @VincentFAmen · Jun 11, 2022
This all can be attributed to Virginia Giuffre's false accusal in her
manuscript she didn't write, false accusations in the media; Twitter, Print,
TV by Giuffre.  One good, it shows to the children how you fight back
correctly.They know this from me with Jackson. How to Win in US

💬 1          ↻ 1          ♡ 1          ᐧ■ᐧ          ⬆

Show this thread

DEVG001410



**Vincent F. Amen** ✔ @VincentFAmen · Jun 11, 2022
Amen = Work
Work = Make Millions of $'s

Check our business out. There is more also.  Award winning dining; Outdoor and Indoor..

The Giuffre's can't wipe my Ass.  They sit on the couch all day thinking about who to sue next while eating potato chips.

portobellonj.com

💬 1        🔁 1        ♡             ılıl            ⬆

Show this thread

**Vincent F. Amen** ✔ @VincentFAmen · Jun 11, 2022
The Giuffre's don't work.. what does that mean.. they sue people for a living...how egregious.. The Giuffre's can keep suing enriching themselves.. million here.. few million there.. Through hard work.. The Amen Family is worth more money than Giuffre's and generates more money.

💬 1        🔁 1        ♡             ılıl            ⬆

Show this thread

DEVG001411

**Vincent F. Amen** ✔ @VincentFAmen · Jun 12, 2022                    ...

Answers to Politico's Fact Checkers questions that I answered showed up in the Daily Mail. The Daily Mail used more quotes. Politico didn't write but Daily Mail did. The Daily Mail does cite Politico's hidden answers. But did Politico resell my answers?



dailymail.co.uk
Women who recruited teens for Epstein to abuse claim THEY are vict...
Several women who allegedly helped recruit teenage age girls and young women for Jeffrey Epstein claim he took advantage while they...

○ 1            ⇄            ♡            ᵢₗᵢ            ⬆

Show this thread

DEVG001412



Virginia Giuffre: What we know about Prince Andrew's accuser - BBC News bbc.com/news/world-us-...

DEVG001413



**Vincent F. Amen** ✔ @VincentFAmen · Jun 12, 2022

We have to work on Michael Jackson when Epstein's done.  Talk about elaborate covered up mechanism. Oh my!

💬 23          ⇄          ♡ 2          ılıl          ⬆

DEVG001414

**Vincent F. Amen** ✔ @VincentFAmen · Jun 15, 2022

As @KirbySommers writes all these books on Epstein and Maxwell.I can write many books on Michael analyzing all different aspects.Unknown information that would give you a very deep look into Michael Jackson.Who's more interesting,Epstein or Jackson? Jackson Afghanistan connection



DEVG001415

 **Vincent F. Amen** ✔ @VincentFAmen · Jun 17, 2022    ···

For a while I had issues with Savannah Guthrie's reporting on the Michael Jackson Trial. Now she's great. Savannah got Virginia Guiffre on tape saying she recruited for Jeffrey Epstein "the younger the better" and Virginia's haunted by girls faces now.



nypost.com
Savannah Guthrie shouldn't have interviewed Amber Heard, experts ...
NBC's Savannah Guthrie should have declined to interview Amber Heard after revealing that her husband did consulting work for John...

💬 2          ⟲ 4          ♡ 3          ılıl          ⬆

 **Vincent F. Amen** ✔ @VincentFAmen · Jun 18, 2022    ···
Doesn't someone write about Steinem on Twitter being associated with Jeffrey Epstein. Didn't know who she was...

The New York Times: Opinion | Gloria Steinem on 50 Years of Ms. Magazine and the Feminist Movement.



nytimes.com
Opinion | 'I Feel Proud, and I Feel Mad as Hell': Gloria Steinem on Ms....
Early contributors to Ms. came together on the 50th anniversary of its founding.

    ⟲ 1    ♡    ᴸᴵᴵᴸ    ⬆

DEVG001417



**Vincent F. Amen** ✔ @VincentFAmen · Jun 28, 2022                    · · ·

An achievement of Justice today with the conclusion of Ghislaine
Maxwell. The girls, now ladies, received Justice for the horrible crimes
committed against them by an accomplice of Jeffrey Epstein. Strength to
those whom testified, an accomplishment that showed courage. See
ahead

💬 1          ⟲           ♡           ᵢₗᵢ           ⬆

Show this thread

DEVG001418



**Vincent F. Amen** ✔ @VincentFAmen · Jun 28, 2022    · · ·
There is a stark difference between High School and Elite Collegiate. I can win on both fronts. Where does the placement of Virginia Giuffre stand. To the numbers, true intellect will beat numbers as I have stated. It has been demonstrated and I look forward to the continuance.

💬          ⟲ 1          ♡          ᶦᶩᶦ          ⬆

Show this thread



**Vincent F. Amen** ✔ @VincentFAmen · Jun 28, 2022    · · ·
Unfortunately I still have to deal with "The High School" element of Virginia Giuffre and her actions. May too, her behavior not stand to impede Justice for Rina.  It is unfortunate that Virginia, who has gone unchecked and unchallenged continues to spread lies about the innocent

💬 1          ⟲          ♡          ᶦᶩᶦ          ⬆

Show this thread



**Vincent F. Amen** ✔ @VincentFAmen · Jun 28, 2022    · · ·
Healing and Closure for Rina is of the utmost importance for me.  Today marks a day of the continuance of healing and closure.  We look forward to the true achievement. Let Justice ring and for all of us as one community to hear. Let not unjust behavior stand and today assurance.

💬 1          ⟲          ♡          ᶦᶩᶦ          ⬆



**Vincent F. Amen** ✔ @VincentFAmen · Jun 29, 2022

That's what Amen = Work does, work , unlike Virginia Giuffre. We don't sit home on the couch all day eating Potato 🥔 chips thinking of the next person to sue and enrich yourself..and Virginia Giuffre had the balls to say Rina was in the Victimization Fund for money.We have money

💬 3          🔁 1          ♡ 1          ılıl          ⬆️

Show this thread

DEVG001420





DEVG001422

**Vincent F. Amen** ✓ @VincentFAmen · Jul 1, 2022    •••
Michael Jackson For Afghanistan through a Jurgen Todenhofer, politician media mogul, alliance, Germany.

What is the difference with what Giuffre's charity SOAR does or doesn't and what I do with my spare time. I work..!





**Vincent F. Amen** ✔ @VincentFAmen · Jul 3, 2022

You see.. Just as you Virginia Giuffre attempted to use the innocent, Rina Oh to cover up your role in the Epstein Atmosphere. So did Janet Arvizo,the mother of Michael Jackson's accuser did  to me. I sniffed it out. Where's Government,in Office by Watercooler can't figure it out

💬 1          🔁          ♡ 1          📊          ⬆️

Show this thread



**Vincent F. Amen** ✓ @VincentFAmen · Jul 3, 2022

The infamous Virginia Giuffre anti-Asian retweet that received no criticism by the media. Turns out Rina Oh is Asian.. Also, let your attorneys, Shleps, know my name is not Vincent Oh Amen.. last time checked I'm not Asian.. But I'll fight for the Asians..check your Witness List.

Tweets    Tweets & replies    Media    Likes

for a very long time. @ohreallytruly
reddit.com/r/Epstein/comm...

💬 15    🔁 45    ♡ 253    ⬆

🔁 Virginia Giuffre Retweeted

**MOMZILLA** @Momzilla_... · 12/31/20 ···
Replying to @VincentFAmen
@VRSVirginia and 2 others

He is still not answering if #RinaOh made a victim statement to the FBI and if she only came forward after Epstein was already dead.
I am "starting" to think they both are here just for the benjamins.

GIF

DEVG001425

**Vincent F. Amen** ✔ @VincentFAmen · Jul 3, 2022     •••

You see.. Unlike Virginia Giuffre's Digital Image with Prince Andrew, leaving speculation. We have the Amen Difference to trafficking (Michael Jackson), hard, definitive evidence. With the Mother (Janet Arvizo) of the accusers' handwriting.  What would the FBI say to that...



♡ 7        ⇄        ♡ 1        ⊪        ⬆

**Show this thread**

DEVG001426



**Vincent F. Amen** ✔ @VincentFAmen · Jul 6, 2022

Would Virginia Giuffre's Charity … SOAR… (Speak Out, Act, Reclaim) Provide assistance to the Trafficking of Children in Afghanistan?  This would be a good start.. it would be monumental to the Children of Afghanistan.

Show this thread



**Vincent F. Amen** ✔ @VincentFAmen · Jul 27, 2022

The Michael Jackson Trial, Court TV reporter sleeps Naked to cool down at night?  Savannah Guthrie focus on exposing Virginia Giuffre as you did.

Today's Savannah Guthrie looks furious as Hoda Kotb shares co-host's 'embarrassing' secret in awkward moment

the-sun.com
Today's Savannah looks furious as Hoda shares co-host's 'embarras...
TODAY hosts Savannah Guthrie and Hoda Kotb have reunited on-air after time away from each other amid their rumored feud, but it was ...

DEVG001428

 **Vincent F. Amen** ✓ @VincentFAmen · Jul 31, 2022    · · ·
Another upstanding member of the community who is American born
now Australian living in Australia.Another one with problems dealing with
Children.This one young boys, Giuffre girls

Sad reason why Australian bong–smoking teacher supplied drugs to
students



nypost.com
Sad reason why Australian bong–smoking teacher supplied drugs to...
A teacher who admitted to selling drugs to high school students
avoided prison after she told a court she was suffering from severe ...

💬 3          ⇄          ♡                    ⬆

**Vincent F. Amen** ✔ @VincentFAmen · Aug 3, 2022                    •••

Joe Rogan on Epstein.. Sounds plausible..Does Jeffrey Epstein have the
intelligence to complete these tasks..or was he just a hustler,hustling
these men and holding blackmail on them.Would the CIA/Mossad really
use someone like Epstein? Hustled the Girls.



youtube.com
Epstein's Harvard Connection & Ghislaine's List
Taken from JRE #1850 w/Whitney
Cummings:https://open.spotify.com/episode/5T...

💬 4          ⟲ 1          ♡          ‖‖          ⬆

DEVG001430

 **Vincent F. Amen** ✔ @VincentFAmen · Aug 7, 2022    •••
Big Difference but still too much... Andrew did the Michael Jackson with the first accuser.. Jordan Chandler..

The Daily Beast: Prince Andrew's Settlement With Virginia Giuffre Was $3.6M, Not $14.5M, Report Claims.



thedailybeast.com
Prince Andrew's Settlement With Virginia Giuffre Was $3.6M, Not $1...
Plus: Outrage in Switzerland as Fergie buys a new $6 million home, the vanishing of the investigation into Prince Charles, and Prince ...

    ⟲ 1    ♡    ılıl    ⬆

DEVG001431

**Vincent F. Amen** ✔ @VincentFAmen · Sep 14, 2022

What ever happened to Virginia Giuffre's charity S.O.A.R? No tweets, No one saved from sex trafficking, No one helped I presume...Again, a charity setup to promote herself as a self proclaimed Sex Slave positioned in the Epstein saga...MJ self proclaimed King of Pop, No? Now Styles



💬 2          🔁          ♡ 1          �topᴵᴵ          ↥

DEVG001432



**Vincent F. Amen** ✓ @VincentFAmen · Oct 16, 2022

Ghislaine Maxwell said the Giuffre photo with Andrew is fake. No response yet from Giuffre.  She gave up on Social Media it seems.

💬 2        ⟲        ♡ 2        ᘛᨆ        ⬆

DEVG001433



**Vincent F. Amen** ✔ @VincentFAmen · Nov 12, 2022

A shame..Possible Giuffre lied about Prince Andrew, now gagged, like Giuffre lied about Dershowitz.Worse, Giuffre is lying about Rina Oh

Prince Andrew felt immense pressure to give up titles and is furious at being gagged by own deal with Virginia Guiffre

> thesun.co.uk
> Andrew felt pressure to give up titles & is furious …
> PRINCE Andrew felt ambushed into giving up his royal titles and is increasingly frustrated at being …

💬 1          ↻          ♡ 1          ᔕᑌ          ⬆

Show this thread

DEVG001434



**Vincent F. Amen** ✓ @VincentFAmen · Nov 12, 2022

I don't know about the British mentality but when an American is served an injustice they fight, fight hard.  I understand this occurred with a Royal and they wanted this to go away.Prince Andrew should have fought Virginia Giuffre to the end.She goes to British police, drop case

Show this thread

DEVG001435

 **Vincent F. Amen** ✔ @VincentFAmen · Nov 8, 2022     •••
Look What We Have Here... Virginia Giuffre a Liar.. This is what she did to
Rina Oh.. The lawsuit between Rina and Virginia is going well. Virginia lied
about Rina.  We look forward to depositions and the day in Court.
@lisapodcasts @tarapalmeri



miamiherald.com
In victory for Dershowitz, Epstein victim says: I 'may have made a mi...
One of Jeffrey Epstein's most well-known sexual abuse victims,
Virginia Giuffre, has settled a bitterly fought defamation lawsuit with...

💬 1          ⟲ 1          ♡ 2          �Ⅱⅼ          ⬆

DEVG001436

 **Vincent F. Amen** ✔ @VincentFAmen · Nov 9, 2022 · · ·
Prince Andrew? ….Ahhmmm… Could it be the same for Prince Andrew?
What a shame…

Prince Andrew accuser Virginia Giuffre sensationally admits she was
wrong to claim lawyer Alan Dershowitz abused her | The Sun



thesun.co.uk
Virginia Giuffre admits she was wrong about Alan Dershowitz abuse
PRINCE Andrew accuser Virginia Giuffre has sensationally admitted
she was wrong to claim lawyer Alan Dershowitz abused her. The 38-…

💬 1          ⇄          ♡ 1          ᴵˡᴵ          ⬆

DEVG001437



**Vincent F. Amen** ✔ @VincentFAmen · Nov 10, 2022

See...

Statement: "Virginia Giuffre can Fuck with herself, She "Ain't" Fucking with me, She "Ain't" Fucking with Amen.

You should see what Virgina Giuffre's loser of attorney's are doing. They have a text book Highschool Legal Strategy. Been there and seen it before... TBC...

Show this thread

DEVG001438



**Vincent F. Amen** ✔ @VincentFAmen · Nov 10, 2022    · · ·

Actually, The two sick peas in a Pod are Virginia Giuffre and Michael Jackson.

Michael Jackson had a Little Boy Problem and Virginia Giuffre had a Little Girl Problem.  Virginia Giuffre Recruiting and having Sex with Little Girls doesn't sit well with me.Raw Truth from me!Gross!

💬 1          ⟲          ♡ 1          ᯲          ⬆

Show this thread

DEVG001439



**Vincent F. Amen** ✔ @VincentFAmen · Nov 10, 2022
I'm still just amazed at the monsterous Virginia Giuffre News. How do you
claim sexual abuse under oath and then say you made a mistake. How do
you make a mistake regarding someone wrongfully having sex with
you.Virginia claimed Dershowitz had sex with her but didn't.Credibility!

💬 2          ⟲          ♡ 4          ılı          ⬆

Show this thread

DEVG001440

**Vincent F. Amen** ✓ @VincentFAmen · Nov 10, 2022          ···

It gets better.. If you read the first image of a tweet from Virginia Giuffre in my last Tweet.  Virginia Giuffre called Rina and I "Two sick peas in a pod" because I worked for Michael Jackson.  Little did she know I turned him in to the District Attorney and FBI (2007).

 ◯  1                  ⇄                  ♡  1                  ılı                  ⬆

**Show this thread**

**Vincent F. Amen** ✓ @VincentFAmen · Nov 10, 2022          ···

December 2020 I tweeted to Virginia Giuffre that she has known Credibility Issues.They are known to the High Profile Legal Community,I called my High Profile Attorney.Then Virginia Tweets me back saying her "Credibility is full proof".Was I correct?Yes, Virginia's a Liar.Attached



**Vincent F. Amen** ✓ @VincentFAmen · Nov 10, 2022

Michael Jackson from Outtakes!  Virginia Giuffre from NBC.. "You Always Have to Go for The YOUNGEST LOOKING ONES (little girls).  Oh My..Look What We have here!  Kirby Sommers said Virginia Giuffre has numbers.  I said to her "Intellect beats numbers" Did it in the Michael Trial.



⏸ 0:02          ▶ 0:03

💬 1          🔁          ♡ 1          📊          ⬆

Show this thread

DEVG001442

 **Vincent F. Amen** ✔ @VincentFAmen · Nov 20, 2022 · · ·

There were Mistakes by Virginia Giuffre in her stories. It's a Shame if Prince Andrew was another mistake from the Mind of Virginia Giuffre

How man at centre of Fergie toe sucking scandal was secretly drafted in to advise Prince Andrew overEpsteinScandal



thesun.co.uk
How Fergie 'toe sucker' was secretly smuggled in to help Duke over E...
SARAH Ferguson's toe sucking ex-lover held crisis talks with Prince Andrew following his disastrous Newsnight interview. John Bryan wa...

💬 1          ⟲          ♡ 1          �ᵢₗᵢ          ⬆

Show this thread

DEVG001443



**Vincent F. Amen** ✓ @VincentFAmen · Nov 20, 2022    ···
Virginia Giuffre has now been confronted by Rina Oh with use of the legal system..  Virginia told many lies about Rina publically.  A 6" knife cut on her leg.  Virginia should look down at her leg again, it is really a Stretch Mark.

       ⟲       ♡ 2       ጰ       ↥

Show this thread

**Vincent F. Amen** ✓ @VincentFAmen · Nov 20, 2022    ···
Virginia Giuffre Mistakes = Lies

Virginia Giuffre has little to no credibility at this point. How did you make a mistake that someone had sex with you and calling it sexual abuse. It was a lie. Virginia made a business doing this and reaped a significant amount of money.A Shame!

 1       ⟲       ♡ 2       ጰ       ↥

Show this thread

DEVG001444



**Vincent F. Amen** ✔ @VincentFAmen · Dec 30, 2022    · · ·
Virginia Guiffre filed a lawsuit against Rina Oh using the Anti-SLAPP "My Ass" defense against Rina's Defamation Lawsuit. No Virginia Guiffre, Your Ass is being SLAPP"ed" for saying Rina abused minors when the FBI and SDNY Office acknowledged Rina didn't. @lisapodcasts @nypost

💬 1          ↻          ♡ 1          ᵢₗᵢ 291          ⬆

DEVG001445

**Vincent F. Amen** ✔ @VincentFAmen · Jan 3                    •••

Exciting Day: I received my new King Charles Coin, 50 Pence, Today from England.

Virginia Guiffre has the coins with Prince Andrew 's Head on it.. How many does she have?  Show and Tell!



💬          ↻          ♡ 1          ili 176          ⬆

DEVG001446

↻ **Vincent F. Amen Retweeted**

**New York Post** ✅ @nypost · Jan 25                    ···

Lying George Santos said he believed Jeffrey Epstein was 'murdered' in jail
trib.al/7NIm1Au



💬 63        ↻ 13        ♡ 37        📊 15.5K        ⬆

DEVG001447

 **Vincent F. Amen** ✔ @VincentFAmen · Jan 29 ···

Virginia Giuffre yet to set up charity despite accepting $2m donation from Prince Andrew

Who could have guessed this.I put so much weight on Virginia setting up her charity to help the trafficked little girls in Thailand where she went on Epstein's orders



telegraph.co.uk
Virginia Giuffre yet to set up charity despite accepting $2m donation...
Duke's accuser has published website 'for survivors of sex trafficking' but organisation does not appear to have been officially registered

💬        ↻        ♡ 1        ᶦᶫᶦ 120        ⬆

DEVG001448

 **Vincent F. Amen** ✔ @VincentFAmen · Jan 29                                    ···
- dailymail.co.uk/news/article-1...
Just as Prince Andrew, we will sue Virginia Roberts Giuffre Again. Why
would a publisher,publish a book by Giuffre, a self admitted recruiter of
little girls, who had sex with the little girls and with Epstein.Conveniently
leaving that out. A Filth!



dailymail.co.uk
Andrew is 'ready to sue for $100m' if Virginia Roberts repeats claims
Prince Andrew is ready to launch a $100 million lawsuit against his
accuser Virginia Roberts if she repeats sex claims against him in her ...

○        ⇄        ♡         118        ⬆

DEVG001449

 **Vincent F. Amen** ✔ @VincentFAmen · Jan 29    ···

Virginia Giuffre yet to set up charity despite accepting $2m donation from Prince Andrew

Who could have guessed this.I put so much weight on Virginia setting up her charity to help the trafficked little girls in Thailand where she went on Epstein's orders



The Telegraph

telegraph.co.uk
Virginia Giuffre yet to set up charity despite accepting $2m donation...
Duke's accuser has published website 'for survivors of sex trafficking' but organisation does not appear to have been officially registered

    ⟲    ♡ 1     120    ⬆

**Vincent F. Amen** ✓ @VincentFAmen · Jan 22    •••

Lol... Prince Andrew's in route for Virginia Guiffre with her photoshoped photo.... I have a real photo of Michael Jackson's Accuser's Mother, Janet Arvizo.. That's a real meaningful photo, not photoshopped.. That is the difference between Amen and Guiffre.. Guiffre is a Charlatan



💬 1          ↻          ♡ 1          �May 181          ⬆

Show this thread

DEVG001451



DEVG001452

 **Vincent F. Amen** ✔ @VincentFAmen · Jan 22     •••

"The Younger The Better" according to Virginia Guiffre, the recruiter for Jeffrey Epstein and this clip regarding the Sex Trade in Thailand. Didn't Virginia Giuffre go to Thailand for Jeffrey Epstein to learn massage,bullshit, to pick up little girl for Epstein.. #JeffreyEpstein



0:07 Child sex trade in Thailand 1993

💬 1          ⟲          ♡ 3          ፵ 7,419          ⬆

**Show this thread**

DEVG001453

**Vincent F. Amen** ✔ @VincentFAmen · Jan 22

Virginia Giuffre stated Rina Oh Amen operated on her left leg (cut it). Never happened. However, where on these Wonderful Beach photos of Virginia Giuffre is there a scar from a cut on her leg?  There are even more photos.

Virginia is a Liar. @lisapodcasts @nypost @kbriquelet



💬          🔁          ♡ 5          ╷╷╷ 343          ⬆️

 **Vincent F. Amen** ✔ @VincentFAmen · Jan 22    ...

Prince Andrew amasses £10million fund to launch legal case against sex abuse accuser Virginia Giuffre | The Sun

Incredibile... !



thesun.co.uk
Andrew amasses £10m fund to launch legal case against sex abuse ...
PRINCE Andrew has amassed a £10million war chest to launch a legal case against sex abuse victim Virginia Giuffre. The Duke of York, 62, ...

💬 1          ↻          ♡ 1          ᵢₗᵢ 135          ⬆

**Show this thread**

DEVG001455

**Vincent F. Amen** ✔ @VincentFAmen · Jan 22    •••

Finding Little Girls for Jeffrey Epstein.. Eww Gross.. Virginia Giuffre "The younger the better"... Meet Epstein's greatest recruiter, Virginia Giuffre!



Show this thread

DEVG001456

 **Vincent F. Amen** ✔ @VincentFAmen · Jan 23    ••
Questions of Interest:

If the camera's flash is picked up in the window behind the curtain. Would
Prince Andrew's hands be red?  Isn't Virginia Giuffre much shorter than
Prince Andrew?



Prince Andrew, Virginia Giuffre, and Ghislaine Maxwell    *Source: US Department of Justice/PA Media*





**Vincent F. Amen** ✓ @VincentFAmen · Jan 25
Prince Andrew faces new embarrassment after accuser Ms Giuffre 'signs tell-all memoir deal' | The Sun

I hope Virginia Giuffre doesn't mention Rina Oh Amen and lie about her. There will be another lawsuit against Virginia Giuffre and her Publisher. Ready!

thesun.co.uk
Andrew faces new embarrassment after accuser '...
ANDREW faces new embarrassment after accuser Virginia Giuffre reportedly signed a deal to write ...

114

DEVG001459



⟲ **Vincent F. Amen Retweeted**

**Tucker Carlson** ✔ @TuckerCarlson · Jan 25                    •••

This week, we've called virtually every person involved in the story surrounding Epstein's death. With very few exceptions, none of them would speak to us. Some hung up immediately, others declined all comment.

**TIME FOR ANSWERS**

**THE DEEPER YOU GO, THE WEIRDER IT GETS**

**TUCKER CARLSON · TONIGHT**

6:21

**Tucker Carlson** ✔ @TuckerCarlson · Jan 25

Three and a half years after Jeffrey Epstein's death, there are still no answers and still no accountability.

8:14

💬 1,286      ⟲ 4,822      ♡ 19.2K      �archi 2.1M      ⬆

DEVG001460

⇄ **Vincent F. Amen Retweeted**

**GB News** @GBNEWS · Jan 25    ···

'The guy who photographed it recently admitted to me that he actually put it together.'

Lady Victoria Hervey explains how she believes the infamous picture of Prince Andrew and his accuser Virginia Giuffre came to light.



💬 170        ⇄ 73        ♡ 317        📊 202.4K        ⬆

DEVG001461



**Vincent F. Amen** ✔ @VincentFAmen · Jan 26
Interesting this was on media

> 🧑 **Tucker Carlson** ✔ @TuckerCarlson · Jan 25
> This week, we've called virtually every person involved in the story surrounding Epstein's death. With very few exceptions, none of them would speak to us. Some hung up immediately, others declined all comment.
>
> twitter.com/i/status/16184...

IT WOULD BE IMPOSSIBLE TO ACCESS EPSTEIN'S TIER
TUCKER CARLSON •TONIGHT•

💬            ♻ 1            ♡            ılıl 89            ⬆

DEVG001462

 **Vincent F. Amen** ✔ @VincentFAmen · Jan 31    ···
Prince Andrew accuser Virginia Giuffre seen for first time in a year while out shopping in Australia | Daily Mail Online

Interesting Article...



dailymail.co.uk
Prince Andrew accuser Virginia Giuffre seen for first time in a year
The 39-year-old, who received an out-of-court settlement of £12million from the Duke of York last year, visited a mall in the ...

💬        ⟲ 1        ♡ 1        ᵢₗᵢ 700        ⬆

DEVG001463



**Vincent F. Amen** ✔ @VincentFAmen · Feb 1                    •••
My wife Rina's case. Then she trashes the victim on Twitter which shows up in articles her tweets. That is why Virginia Guiffre is being sued.. It gets better then some named Molly @SurvivorSing rounds up the girls to help them. Goes on @SoniaPoulton to tell the story.

💬 2          ⟲          ♡ 2          ᵢₗᵢ 150          ⬆

Show this thread



**Vincent F. Amen** ✔ @VincentFAmen · Feb 1                    •••
This gets better. Virginia privately by text shuns the girls who says they are victims. Then Virginia Guiffre goes to her newly acquired media contacts and in the media decides who's a victim or not. If she says they are not a victim Virginia turn the media against the victim

💬 2          ⟲          ♡ 2          ᵢₗᵢ 73          ⬆

Show this thread



**Vincent F. Amen** ✔ @VincentFAmen · Feb 1                    •••
What would Virginia Giuffre would do with SOAR:Would get all her attorneys who are on the board.They would search this criminal to see if he had money.They would sue guy if he did have money.They all would stand up & tell the media justice served.Girls got money.Guiffre did this

💬 1          ⟲          ♡ 1          ᵢₗᵢ 71          ⬆

Show this thread

 **Vincent F. Amen** ✔ @VincentFAmen · Feb 1    ···

Virginia Giuffre doesn't know why she has the charity.. she'll need around a $1 million to help these girls. She needs to organize this.

Lastly, she should hold a talk stating she's a sex trafficking victim of Alan Dershowitz... Uppp a Mistake!

💬 2          ⟲          ♡ 2          ᶉᶅᶌ 95          ⬆

**Show this thread**

 **Vincent F. Amen** ✔ @VincentFAmen · Feb 1    ···

2. Giuffre needs to take $400-$500 on specialized therapists that deal with sex trafficking victims

3. Help the girls get on with their lives. When ready, help them get jobs. Get the girls closest to normalcy.

Virginia Giuffre doesn't even know where to start with SOAR

💬 1          ⟲          ♡ 1          ᶉᶅᶌ 80          ⬆

**Show this thread**

 **Vincent F. Amen** ✔ @VincentFAmen · Feb 1    ···
'Dances With Wolves' actor Nathan Chasing Horse arrested for sex abuse

Jeffrey Epstein Type... More Losers out there...



nypost.com
'Dances With Wolves' actor Nathan Chasing Horse arrested for sex...
"Dances With Wolves" actor Nathan Chasing Horse, 46, was taken
into police custody after SWAT officers raided his north Vegas home...

    ⟲    ♡    📊 77    ⬆

DEVG001466



**Vincent F. Amen** ✓ @VincentFAmen · Feb 1    •••

'Dances With Wolves' actor Nathan Chasing Horse arrested for sex abuse

I got one for SOAR – Giuffre... Virginia should call law enforcement.
Explain she has a charity that helps sex trafficking victims. Sign up sheet
to help girls.
1. Get them mental help




nypost.com
'Dances With Wolves' actor Nathan Chasing Horse arrested for sex...
"Dances With Wolves" actor Nathan Chasing Horse, 46, was taken
into police custody after SWAT officers raided his north Vegas home...

💬 2        ⟲        ♡ 1        ᷍ 368        ⬆

**Show this thread**

DEVG001467



**Vincent F. Amen** ✔ @VincentFAmen · Feb 1
Look how Virginia behaves with Victims. As I said, she has no idea what to do with SOAR and doesn't know why she has the charity. Unfortunately some in the Media are lost also, just loving mud slinging. Trying to figure it out but can't, slanting stories. This is Really Going On!

💬 2          ⟲          ♡ 3          ᴵᴵᴵ 111          ⬆

Show this thread

DEVG001468

**Vincent F. Amen** ✔ @VincentFAmen · Feb 3    ···

This Australian has such a strong position against Prince Andrew. As if he did something to her. I couldn't believe my luck if I searched for a guys assets, accused, sue and settled.



 **Vincent F. Amen** ✔ @VincentFAmen · Feb 7                    · · ·

Nookinoo claims not to be Virginia.She put me in a tweet thread and I
can't see her tweets because she blocked me. Why would she block me?I
would never have a reason to know this person or even go on her Twitter
page.This Nookinoo found me and blocked me.@SurvivorSing @jebrittan2

💬 3            ⇄            ♡ 3            ᜒ�‖ᥣ 350            ⬆️

DEVG001470



⇄ **Vincent F. Amen Retweeted**

**TypicalMilllennial** @Millennialal_ · Feb 6                         · · ·
Replying to @VincentFAmen and @DrProudman
Well said. Virginia Giuffre belongs in jail. She sexually abused that young
girl. All of it is just gross. How many accounts does that total now of VG
being accused by young victims

💬          ⇄ 2          ♡ 4          �𝗂�765 151          ↥

DEVG001471

**Vincent F. Amen** ✔ @VincentFAmen · Feb 10    · · ·
Anna Sorokin on the 'Free Anna Delvey' Exhibition and Making Art – The
New York Times

The Difference between Rina Oh's,my wife's artwork & Maria Farmer's
artwork.Maria Farmer's artwork hangs on Pedofile Jeffrey Epstein's walls
while Rina's art in Ny Times



nytimes.com
Anna Sorokin Talks About Making Art (Published 2022)
The group art show, "Free Anna Delvey," is only the beginning for the
imprisoned fake heiress.

💬 1         ⇄         ♡ 2         ᵢₗᵢ 298         ⬆️

DEVG001472



Vincent F. Amen ✔ @VincentFAmen · Feb 10

I would like "Meltdown Maria Farmer" to comment on that. Maria's past comments on the innocent, Rina and others is egregious.  Maria is Virginia Giuffre's sidekick and mouthpiece.

💬 1          ⟲          ♡ 1          ᔆ 161          ᐱ

Show this thread

DEVG001473



**Vincent F. Amen** ✓ @VincentFAmen · Feb 11

Jeffrey Epstein docs with names of associates to be made public: report | Fox News

Wow.. You have all these guys with hands raised next to their heads and two fingers crossed on each hand in hope they aren't named.. Justice in Via.. To Be Continued..



foxnews.com
Jeffrey Epstein docs with names of associates to be made public: re...
A batch of documents containing the names of those associated with Jeffrey Epstein is slated to be made public, according to news reports.

💬 1          ⇄          ♡ 1          📊 194          ⬆

DEVG001474

**Vincent F. Amen** ✔ @VincentFAmen · Feb 13
Prince Andrew 'hopes to save reputation'

Popcorn is in Microwave! Let's stayed tuned to what Virginia Giuffre and Prince Andrew will say. I don't know if there can be any legal effort against Giuffre. With that said let's observe the possible occurrence!



lbc.co.uk
Andrew still 'hopes to save reputation'
The Duke of York is reportedly staying 'resilient and patient' in his aim to overturn a multimillion pound settlement paid to Jeffrey Epstein ...

💬          ↻          ♡          ᐧ�III  96          ⬆

DEVG001475

**Vincent F. Amen** ✔ @VincentFAmen · Feb 15    ···

Virginia Giuffre and Mainstream Media

1. When Virginia went Qannon, she was criticized
2. Virginia's Tweets show up in articles
3. When Virginia posted this picture of an Asian Baby directed towards Rina and me. No Media Critisism
4. Virginia has an Asian Bias
5. Her Memoir



💬 3          ↻ 1          ♡ 2          ᵢₗᵢ 419          ⬆

**Show this thread**



**Vincent F. Amen** ✔ @VincentFAmen · Feb 15
My Two Favorite Memes.... 2 Pea's in a Pod – Quoting Virginia Roberts Giuffre Tweet

Show this thread

**Vincent F. Amen** ✓ @VincentFAmen · Feb 15

I'm not dealing with someone, Virginia Giuffre, whom has a bias towards Asians. Virginia Giuffre has been confronted by Rina's attorneys and now by my law firm whom I just hired. A very technical Law Firm. Does anyone see the alleged cut on her left leg? @nypost A Sick Fuck!



💬 2          🔁          ♡ 2          ᯤ 101          ⬆️

Show this thread

DEVG001478



**Vincent F. Amen** ✔ @VincentFAmen · Feb 15
It is unfortunate:  There are no Asian Civil Rights Leaders in the community.  We are one community, America.  P.S. Rina went to The FBI and Southern District of New York US Attorneys Office.  Also, we have more money than Virginia Giuffre. Keep Suing People Virginia While I Work

4,709 Tweets

Tweets    Tweets & replies    Media    Likes

for a very long time. @ohreallytruly
reddit.com/r/Epstein/comm…

💬 15    🔁 45    ♡ 253    ⬆

🔁 Virginia Giuffre Retweeted

**MOMZILLA** @Momzilla_… · 12/31/20 ···
Replying to @VincentFAmen
@VRSVirginia and 2 others

He is still not answering if #RinaOh made a victim statement to the FBI and if she only came forward after Epstein was already dead.
I am "starting" to think they both are here just for the benjamins.

GIF

💬 4    🔁 10    ♡ 26    ⬆

⇄ **Vincent F. Amen Retweeted**



**The First** ✓ @TheFirstonTV · Feb 17                              ···

More than three years after Jeffrey Epstein died mysteriously in a cell at the Metropolitan Correctional Center in New York, we are learning new details about the high-powered men who may have been on his client list.



thefirsttv.com
**BOMBSHELL: First Epstein Client Revealed?**
More than three years after Jeffrey Epstein died mysteriously in a cell at the Metropolitan Correctional Center in New York, we are learning...

💬 1          ⇄ 18          ♡ 28          ili 3,240          ⬆

DEVG001480

 **Vincent F. Amen** ✔ @VincentFAmen · Feb 17    ···

Lawsuit alleges Jeffrey Epstein sent JPMorgan Chase exec photos of young women | CNN Business

That is one gentleman..... maybe the first of many



cnn.com
Lawsuit alleges Jeffrey Epstein sent JPMorgan Chase exec photos of ...
Former Barclays CEO Jes Staley allegedly exchanged sexually suggestive emails with disgraced financier Jeffrey Epstein, some of ...

💬        ⇄        ♡ 1        ılı 102        ⬆

DEVG001481

**Vincent F. Amen** ✔ @VincentFAmen · Feb 19

I "maybe" indifferent to Virginia Giuffre's Prince Andrew Photo. It very well could be a Photoshopped Fake. When you take a photo of a photo or scan of a photo, it should be done like this attached for evidence purposes. Reduce speculation. Notice the background of mine.



💬 4        🔁 1        ♡ 2        ᵢₗᵢ 2,528        ⬆️

Show this thread



**Vincent F. Amen** ✔ @VincentFAmen · Feb 19

I "maybe" indifferent to Virginia Giuffre's Prince Andrew Photo. It very well could be a Photoshopped Fake. When you take a photo of a photo or scan of a photo, it should be done like this attached for evidence purposes. Reduce speculation. Notice the background of mine.



◯ 4          ⇄ 1          ♡ 2          ıl 2,528          ⬆

Show this thread



**Vincent F. Amen** ✔ @VincentFAmen · Feb 19

You have to have a set of balls to fuck the US Department of Justice, {FBI and US Attorneys Office} like that.  So I'm like anhhh, would Virginia Giuffre do that?  However, the possibility does exist it's fake or not. Prince Andrew takes many photos with people though.

💬 2          ⟳ 1          ♡ 1          �ɪ�|ɪ 311          ⬆

Show this thread

DEVG001485



**Vincent F. Amen** ✓ @VincentFAmen · Feb 19

Also, if Virginia Giuffre turned over a fake photo scan that was photoshopped to the FBI, the US Justice Department. One would stay Down Under in Australia! No.. What do you think?

💬 1          ↻          ♡          ‖ᆘ 283          ⬆

Show this thread

**Vincent F. Amen** ✓ @VincentFAmen · Feb 19

Here we are with Giuffre's Andrew photo
1.Virginia Giuffre telling the public it's real
2.Virginia Giuffre telling the public the FBI told her it's real
Every time the photo is questioned, we are questioning the credibility of
The US Justice Department.Make Statement Please.Won't

💬 1          ↻ 1          ♡          ‖ᆘ 292          ⬆

Show this thread

 **Vincent F. Amen** ✔ @VincentFAmen · Feb 22                    ···

Prince Andrew Sex Accuser Has Bombshell Memoir Rejected By
Publishing House

"Look What We Have Here"

Virginia Giuffre is having trouble with publishers due to inconsistencies in
her many stories.  There are more many more lies she told. To Be
Continued..



radaronline.com
Prince Andrew Sex Accuser Has Bombshell Memoir REJECTED By To...
Andrew's accuser Virginia Giuffre is reportedly set to release the
memoir sometime in March just weeks ahead of King Charles' ...

💬          ⟲ 1          ♡ 2          ᴉlıl 417          ⬆

DEVG001487

**Vincent F. Amen** ✓ @VincentFAmen · Feb 24

Lady Victoria Hervey on GBNews: Wonderful Insight regarding Virginia Giuffre.



💬        ↻ 1        ♡ 3        ◫ 419        ↥

Show this thread





**Vincent F. Amen** ✔ @VincentFAmen · Mar 5    ···

Your Savior Virginia Giuffre, May in Fact Not be the Savior. @tarapalmeri
@lisapodcasts @jkbjournalist Virginia Giuffre Commits Sex Crimes
against the Innocent with her Tongue. Virginia Giuffre is now being
Confronted.

iapps.courts.state.ny.us/fbem/DocumentD...

💬 1        ⇄ 2        ♡ 2        ‖ 249        ⬆



**Vincent F. Amen** ☑ @VincentFAmen · Mar 6
Accused Epstein recruiter Rina Oh claims Virginia Giuffre performed oral sex on her

Look What We Have Here @jkbjournalist ...Look What We Have Here @tarapalmeri ... Look What We Have Here @politico .. What a Fucking Filth Guiffre is

The following media includes potentially sensitive content. **View**
Change settings

💬          ⇄          ♡ 1          📊 111          ⬆

DEVG001491

**Vincent F. Amen** ✔ @VincentFAmen · Mar 7 · ✏️

Look at this Filth,Virginia Giuffre, that is a self admitted Jeffrey Epstein recruiter and then goes on to accuse Rina Oh of being what Virginia Giuffre is,A Recruiter Of "Little Girls" for Epstein. Virginia is a Sexual Predator. @nypost @lisapodcasts @jkbjournalist @tarapalmeri



💬 4          🔁 1          ♡ 5          📊 1,255          ⬆️

DEVG001492

**Vincent F. Amen** ☑ @VincentFAmen · Mar 8

My Position as it relates to Virginia Giuffre stating Rina Oh cut her leg. Take note of Virginia Giuffre's Beach photos of her left leg. No scar.. There is an issue here..

@jkbjournalist @tarapalmeri @nypost @lisapodcasts @DailyMailUK @TheSun @kbriquelet @politico



3:27

💬       🔁 3       ♡ 4       📊 922       ⬆️

DEVG001493



**Vincent F. Amen** ✓ @VincentFAmen · Mar 22
I apologize, on Twitter I should be as accurate as possible, it's public. It is not a Public Middle School, it is a Public Elementary School.



○ 1          ⇄          ♡          ᴵ|ᴵ 100          ⬆

Show this thread

DEVG001495

**Vincent F. Amen** ✓ @VincentFAmen · Mar 22
Michael Jackson or Jeffrey Epstein or Virginia Giuffre will not be invited over. There is a Middle School across the street from the new property.



💬 3          🔁          ♡ 3          📊 369          ⬆️

DEVG001496



DEVG001497

**Vincent F. Amen** ✔ @VincentFAmen · May 4    · · ·

A Virginia Giuffre Funny:

It's now been exposed Michael Jackson, I mean Virginia Giuffre, has hired a private investigator with the Amen vs. Giuffre case.  Giuffre's private investigator can watch me and Rina go back and forth to work and home. Virginia may learn something, to… Show more



Oh Accuses Epstein Victim Virginia
fre of Sexual Assault

💬          ⟲          ♡ 1          ᯤ 235          ⬆



**Vincent F. Amen** ✔ @VincentFAmen · May 12
Lisa Tait, a Virginia Giuffre believer, follower and sidekick to do her dirty work trashing victims blocked me in retaliation of Rina blocking her. @ohreallytruly . Listen, Virginia's deposition is coming up and I'll prove to you Virginia is a Liar.  It's unfortunate but true.

DEVG001499



**Vincent F. Amen** ✓ @VincentFAmen · May 12

Where you circled Journalist, @ohreallytruly there is a link below it to an Asme award Rina won. This is an award given to journalists for her piece in a prestigious food publication, Saveur Magazine.

The only award Virginia won is searching men's assets, accusing and suing.Job?

💬          🔁          ♡          ₪ 116          ⬆

Show this thread

DEVG001500



**Vincent F. Amen** ✔ @VincentFAmen · May 20 · 🖊
Rina Oh Amen Vs. Virginia Giuffre Case Update |

I have been Subpoenaed to Testify in the Federal Defamation case.



💬 1          ⟲          ♡               ᯤ 188          ⬆

**Show this thread**

**Vincent F. Amen** ✓  @VincentFAmen · May 20

My Position on the Issue:

I'm bringing a friend along with me when I testify.  I'm flying him in from Japan.  The Federal Origami Frog.



💬 1          🔁          ♡ 1          📊 154          ⬆️

DEVG001503

**Vincent F. Amen** ✔ @VincentFAmen · May 20    ···
This is my response to Virginia Giuffre and Her Camp's Subpoena. My Position as it relates to the Subpoena.

#VirginiaGiuffre #PrinceAndrew #Epstein #DefamationAtItsFinest
@ohreallytruly



0:21

💬        ⟲        ♡              ᵢₗᵢ 227        ⬆

DEVG001504



 **Vincent F. Amen** ✓ @VincentFAmen · Jun 1    ···

Virginia Giuffre stumbles outside NYC court as she's sued for $10M by Rina Oh | Daily Mail Online

And Giuffre was Deposed... Wow..



dailymail.co.uk
Virginia Giuffre stumbles outside NYC courthouse
Virginia Giuffre took a tumble outside Manhattan federal court after she faced Rina Oh who is suing her for $10 million for publicly namin...

💬 1      🔁 4      ♡ 7      ᐧ|lı 463      ⬆️

DEVG001506

https://twitter.com/i/status/1660099740531294208

DEVG001507

