# EXHIBIT S

CONTAINS CONFIDENTIAL INFORMATION
PROVIDED TO THE COURT VIA ELECTRONIC SUBMISSION