LAW OFFICES OF
# ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100   FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
YEHUDA FARKAS

FABIAN G. PALOMINO
(1924 - 2014)

March 13, 2025

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Rina Oh n/k/a Rina Oh Amen v. Virgina L. Giuffre*
      Case No.: 1-21-cv-08839 (NRB)

Your Honor:

I am the attorney for the plaintiff in the above referenced matter. This letter is respectfully submitted to the Court, on the consent of Kathleen R. Thomas, Esq. and Jill Roth, Esq., attorneys for the defendant, to request an extension of the briefing schedule for defendant's motion for summary judgment.

On December 18, 2024, Your Honor directed the following motion schedule: Motions due by 2/17/2025, Responses due by 3/21/2025; and Replies due by 4/14/2025. (Dkt. 66). On February 19, 2025, defendant filed her motion for summary judgment. The parties propose the following modified briefing schedule:

1. Plaintiff's opposition on or before April 7, 2025; and
2. Defendant's reply on or before April 30, 2025.

This is the first request for a modification of the motion for summary judgment briefing schedule. The reason for this request is that the undersigned has an upcoming hearing and trial the week of March 17, 2025, and other motions that require briefing.

Thank you for your consideration.

Respectfully submitted,

*Alexander Dudelson*
Alexander M. Dudelson

**Via ECF:** All parties.