UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
RINA OH n/k/a RINA OH AMEN,

        Plaintiff,

   - against –

VIRGINIA L. GIUFFRE,

        Defendant.

------------------------------X

**ORDER**

21 Civ. 8839 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS**, defendant moved for summary judgment on February 19, 2025, ECF No. 67; and

    **WHEREAS**, plaintiff opposed defendant's motion on April 7, 2025, ECF No. 77; and

    **WHEREAS**, plaintiff filed a letter motion to seal exhibits on April 7, 2025, ECF No. 79; and

    **WHEREAS**, defense counsel informed the Court on April 29, 2025 that Ms. Giuffre, the defendant, unexpectedly passed away, ECF No. 82; and

    **WHEREAS**, defense counsel requested a stay of all proceedings in this matter until the time of the identification of the appropriate representative of the deceased's estate as well as an adjournment of the deadline to file the reply in support of the motion for summary judgment, ECF No. 82; and

    **WHEREAS**, the Court granted defense counsel's requests on May

2, 2025, ECF No. 83; and

**WHEREAS**, defense counsel emailed Chambers on June 3, 2025, noting that they are waiting for information regarding the estate and personal representative of the defendant; it is hereby

**ORDERED** that defendant's motion for summary judgment, ECF No. 67, is denied without prejudice, subject to refiling; it is further

**ORDERED** that plaintiff's motion to seal, ECF No. 79, is granted; it is further

**ORDERED** that defense counsel is to file a report on ECF every sixty days on the status of defendant's estate.

Dated:   June 10, 2025
         New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE