

Kathleen R. Thomas, Esq.
kat@tlclawllc.com
Ph: 917-209-6446
Admission: NY, EDNY,
SDNY, WDNY, NDNY

**Thomas Legal Counselors at Law, LLC**
One World Trade Center, 85th Fl., Ste. 8500
New York, NY 10007
www.tlclawllc.com
Ph: 917-508-9698 | Fax: 917-591-3335

Ellie Silverman, Esq.
*Of Counsel to TLC*
ellie@tlclawllc.law
Admission: NY, NJ,
EDNY, SDNY

*Via ECF*

August 11, 2025

The Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**RE: Rina Oh n/k/a Rina Oh Amen v. Virginia L. Giuffre, Case No. 21-cv-8830**

Dear Hon. Buchwald:

Myself, and Ms. Jill Roth, Esq. represent the Defendant (decedent) Ms. Virginia Giuffre in the above-mentioned matter. Opposing counsel is copied on this communication.

We were recently informed by Craig Hollett of Solomon Hollett Lawyers that the personal representative for the Estate of Ms. Giuffre has still not been assigned. A court case management conference is scheduled for August 15, 2025, in the Supreme Court of Western Australia. We should have additional information after the conference.

We will promptly inform the Court with any substantive updates regarding the Estate.

Respectfully submitted,

_____/s/_____
Kathleen R. Thomas, Esq.

*CC: All Counsel of Record (via ECF)*