

Kathleen R. Thomas, Esq.
kat@tlclawllc.com
Ph: 917-209-6446
Admission: NY, EDNY,
SDNY, WDNY, NDNY

Ellie Silverman, Esq.
*Of Counsel to TLC*
ellie@tlclawllc.law
Admission: NY, NJ,
EDNY, SDNY

**Thomas Legal Counselors at Law, LLC**

One World Trade Center, 85th Fl., Ste. 8500
New York, NY 10007
www.tlclawllc.com
Ph: 917-508-9698 | Fax: 917-591-3335

*Via ECF*

October 20, 2025

The Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**RE: Rina Oh n/k/a Rina Oh Amen v. Virginia L. Giuffre, Case No. 21-cv-8830**

Dear Hon. Buchwald:

Myself, and Ms. Jill Roth, Esq. represent the Defendant (decedent) Ms. Virginia Giuffre in the above-mentioned matter. Opposing counsel is copied on this communication.

Pursuant to the Court's request for an update regarding the estate of Ms. Virginia Giuffre, we advise the Court that a hearing regarding an interim administrator is set for November 25, 2025.

We will promptly inform the Court with any substantive updates regarding the Estate.

Respectfully submitted,

_____/s/_____
Kathleen R. Thomas, Esq.

CC: *All Counsel of Record (via ECF)*