LAW OFFICES OF

# ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100    FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL

LOUIS R. ROSENTHAL
GEORGE H. VALLARIO, JR.

FABIAN G. PALOMINO
(1924 - 2014)

July 9, 2026

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Rina Oh n/k/a Rina Oh Amen v. Virgina L. Giuffre*
            *Case No.: 1-21-cv-08839 (NRB)*

Your Honor:

I am the attorney for the plaintiff in the above referenced matter. Please accept this correspondence as a Letter Motion to lift the stay on this proceeding and substitute a party defendant pursuant to Rule 25(a), as more fully set forth herein.

This action was commenced on November 1, 2021 to recover damages against the defendant for libel. At issue are seven statements that were posted by the defendant on the Twitter (now X) on October 28, 2020, and two thereafter. Plaintiff alleges that taken in any context, at least three of the statements conveyed facts about the plaintiff, which were offered for their accuracy, and the statements can be proven false by either truthful testimony or conclusive evidence.

Defendant Virginia L. Giuffre passed away on April 25, 2025, while the parties were briefing a motion for summary judgment. On April 29, 2025, defense counsel filed a statement of death and moved to stay the proceeding and the 90 day requirement under Rule 25(a)(1). (Dkt. 82). On May 2, 2025, this Court granted defense counsel's request to stay all proceedings until the time of the identification of the appropriate representative of the deceased's estate. (Dkt. 83). On June 11, 2025, Your Honor directed defense counsel to file a report on ECF every sixty days on the status of defendant's estate. (Dkt. 84).

On March 3, 2026, defense counsel sent an email to Chambers regarding the appointment of an Interim Administrator in the Supreme Court of Western Australia. However, counsel indicated that "we have no further information as to a 'final' or 'permanent' administrator. It is still unclear as to whether the Interim Administrator gives us the authority to move forward with the litigation on behalf of the Estate."

-1-

On November 24, 2025, Ian Torrington Blatchfordan, was appointed as the Interim Administrator pending a final disposition in the decedent's estate proceeding.  Pursuant to paragraph 4 of the Order of Master Russell Made:

> The Administrator is appointed as the legal personal representative of the Deceased in any legal proceedings or arbitration in which the Deceased was a party prior to her death (Existing Legal Proceedings), including but not limited to those in: . . . (iii) the Southern District of New York, United States District Court, being Case No 21-cv-8830, with the parties being Rina Oh Amen, as plaintiff, and the Deceased, as defendant. . .

(Exhibit "A").

Based on the above, the plaintiff respectfully requests that this Honorable Court lift the stay and grant plaintiff's motion to substitute Ian Torrington Blatchford, Administrator of the Estate of Virginia L. Giuffre, in the place of Virginia L. Giuffre as a defendant in this matter, and to direct the Clerk of the Court to amend the caption accordingly.  Once the caption is amended, the undersigned will file a proposed summons.

Respectfully submitted,

*Alexander Dudelson*

Alexander M. Dudelson

cc:
**Via ECF**
Kathleen R. Thomas, Esq.
Jill Roth, Esq.

-2-