**Kathleen R. Thomas, Esq.**
kat@tlclawllc.com
Ph: 917-209-6446
Admissions: NY, EDNY, SDNY,
WDNY, NDNY

**Erin Peake, Esq.**
Partner
Erin@tlclawllc.com
Ph: 347-803-6321
Admissions: NY, EDNY, SDNY, NDNY

**Thomas Legal Counselors at Law, LLC**
233 Broadway, Suite 820, New York, NY 10279
www.tlclawllc.com
Ph: 917-485-2175 | Fax: 917-591-3335

**Maya Kessler**
Paralegal
Maya@tlclawllc.com
Ph: 917-566-2508

**Verna Marthinus**
Survivor Advocate
Verna@tlclawllc.law
Ph: 917-508-9698

July 16, 2026

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Rina Oh n/k/a Rina Oh Amen v. Virgina L. Giuffre*
    **Case No.: 1-21-cv-08839 (NRB)**

Your Honor:

On behalf of Defendant in the above-named matter, please accept this letter as a response to Plaintiff's letter-motion dated July 9, 2026. Defense counsel is requesting a continued stay of these procedings and a denial of Plaintiff's motion to substitute Ian Torrington Blatchford, Interim Administrator of the Estate of Virginia L. Giuffre, in the place of Virginia L. Giuffre as the Defendant in this matter.

As Plaintiff noted in her letter-motion, Defendant Virginia L. Giuffre passed away on April 25, 2025. On April 29, 2025, Defense counsel filed a statement of death and moved to stay the proceeding and the 90 day requirement under Rule 25(a)(1) and this Court granted the stay until the time of the appointment of a representative of Defendant's estate. Dkts. 82, 83. On November 24, 2025, Ian Blatchfordan, was appointed as the "as the legal personal representative" of the estate in the Supreme Court of Western Australia. *See* Pl. Exh. A, Dkt. 87.

According to Federal Rule of Civil Procedure 44.1, this Court may review the November 24, 2025 Western Australian Appointment Orders and any other sources it deems fit to determine whether or not this foreign article should be applied herein.

Defendant requests that the stay *not* be lifted and that the Interim Administrator, Ian Torrington Blatchford *not* be substituted for Defendant, as he is not the permenant Administrator. To substitute Mr. Blanchford would be to cause a strain on this Court's resources and create uncertainty in the administration Defendant's legal representation. Moreover, this substitution would cause delay when an Administrator is ultimately decided, as the new administrator would need to be substituted in, and the caption amended again. Finally, Defendant is unaware of any undue prejudice to Plaintiff that would result should the stay be maintained until the appointment of a permanent Administrator.

Further, on July 13, 2026, Defendant reached out to the current interim administrator Mr. Blatchford by email for an update. Mr. Blatchford responded that he remains the interim administrator. However, "there has been no appointment of a permanent administrator and nor is that likely to occur in the short term, unless the parties to the proceedings agree an appointment which I also understand to be unlikely." *See* enclosed hereto as Exhibit A Email correspondence July 13 and 14, 2026.

While the permanent appointment to the estate remains in dispute, as attorneys of record, we may face ethical issues if we move forward with litigation without the proper consent and administration of decedent's estate.

In light of the above, Defendant requests that this Court maintain a stay of proceedings until the time that an official Administrator is selected for the estate of Defendant Virginia L. Giuffre.

Very truly yours,

_____/s/_____
Kathleen R. Thomas, Esq.

_____/s/_____
Erin L. Peake, Esq.

**Thomas Legal Counselors at Law, LLC**
233 Broadway, Suite 820
New York, NY 10279
www.tlclawllc.com
Ph: 917-508-9698
Fax: 917-591-3335