# EXHIBIT A

**From:** Kat Thomas <Kat@tlclawllc.com>
**Sent:** Tuesday, 14 July 2026 04:03
**To:** admin@blatchfords.com.au <admin@blatchfords.com.au>
**Cc:** Maya Kessler <Maya@tlclawllc.com>; Jillian Roth <Jill@flaniganroth.com>; Erin Peake <Erin@tlclawllc.com>
**Subject:** Re: Estate Virginia Louise Giuffre deceased

Dear Ian,
We received the attached Letter to the Court via the electronic filing system in the *Oh v Giuffre* matter.  Would you be able to provide an update on the status of the Appointment of an Administrator to the Estate?

We believe that the Court will be reaching out shortly for an update on the status of the estate.

Thank you,


Kat Thomas, Esq.

**From:** admin@blatchfords.com.au <admin@blatchfords.com.au>
**Date:** Tuesday, July 14, 2026 at 1:02 AM
**To:** Kat Thomas <Kat@tlclawllc.com>
**Cc:** Maya Kessler <Maya@tlclawllc.com>, Jillian Roth <Jill@flaniganroth.com>, Erin Peake <Erin@tlclawllc.com>
**Subject:** Re: Estate Virginia Louise Giuffre deceased

Dear Kat,

I refer to your email below.

Whilst I am not a party to the Supreme Court proceedings at the moment, I understand since I last reported to you there have been further case management conferences/directions hearings but there has been no appointment of a permanent administrator and nor is that likely to occur in th short term, unless the parties to the proceedings agree an appointment which I also understand to be unlikely.

In the meantime I, of course, remain the interim administrator pending the outcome of the proceedings.

If you require any further information from me, please do not hesitate to say so.

Regards,

**Ian Blatchford**
**Blatchfords**
**Lawyers**
admin@blatchfords.com.au